Jim J. Valcarce, Esq.
COOKE, ROOSA & VALCARCE, LLC
P. O. Box 409
Bethel, Alaska 99559
Phone: (907) 543-2744
Fax: (907) 543-2746
Email: jim@bushlawyers.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, <br><br> Plaintiff, <br><br> vs. <br><br> GEICO GENERAL INSURANCE COMPANY <br><br> Defendants. | Case No.: 4:06-cv-0004 (RRB) |

**MOTION TO REMAND TO STATE COURT**

Plaintiffs JACK CHARLES and BERNADETTE CHARLES, by and through counsel, and pursuant to 28 U.S.C. 1447, hereby move the Court to remand the above-cited matter to State Court. The Federal Court does not have jurisdiction over the Bethel automobile collision involving a local, Bethel defendant, and for the reasons set forth in the attached memorandum and exhibits.

                                      COOKE, ROOSA & VALCARCE
                                      Attorneys for Plaintiff

Dated: February 21, 2006        s/Jim Valcarce
                                        P.O. Box 409
                                        Bethel, AK 99559
                                        Phone: (907) 543-2744
                                        Fax:  (907) 543-2746
                                        E-mail:  jim@bushlawyers.com
                                        ABA No. 9505011