Jim J. Valcarce, Esq.
COOKE, ROOSA & VALCARCE, LLC
P. O. Box 409
Bethel, Alaska 99559
Phone: (907) 543-2744
Fax: (907) 543-2746
Email: jim@bushlawyers.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>GEICO GENERAL INSURANCE COMPANY )<br>)<br>Defendants. )<br>_____) | Case No.: 4:06-cv-0004 (RRB) |

**ORDER RE: MOTION FOR REMAND**

This matter having come before the Court on Plaintiff's Motion for Remand, and any opposition thereto having been filed, and the matter having been heard and considered, the Court now enters the following order: IT IS HEREBY ORDERED that plaintiff's Motion is GRANTED, and this matter is remanded back to State Court. Costs and fees for the filing of the motion to remand are awarded to plaintiff, and a cost and fee bill shall be submitted within _____ days.

DATED this _____ day of _____, at Alaska.

_____
Judge Ralph R. Beistline
United States District Court