Blake H. Call
Call, Hanson and Kell, P.C.
250 H Street
Anchorage, AK 99501

bhc@chklaw.net
Phone:   258-8864
Fax:     258-8865

Attorneys for GEICO General Insurance Company

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES,<br><br>         Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>         Defendant. | Case No. A06_____ Civil |

**NOTICE OF PARTIES**

COME NOW, defendant GEICO General Insurance Company, by and through counsel of record, Call, Hanson and Kell, P.C., and hereby submits a complete service list of all parties:

NOTICE OF PARTIES
Charles v. GEICO, Case No. _____
Page 1

Counsel for Defendant GEICO:

Blake H. Call, Esq.
Call, Hanson & Kell, P.C.
250 H Street
Anchorage, AK 99501
Phone: (907) 258-8864
Fax: (907) 258-8865

Counsel for Plaintiffs Jack Charles and Bernadette Charles

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409
Phone: (907) 543-2744
Fax: (907) 543-2746

A DVD+RW disc is also attached with a copy of this brief

DATED at Anchorage, Alaska, this 15th day of February, 2006.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

By: *Susan D. Mack* for
Blake H. Call
ABA No. 8911051

NOTICE OF PARTIES
Charles v. GEICO, Case No. _____
Page 2

I hereby certify that a true and correct copy of the foregoing was mailed this 15th day of February, 2006 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK  99559-0409

_[signature]_

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

NOTICE OF PARTIES
Charles v. GEICO, Case No. _____
Page 3