Blake H. Call
Call, Hanson and Kell, P.C.
250 H Street
Anchorage, AK 99501

bhc@chklaw.net
Phone:   258-8864
Fax:     258-8865

Attorneys for GEICO General Insurance Company

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, <br><br> Plaintiffs, <br><br> vs. <br><br> GEICO GENERAL INSURANCE COMPANY, <br><br> Defendant. | Case No. A06_____ Civil |

### NOTICE OF FILING STATE COURT DOCUMENTS

Defendant/Petitioner GEICO General Insurance Company ("GEICO"),

by and through counsel of record, Call, Hanson and Kell, P.C., hereby files

the following State Superior Court documents:

**DESCRIPTION**                                                           **DATE**

| | | |
|---|---|---|
| 1. | Complaint for Damages | February 14, 2005 |
| 2. | Summons and Notice to Both Parties of Judicial Assignment | February 23, 2005 |
| 3. | Certificate of Service | February 28, 2005 |
| 4. | Entry of Appearance | March 29, 2005 |
| 5. | Answer and Third-Party Complaint | March 29, 2005 |
| 6. | Summons / Valerie Joe | April 8, 2005 |
| 7. | Notice of Trial Date Setting Conference | April 21, 2005 |
| 8. | Notice of Intent to Appear Telephonically | April 25, 2005 |
| 9. | Answer | April 28, 2005 |
| 10. | Report of Parties Planning Meeting | May 11, 2005 |
| 11. | Motion to Remand to State District Court | May 12, 2005 |
| 12. | Non-Opposition Motion for Extension of Time for Opposition to Motion to Remand | May 23, 2005 |
| 13. | Pretrial Order | June 3, 2005 |
| 14. | Order **GRANTING** Non-Opposition Motion for Extension of Time for Opposition to Motion to Remand | June 3, 2005 |
| 15. | Opposition to Motion to Remand to District Court AND Motion to Amend Complaint | June 6, 2005 |
| 16. | Amended Complaint | June 6, 2005 |
| 17. | Notice of Correction of Case Numbers | June 9, 2005 |
| 18. | Reply re Motion to Remand to District Court | June 14, 2005 |
| 19. | Non-Opposed Motion for Continuance of | June 20, 2005 |

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

| | | | |
|---|---|---|---|
| | | Deadline for Preliminary Witness List | |
| | 20. | Reply to Opposition to Motion to Amend (2) | June 22, 2005 |
| | 21. | Amended Non-Opposed Motion to Amend Deadline for Final Witness List | July 11, 2005 |
| | 22. | Order **DENYING** Motion to Remand to District Court and **GRANTING** Motion Amend the Complaint | July 11, 2005 |
| | 23. | Defendant/Third Party Plaintiff's Preliminary Witness List and ID of Experts | August 1, 2005 |
| | 24. | Plaintiff's Preliminary Witness List | August 1, 2005 |
| | 25. | Motion to Continue Trial Date and Deadlines | August 9, 2005 |
| | 26. | Order **GRANTING** Non-Opposed Motion for Continuation of Deadline for Preliminary Witness List | August 9, 2005 |
| | 27. | ORDER – Amended Non-Opposed Motion to Amend Deadline for Final Witness List | August 17, 2005 |
| | 28. | Opposition to Motion to Continue Trial Date and Deadlines | August 19, 2005 |
| | 29. | Answer to Third Party Complaint and Counterclaim | August 23, 2005 |
| | 30. | Request for Jury Trial | August 23, 2005 |
| | 31. | Reply re: GEICO's Motion to Continue Trial Date and Deadlines | August 25, 2005 |
| | 32. | Non-Opposition to Motion to Continue Trial Dates and Deadlines | September 2, 2005 |
| | 33. | Answer to Counterclaim | September 14, 2005 |

Left margin: **CALL, HANSON & KELL, P.C.** 250 H. Street, Anchorage, Alaska 99501-2112, Phone (907) 258-8864 • Fax (907) 258-8865

| | | |
|---|---|---|
| 34. | Order **DENYING** Motion for Continuance | September 19, 2005 |
| 35. | Notice of Acceptance of Offer of Judgment as to Valerie Joe | October 6, 2005 |
| 36. | Defendant's Motion for Summary Judgment as to all claims of Bad Faith; Memorandum in Support; Order (proposed) | October 13, 2005 |
| 37. | GEICO's Motion for Protective Order | October 17, 2005 |
| 38. | Release of Claims (re Valerie Joe) | October 28, 2005 |
| 39. | Opposition to Motion for S.J. / Rule 56(f) Extension; Opposition and Cross-Motion Concerning Protective Order | October 31, 2005 |
| 40. | Plaintiffs' Motion for Expedited Consideration | November 7, 2005 |
| 41. | Reply to Plaintiff's Opposition to Motion for Summary Judgment as to All Claims of Bad Faith | November 8, 2005 |
| 42. | Reply to Opposition to Motion for Protective Order and Opposition to the Motion to Compel | November 8, 2005 |
| 43. | Notice of Filing Unsigned Affidavit of Lon Grothen | November 8, 2005 |
| 44. | Order to Respond to Plaintiff's Motion for Expedited Consideration (due by 11/10/05) | November 9, 2005 |
| 45. | Reply to Opposition to Motion for Expedited Consideration; and Reply to Opposition to Motion to Compel | November 10, 2005 |
| 46. | Response to Motion to Expedited Consideration and Supplemental Opposition to Motion to Compel | November 10, 2005 |

