**COOKE, ROOSA, & VALCARCE, LLC**
A LIMITED LIABILITY CORPORATION

ANCHORAGE
CHRISTOPHER E. COOKE
KENNETH B. ROOSA

BETHEL
JIM VALCARCE
HEATHER BIA
CHESTER GILMORE

900 3rd Avenue / P. O. Box 409
BETHEL, ALASKA 99559
TELEPHONE: (907) 543-2744
TELEFAX: (907) 543-2746
E-MAIL: info@freshlawyers.com

ANCHORAGE OFFICE
3701 Jewel Lake Road
Anchorage, Alaska 99502
Telephone: (907)276-2744
Telefax: (907) 276-2746

# FACSIMILE COVER SHEET

The following document, including cover sheet, contains _____ pages.

Date:

TO: Blake Call                    Fax No.: 263-8330

RE:

FROM: Jim Valcarce /TTR

Items being sent: complaint

MESSAGE:

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMITTAL IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE AND IS INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF THE READER OF THIS INFORMATION IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERY TO THIS INFORMATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT THIS IS NOT A WAIVER OF PRIVILEGE AND ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL INFORMATION TO THE SENDER, BY U.S. MAIL, AT THE ABOVE ADDRESS.

Original: Mailed ____    Not Mailed ____

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &
BERNADETTE CHARLES,

      Plaintiffs,

vs.

GEICO GENERAL INSURANCE COMPANY,

      Defendant

Case No. 4BE-04-_____ CI

## COMPLAINT FOR DAMAGES

Plaintiffs, by and through their attorney Cooke, Roosa & Valcarce for their action against the defendant alleges as follows:

1. That plaintiffs are residents of Bethel in the Fourth Judicial District, State of Alaska and the acts and omissions alleged herein occurred in Bethel, Alaska.

2. That defendant GEICO GENERAL INSURANCE CO. is an insurance company licensed and authorized by the Division of Insurance to do business in the State of Alaska. Its registered agent for personal service is Nancy C. Pierce, Regional Vice President, One GEICO West 14111 Danielson Street, Poway, CA 92064-6886. Service of process, pursuant to A.S. 21.09.180 and A.S. 21.09.190, is on the Director of the Division of Insurance, P. O. Box 110805, Juneau, Alaska 99811-0805.

3. On or about April, 2004, plaintiffs paid more than $500.00 for automobile

COOKE, ROOSA
VALCARCE LLC
ATTORNEYS AT LAW
THIRD AVENUE
P. O. BOX 409
L. ALASKA 99559
971-543-2744

insurance, policy number 4006-81-40-67 from defendant GEICO GENERAL INSURANCE COMPANY, and specifically uninsured/underinsured motorist coverage.

4. That after such purchase, defendant issued to plaintiff an Alaska Family Automobile Insurance Policy, which obligated defendant to pay for damages to plaintiffs in the event they were injured by a driver who did not have insurance to cover the losses, referred to as an "uninsured motorist," under the policy.

5. That after purchasing said insurance from defendant GEICO, on or about May 3, 2004, the plaintiffs were injured by a driver in Bethel, Alaska who did not have insurance to cover the losses, which resulted in plaintiffs being uninsured motorists pursuant to the GEICO Policy.

6. After numerous demands by plaintiffs to resolve their claims in exchange for payment of the $100,000 policy limits, on or about February 26, 2005, GEICO claims examiner Rebecca Caldwell offered $5,500 to Jack Charles and $6,300 for Bernadette Charles, which was/is inadequate compensation for the plaintiffs' compensatory damages.

7. The defendant owes plaintiffs adequate and full compensation for their compensatory losses, and GEICO's refusal to provide such to the plaintiffs violates the contract and is a breach of GEICO's policy.

Complaint                                                                                                                         Page 2

DOES, ROOSA
/ALCARCE, LLC
ORNEYS AT LAW
THIRD AVENUE
P. O. BOX 409
L, ALASKA 99559
07) 543-2744

WHEREFORE, plaintiffs request the following relief from this Court:

1. For a determination of damages by a jury and judgment for past and future economic and non-economic damages in an amount to be determined at trial but in any event greater than $50,000.00; but anticipated to be less than $75,000 for each plaintiff.

2. For costs, interest and attorney's fees in bringing this action; and

3. For such other relief as the court considers appropriate.

DATED this _16_ day of February, 2005, at Bethel, Alaska.

COOKE, ROOSA & VALCARCE
Attorney for Plaintiffs

Jim J. Valcarce
ABA No. 9505011

Complaint                                                                    Page 3

COOKE, ROOSA
VALCARCE, LLC
ATTORNEYS AT LAW
3 THIRD AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

TOTAL P.04