[COURT] FOR THE STATE OF ALASKA

AT  Bethel

Jack Charles and Bernadette Charles

        Plaintiff(s),

vs.

GEICO General Insurance Company

        Defendant(s).

CASE NO. 4BE-05-55CI

**SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT**

To Defendant: GEICO General Insurance Company, One GEICO West 14111 Danielson Street, Poway, CA 92064-6886

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at P.O. Box 130, Bethel, Alaska 99559 (address) within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Jim Valcarce whose address is: COOKE, ROOSA & VALCARCE, LLC, P.O. Box 409, Bethel, Alaska 99559.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

## NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge Delaney

(SEAL)

CLERK OF COURT

2/23/05
Date

By: _____
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

Civil Rules 4, 5, 12, 42(c), 55

CIV-100 (5/02)(st.3)
SUMMONS