IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>Defendant.<br><br>GEICO CASUALTY COMPANY,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>VALERIE JOE,<br><br>Third Party Defendant. | Case No. 4BE-05-55 Civil |

*(Left margin: CALL, HANSON & KELL, P.C., 250 H. Street, Anchorage, Alaska 99501-2112, Phone (907) 258-8864 • Fax (907) 258-8865)*

### ENTRY OF APPEARANCE

COMES NOW CALL, HANSON & KELL, P.C., and enters its appearance as attorneys of record on behalf of defendant, **GEICO CASUALTY COMPANY,** and service may be had on such defendant by delivering mailings or pleadings to said attorneys at 250 H Street, Anchorage, Alaska 99501.

ENTRY OF APPEARANCE, Page 1
Charles v. GEICO, Case No. 4BE-05-55 CI

DATED at Anchorage, Alaska, this 29th day of March, 2005.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

By: _____
Blake H. Call
ABA No. 8911051

I hereby certify that a true and correct copy of the foregoing was ☐ faxed ☐ hand delivered and/or ☒ mailed this 30th day of March, 2005 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

_____
Mona Schultz

ENTRY OF APPEARANCE, Page 2
Charles v. GEICO, Case No. 4BE-05-55 CI