IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, Plaintiffs, vs. GEICO GENERAL INSURANCE COMPANY, Defendant. | |
| GEICO CASUALTY COMPANY, Third Party Plaintiff, vs. VALERIE JOE, Third Party Defendant. | Case No. 4BE-05-55 Civil |

### ANSWER AND THIRD PARTY COMPLAINT

COMES NOW defendant GEICO Casualty Company (improperly identified in the original caption as GEICO General Insurance Company), by and through counsel of record, Call, Hanson and Kell, P.C., and responds to plaintiffs' complaint, paragraph by paragraph, as follows:

1. Based upon information and belief, admitted.

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

2. Defendant GEICO Casualty Company admits that it is an insurance company licensed and authorized by the Division of Insurance to do business in the State of Alaska.

3. Answering defendant admits that plaintiffs were insureds under policy issued in their name and applicable on the date of loss in question.

4. Answering defendant admits that plaintiffs are entitled to payment for injuries and damages arising from an accident with an uninsured motorist under certain circumstances.

5. Answering defendant admits that an incident occurred, based upon information and belief, on May 3, 2004 in Bethel, Alaska when plaintiffs were involved in an accident with a driver who apparently has no insurance and therefore triggered uninsured motorist coverage under the GIECO policy.

6. Answering defendant admits that various settlement negotiations did take place but deny that the settlement negotiations are either relevant or admissible. To the extent that this legal objection is stricken, answering defendant denies the allegations contained in paragraph 6.

7. Denied.

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

ANSWER AND THIRD PARTY COMPLAINT, Page 2
Charles v. GEICO, Case No. 4BE-05-55 CI

## THIRD PARTY COMPLAINT

1. GEICO Casualty Company is an insurer licensed to transact business in the State of Alaska who issued a policy of insurance to Jack Charles.

2. Valerie Joe is a resident of Bethel, Alaska, Fourth Judicial District.

3. On or about May 3, 2004, an auto accident occurred between Valerie Joe and a vehicle driven by Jack Charles in which Bernadette Gregory was a passenger.

4. Jack Charles and Bernadette Gregory have sued GEICO Insurance Company alleging that the accident was the fault of Valerie Joe and that Valerie Joe had no insurance.

5. Under the terms of the automobile liability policy issued to Jack Charles, Bernadette Gregory is an additional insured in the policy and both are entitled to maintain a claim for uninsured motorist damages and have done so in this above-referenced suit.

6. Under common law and contract law, defendant GEICO Casualty Company has a direct cause of action for subrogation against Valerie Joe for any and all damages that a jury determines are the result of the accident in which Valerie Joe was an uninsured driver.

7. If the jury determines that Valerie Joe was responsible for this accident and awards damages in favor of Jack Charles or Bernadette

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

Gregory, GEICO Insurance Company requests judgment be entered against Valerie Joe in that amount plus reasonable attorney's fees.

### AFFIRMATIVE DEFENSES

1. Plaintiff's claim, if any, is the result of the negligence of Jack Charles and the doctrine of comparative negligence should therefore apply;

2. Plaintiffs Jack Charles and Bernadette Gregory have failed to utilize safety equipment with which their vehicle was equipped.

3. Plaintiffs Jack Charles and Bernadette Gregory may have failed to property mitigate their damages.

4. Plaintiffs' injuries, if any, are the result of the negligence of parties other than third party defendant Valerie Joe.

WHEREFORE, answering defendant and third party plaintiff, prays for the following relief:

1. For an order dismissing plaintiff's complaint, with prejudice;

2. For an award of attorney's fees and costs incurred in defense of the action.

3. As third party plaintiff, for a judgment against third party defendant Valerie Joe in an amount to be proven at trial.

4. For an award of attorney's fees and costs incurred in the action against defendant Valerie Joe.

ANSWER AND THIRD PARTY COMPLAINT, Page 4
Charles v. GEICO, Case No. 4BE-05-55 CI

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

5.  That they be awarded such other relief as this court deems just and equitable.

DATED at Anchorage, Alaska, this 29th day of March, 2005.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

By: _____
Blake H. Call
ABA No. 8911051

I hereby certify that a true and correct copy of the foregoing was ☐ faxed ☐ hand delivered and/or ☒ mailed this 30th day of March 2005 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

_____
Mona Schultz

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

ANSWER AND THIRD PARTY COMPLAINT, Page 5
Charles v. GEICO, Case No. 4BE-05-55 CI