IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ____BETHEL____

GEICO CASUALTY COMPANY )
)
)
)   Plaintiff(s),   )
vs. )
)
VALERIE JOE )
)
)   Defendant(s).   )
)
)

**RECEIVED**

APR 1 2 2005

Call, Hanson & Kell, P.C.

CASE NO. __4BE-05-55 CIVIL__

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: ____Valerie Joe____

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at ____Box 130, Bethel, Alaska 99559-0130____ within 20
(address)
days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, ____Blake H. Call____ whose address is: ____250 H Street, Anchorage, Alaska 99501____.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

...has been assigned to Judge ____Dunney____.

CLERK OF COURT

By: ____[signature]____
Deputy Clerk

...ed as a defendant has 40 days to file its answer.

Civil Rules 4, 5, 12, 42(c), 55

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .60 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | 3.50 |
| Total Postage & Fees | $ | 8.15 |

Postmark Here    1101.027

Sent To: Valerie Joe
Street, Apt. No.; or PO Box No.: PO Box 1623
City, State, ZIP+4: Bethel, AK 99559

PS Form 3800, June 2002    See Reverse for Instructions

7004 0750 0003 2879 8163

IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT   BETHEL

| | |
|---|---|
| GEICO CASUALTY COMPANY )<br>)<br>)<br>)<br>)<br>            Plaintiff(s), )<br>vs. )<br>)<br>VALERIE JOE )<br>)<br>)<br>            Defendant(s). )<br>)<br>_____) | CASE NO.  4BE-05-55 CIVIL<br><br>SUMMONS<br>AND<br>NOTICE TO BOTH PARTIES<br>OF JUDICIAL ASSIGNMENT |

To Defendant: ~~Valerie Joe~~

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at  Box 130, Bethel, Alaska 99559-0130                                          within 20
                                (address)
days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Blake H. Call                                       whose address is:  250 H Street, Anchorage, Alaska 99501                                        .

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.


NOTICE OF JUDICIAL ASSIGNMENT

To:  Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge_____.


(SEAL)                                              CLERK OF COURT


                                                    By: _____
_____                                     Deputy Clerk
        Date


* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 (5/02)(st.3)                                Civil Rules 4, 5, 12, 42(c), 55
SUMMONS