IN THE SUPERIOR COURT FOR THE STATE OF ALASKA COURT SYSTEM
FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| **JACK CHARLES & BERNADETTE CHARLES,**<br>Plaintiffs,<br><br>vs.<br><br>**GEICO GENERAL INSURANCE COMPANY,**<br>Defendant.<br><hr>**GEICO CASUALTY COMPANY,**<br>Third Party Plaintiff,<br><br>vs.<br><br>**VALERIE JOE,**<br>Third Party Defendant. | **RECEIVED**<br>APR 25 2005<br>Call, Hanson & Kell, P.C. |

4BE –05 –55 CIVIL

## NOTICE OF TRIAL DATE SETTING CONFERENCE

A **PRETRIAL SCHEDULING CONFERENCE**, in the matter referenced above, has been scheduled for **MAY 24, 2005 at 11:00 a.m.** in front of Judge Leonard R. Devaney.

Telephonic participation is allowed for attorneys and unrepresented parties not residing in Bethel. Any attorney or unrepresented party wishing to participate by telephone must contact the judge's administrative assistant at 907-543-1124 at least 24 hours before the hearing and provide a telephone number to which a call may be placed at the time set for the hearing.

At least one of the attorneys for each party participating in this conference must have authority to enter into stipulations and to make admissions regarding all matters that the participants reasonably anticipate may be discussed. Civil Rule 16(c).

I certify that on 4/21/05 Jim Valcarce copies of this form were sent to Blake Call
CLERK: mj

Mona Jensen
Judicial Asst for Judge Devaney