CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 4BE-05-55 Civil |

**NOTICE OF INTENT TO APPEAR TELEPHONICALLY**

COMES NOW defendant, **GEICO GENERAL INSURANCE COMPANY**, by and through counsel of record, CALL HANSON & KELL, P.C., and notifies all counsel and the court that his attorney of record will appear telephonically at the ***Pretrial Scheduling Conference*** scheduled for the **24th day of May, 2005 at 11:00 a.m.** before **Judge Leonard R. Devaney**. The undersigned counsel can be contacted by collect phone call at **1-907-258-8864** at the time such hearing is ready to convene.

DATED at Anchorage, Alaska, this 25th day of April, 2005.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

By: _____
Blake H. Call
ABA No. 8911051

I hereby certify that a true and correct copy of the foregoing was ☐ faxed ☐ hand delivered and/or ☒ mailed this 25th day of April 2005 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

_____
Mona Schultz

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

NOTICE OF INTENT TO APPEAR TELEPHONICALLY, Page 2
Charles v. GEICO, Case No. 4BE-05-55 CI