Jack Charles&
Bernadette Charles

      Plaintiffs,

Vs.

Geico General Insurance
Company,

      Defendant,

_____

Geico Casualty Company,

      Third Party Plaintiff,

Vs.

Valerie Joe,

      Third Party Defendant.

RECEIVED

MAY - 2 2005

Call, Hanson & Kell, P.C.

Case No. 4BE-05-55 Civil


## ANSWER

**I am Valerie Joe and I don't belive the automobile accident was my fault and there for I don't think that I should owe any money.**

*Valerie Joe*

**Valerie Joe**

**Third Party Defendant**


**I hereby certify that a true and correct copy of the foregoing was mailed this 28th day of April 2005 to:**

**Jim J. Valcarce**
**Cooke, Roosa & Valcarce,LLC**
**P.O. Box 409**
**Bethel, Ak 99559-0409**

**CALL,HANSON & KELL, P.C.**
**250 H. Street**
**Anchorage, Ak 99501-2112**