IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

RECEIVED MAY 16 2005
Call, Hanson & Kell, P.C.

JACK CHARLES and BERNADETTE CHARLES,

        Plaintiffs,

vs.

GEICO GENERAL INSURANCE COMPANY,

        Defendant

Case No. 4BE-05-55 CI

### REPORT OF PARTIES PLANNING MEETING

**Pretrial Scheduling Conference date:** May 24, 2005 at 11:00 a.m.

**Judge assigned:** Hon. Devaney

**Type of Action:** Personal Injury

The parties' planning meeting was held: May 11, 2005, and attended by:

    Jim Valcarce, Esq.        for Plaintiffs Jack & Bernadette Charles
    Blake Call, Esq.          for Defendant GEICO General Ins. Co.

1. **Issues:** (Preliminary statement of joint/separate issues)
    1) GEICO's belief, "Whether Plaintiff's are entitled to recover under the Underinsured Motorist provisions of the applicable GEICO policy."
    2) Damages

2. **Initial Disclosures.** Civil Rule 26(a)(1)
   _X_ have been exchanged    ___ will be exchanged within 30 days.

   The parties agree that supplementations under Rule 26(e) will be due at the following times or intervals: every 30 days.

3. **Discovery plan.** The parties jointly propose to the court the following discovery plan

COOKE, ROOSA & VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

  a. **Subjects.** (Description of discovery needed). Subjects or issues as listed in paragraphs subsections

  b. **Deadline.** All discovery must be commenced in time to be completed by four months pretrial, except that discovery on the following issues must be completed by the dates shown.

    Issues for Early Discovery  Deadline for Completion
      None

  c. **Limits.**

   (1) <u>Interrogatories</u>. The parties stipulate to the following changes in Civil Rule 33(a) for the number of interrogatories and dates due.

    _X_ No change.
    ___ Maximum of _____ interrogatories.
    ___ Responses due ___ days after service.

   (2) <u>Request for Admission</u>. Civil Rule 36.
    _X_ No change.
    ___ Maximum of _____ requests for admission.
    ___ Responses due ___ days after service.

   (3) <u>Depositions</u>. Civil Rule 30(d)(2).
    _X_ No change.
    _____ may depose the following additional witnesses:

  d. **Trial.**

   a. Civil Rule 16(b)(1)(g). Complete either (1) or (2).

    (1) The parties recommend a trial date be set for :
     Plaintiffs Jack & Bernadette Charles: December, 2005
     Defendant GEICO: *March 06*
     Estimated trial time:
     Plaintiffs Jack & Bernadette Charles __3__ days
     Defendant GEICO      __3__ days

   b. Jury trial _x_ requested ___ not requested ___ disputed. Explain:

Report of Parties Planning Meeting             2
Case No 4BE-05-55 CI

COOKE, ROOSA & VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

4. **Proposed Pretrial Deadlines.**

| | Plaintiff(s) | Defendant(s) |
|---|---|---|
| 1. Dispositive Motions | | |
| 2. Settlmt. Conf. Request | | |
| 3. Expert Witness List* | | (See below) |
| 4. Final Witness List | | |
| 5. Close of Discovery | | |
| 6. Discovery Motions | (the parties agree to the standard pre-trial deadlines) | |
| 7. Trial Evid. Motions | | |
| 8. Exhibits | | |
| 9. Pretrial Memo | | |
| 10. Jury Instructions | | |
| 11. Obj. to Jury Instructions | | |
| 12. Depo Designations | | |
| 13. Counter Designations | | |
| 14. Obj. to Counter Designations | | |
| 15. Pretrial Conference | | |

5. **Settlement.**

   a. The parties have discussed the possibilities for a prompt settlement or Resolution of the case, including the following alternative dispute resolution procedures:

      \_\_ settlement conference
      \_\_ mediation
      \_\_ non-binding arbitration
      _X_ other: The parties will make application to the court when they feel a settlement conference will be fruitful.

   b. Settlement Conference.

      \_\_ The parties request a settlement conference.
      \_\_ The parties agree the deadline to request a settlement conference will be:
      \_\_ Other:

   c. Mediation.