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

| | | |
|---|---|---|
| 47. | Notice of Filing Signed Telefaxed Affidavit of Lon Grothen | November 10, 2005 |
| 48. | Request for Oral Argument re: (1) Defendant's Motion for Partial Summary Judgment (2) Defendant's Motion for Protection Order and (3) Plaintiffs' Motion to Compel | November 14, 2005 |
| 49. | Notice of Filing Signed Affidavit of Lon Grothen | November 14, 2005 |
| 50. | Reply Concerning Rule 56(f) Extension & Reply Concerning Cross Motion re: Protective Order | November 14, 2005 |
| 51. | Order Granting Summary Judgment on all Claims of Bad Faith | November 16, 2005 |
| 52. | Motion for Reconsideration & Demand for Reassignment | November 21, 2005 |
| 53. | Defendant GEICO's Motion for Attorney's Fees | November 28, 2005 |
| 54. | Motion to Withdraw | November 28, 2005 |
| 55. | Opposition to "Demand for Reassignment" | November 29, 2005 |
| 56. | ORDER to Respond to Plaintiff's Motion to Reconsider | December 1, 2005 |
| 57. | Opposition to Motion for Reconsideration | December 7, 2005 |
| 58. | Reply to Opposition to Motion for Reconsideration | December 12, 2005 |
| 59. | ORDER Granting Plaintiff's Motion to Reconsider | December 16, 2005 |
| 60. | ORDER on Plaintiff's Motion to Compel | December 26, 2005 |
| 61. | Second Motion for Reconsideration and | January 9, 2006 |

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

NOTICE OF FILING STATE COURT DOCUMENTS
Charles v. GEICO, Case No. _____
Page 5

| | | |
|---|---|---|
| | Objection to Court's In Camera Review re: Order 12/26/06; Order (Proposed) | |
| 62. | Request for Status Hearing to Address Pre-Trial Deadlines; Order Regarding Status Hearing (Proposed) | January 9, 2006 |
| 63. | Defendant/Third Party Plaintiff's Expert Witness List | January 10, 2006 |
| 64. | ORDER Granting Motion to Withdraw | January 10, 2006 |
| 65. | Plaintiffs' Final Witness List | January 11, 2006 |
| 66. | ORDER Denying Motion to Reconsider | January 12, 2006 |
| 67. | Defendant/Third Party Plaintiff's Final Witness List | January 17, 2006 |
| 68. | Plaintiff's Expert Witness List | January 17, 2006 |
| 69. | ORDER to Plaintiff's Motion to Compel | January 26, 2006 |
| 70. | Notice of Filing GEICO Claims Manual *in camera* | January 20, 2006 |
| 71. | Defendant's Renewed Motion for Summary Judgment as to all Statutory and Bad Faith Claims, Memorandum in Support of Renewed Motion for Summary Judgment as to all Claims of Bad Faith; Order (Proposed) | January 24, 2006 |
| 72. | Notice of Next Court Appearance | January 26, 2006 |
| 73. | Defendant's/ Third Party Plaintiff's Civil Rule 42 Peremptory Challenge | January 27, 2006 |
| 74. | Opposition to Renewed Motion for Partial Summary Judgment and Request for Extension of Time to Supplement | February 6, 2006 |
| 75. | Reply to Opposition to Renewed Motion for | February 9, 2006 |

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

NOTICE OF FILING STATE COURT DOCUMENTS
Charles v. GEICO, Case No. _____
Page 6

Summary Judgment and Objection to
Further Extensions of Time

| | | |
|---|---|---|
| 76. | Motions in Limine | February 9, 2006 |
| 77. | Log Notes from January 30, 2006 Hearing | January 30, 2006 |
| 78. | Reply to Opposition Re: Extension of Time to Oppose S.J. & Expert Deadline | February 13, 2006 |

A DVD+RW disc is also attached with copies of Items 1 through 78 in Adobe .pdf format, as well as a copy of this briefing.

DATED at Anchorage, Alaska, this 15th day of February, 2006.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

By: _____
Blake H. Call
ABA No. 8911051

I hereby certify that a true and correct copy of the foregoing was mailed this 15th day of February, 2006 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

_____

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

NOTICE OF FILING STATE COURT DOCUMENTS
Charles v. GEICO, Case No. _____
Page 7