      \_\_ The parties request appointment of a mediator under Civil Rule 100.
Report of Parties Planning Meeting  
Case No 4BE-05-55 CI  
3

```
        ___ The parties agree the deadline for requesting a mediator is:
        ___ Other:
```

 1
 2   6.  **Pretrial Scheduling Conference.** The parties ___ waive _X_ do not waive a
         conference with the court before entry of the scheduling order.
 3
 4   7.  **Other Orders.** Rule 26(c) protective orders or Rule 16(b)/(c) pretrial orders:
 5
         DATED: 5-11-0 , 2005.          _____
 6                                      Jim Valcarce
                                        COOKE, ROOSA & VALCARCE, LLC
 7                                      Attorneys for Plaintiffs
                                        ABA No. 9505011
 8
 9       DATED: 5/11/2005 , 2005.       _____
10                                      Blake Call
                                        Call, Hanson & Kell, P.C.
11                                      ABA No.
                                        8911051
12

Report of Parties Planning Meeting
Case No 4BE-05-55 CI                                                              4

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

TOTAL P.06
MAY-12-2005 09:08       9072588865            97%          P.05

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES & )
BERNADETTE CHARLES, )
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　　　)
vs. )
　　　　　　　　　　　　　　　　　　　　　　)
GEICO GENERAL INSURANCE )
COMPANY, )
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant )
_____)

Case No. 4BE-05-55 CI

### CERTIFICATE OF SERVICE

SHARON RODGERS, certifies that she is an authorized agent of Cooke, Roosa & Valcarce, LLC, for the service of papers pursuant to Civil Rule 5, and on the date stated herein she mailed copies thereof to the person listed below:

| | |
|---|---|
| Documents: | REPORT OF PARTIES PLANNING MEETING |
| Person Served: | Blake H. Call<br>CALL, HANSON & KELL P.C.<br>250 H Street<br>Anchorage, Alaska 99501-2112 |

Dated this 12th day of May 2005, at Bethel, Alaska

_Sharon Rodgers_
SHARON RODGERS

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES and BERNADETTE CHARLES, )
)
                Plaintiffs, )
)
vs. )
)
GEICO GENERAL INSURANCE COMPANY, )
)
                Defendant )
_____ )

Case No. 4BE-05-55 CI

### REPORT OF PARTIES PLANNING MEETING

**Pretrial Scheduling Conference date:** May 24, 2005 at 11:00 a.m.

**Judge assigned:** Hon. Devaney

**Type of Action:** Personal Injury

The parties' planning meeting was held: <u>May 11, 2005</u>, and attended by:

    Jim Valcarce, Esq.        for Plaintiffs Jack & Bernadette Charles
    Blake Call, Esq.           for Defendant GEICO General Ins. Co.

1. **Issues:** (Preliminary statement of joint/separate issues)
   1) GEICC's belief, "Whether Plaintiff's are entitled to recover under the Underinsured Motorist provisions of the applicable GEICO policy."
   2) Damages

2. **Initial Disclosures.** Civil Rule 26(a)(1)
   <u>X</u> have been exchanged      ___ will be exchanged within 30 days.

   The parties agree that supplementations under Rule 26(e) will be due at the following times or intervals: every 30 days.

3. **Discovery plan.** The parties jointly propose to the court the following discovery plan

COOKE, ROOSA & VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

    a.    **Subjects.** (Description of discovery needed). Subjects or issues as listed in paragraphs subsections

    b.    **Deadline.** All discovery must be commenced in time to be completed by four months pretrial, except that discovery on the following issues must be completed by the dates shown.

| Issues for Early Discovery | Deadline for Completion |
|---|---|
| None | |

    c.    **Limits.**

        (1)    Interrogatories. The parties stipulate to the following changes in Civil Rule 33(a) for the number of interrogatories and dates due.

            _X_ No change.
            ___ Maximum of _____ interrogatories.
            ___ Responses due ___ days after service.

        (2)    Request for Admission. Civil Rule 36.
            _X_ No change.
            ___ Maximum of _____ requests for admission.
            ___ Responses due ___ days after service.

        (3)    Depositions. Civil Rule 30(d)(2).
            _X_ No change.
            _____ may depose the following additional witnesses:

    d.    **Trial.**

        a.    Civil Rule 16(b)(1)(g). Complete either (1) or (2).

            (1)    The parties recommend a trial date be set for:
                    Plaintiffs Jack & Bernadette Charles: December, 2005
                    Defendant GEICO: *March, 2006*
                    Estimated trial time:
                    Plaintiffs Jack & Bernadette Charles __3__ days
                    Defendant GEICO __3__ days

        b.    Jury trial _x_ requested ___ not requested ___ disputed. Explain:

Report of Parties Planning Meeting        2
Case No 4BE-05-55 CI

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

4. **Proposed Pretrial Deadlines.**

|  | Plaintiff(s) | Defendant(s) |
|---|---|---|
| 1. Dispositive Motions | | |
| 2. Settlmt. Conf. Request | | |
| 3. Expert Witness List* | | (See below) |
| 4. Final Witness List | | |
| 5. Close of Discovery | | |
| 6. Discovery Motions | (the parties agree to the standard | |
| 7. Trial Evid. Motions | pre-trial deadlines) | |
| 8. Exhibits | | |
| 9. Pretrial Memo | | |
| 10. Jury Instructions | | |
| 11. Obj. to Jury Instructions | | |
| 12. Depo Designations | | |
| 13. Counter Designations | | |
| 14. Obj. to Counter Designations | | |
| 15. Pretrial Conference | | |

5. **Settlement.**

   a. The parties have discussed the possibilities for a prompt settlement or Resolution of the case, including the following alternative dispute resolution procedures:

   ___ settlement conference
   ___ mediation
   ___ non-binding arbitration
   _X_ other: The parties will make application to the court when they feel a settlement conference will be fruitful.

   b. Settlement Conference.

   ___ The parties request a settlement conference.
   ___ The parties agree the deadline to request a settlement conference will be:
   ___ Other:

   c. Mediation.

   ___ The parties request appointment of a mediator under Civil Rule 100.

Report of Parties Planning Meeting                                                           3
Case No 4BE-05-55 CI

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

___ The parties agree the deadline for requesting a mediator is:
___ Other:

6. **Pretrial Scheduling Conference.** The parties ___ waive _X_ do not waive a conference with the court before entry of the scheduling order.

7. **Other Orders.** Rule 26(c) protective orders or Rule 16(b)/(c) pretrial orders:

DATED: _____, 2005.

Jim Valcarce
COOKE, ROOSA & VALCARCE, LLC
Attorneys for Plaintiffs
ABA No. 9505011

DATED: 5/11/2005, 2005.

Blake Call
Call, Hanson & Kell, P.C.
ABA No.
8911051

Report of Parties Planning Meeting
Case No 4BE-05-55 CI

4

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
880 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

TOTAL P.06

TRANSMISSION VERIFICATION REPORT

```
TIME : 05/12/2005 08:16
NAME : CALL HANSON KELL LAW
FAX  : 9072588865
TEL  : 9072588864
```

```
DATE,TIME         05/12 08:15
FAX NO./NAME      19075432746l101027
DURATION          00:01:19
PAGE(S)           05
RESULT            OK
MODE              STANDARD
                  ECM
```

LAW OFFICES OF
# CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
Telephone: (907) 258-8864

## FACSIMILE TRANSMITTAL

### WARNING:

The information contained in this telefax is intended for the named recipient only, and may be privileged or confidential. If the reader of this telefax is not the named recipient, they are hereby notified that they are prohibited from distributing, disseminating, or photocopying this telefax without the express consent of the named recipient or the named sender.

Date: May 12, 2005
Our File No. 1101.027

| FROM: | TO: |
|---|---|
| Name: Blake Call | Name: James Valcarce |
| Company: Call, Hanson & Kell, P.C. | Company: Cooke, Roose & Valcarce |
| Phone: (907) 258-8864 | In re: Charles v. GEICO |
| Fax: (907) 258-8865 | Fax: 907-543-2746 |

Total Number of Pages (including this cover sheet): 5

Special Instructions or Additional Message: