IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES and BERNADETTE CHARLES, )
)
Plaintiffs, )
)
vs. )
)
GEICO GENERAL INSURANCE COMPANY, )
)
Defendant )
_____)
)
GEICO CASUALTY COMPANY, )
)
Third Party Plaintiff, )
)
vs. )
)
VALERIE JOE, )
)
Third Party Defendant. )
_____)

RECEIVED
MAY 25 2005
Call, Hanson & Kell, P.C.

Case No. 4BE-04-271 CI

## NON-OPPOSED MOTION FOR EXTENSION OF TIME
## FOR OPPOSITION TO MOTION TO REMAND

Plaintiffs by and through counsel, the law firm of Cooke, Roosa, & Valcarce, LLC hereby move the court for an extension of time in which to file their opposition to defendant GEICO General Insurance Company's Motion to Remand. Plaintiff's opposition was due on May 25, 2005. The parties have agreed to a ten-day extension so that plaintiff's opposition is due on June 6, 2005, since June 5, 2005 is a Sunday. Mr. Call, attorney for defendant Geico, agreed on May 23, 2005, that he would not oppose this Motion.

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

DATED this 23 day of May, 2005, at Bethel, Alaska.

          COOKE, ROOSA & VALCARCE, LLC
          Attorneys for defendant

          */s/ Chester Gilmore*
          Chester Gilmore
          ABA 0405015

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES and BERNADETTE CHARLES, | ) |
| Plaintiffs, | ) |
| vs. | ) |
| GEICO GENERAL INSURANCE COMPANY, | ) |
| Defendant | ) |

| | |
|---|---|
| GEICO CASUALTY COMPANY, | ) |
| Third Party Plaintiff, | ) |
| vs. | ) |
| VALERIE JOE, | ) |
| Third Party Defendant. | ) |

Case No. 4BE-04-271 CI

## ORDER

The Court, having reviewed the Non-opposed Motion for Extension of Time, hereby orders that the plaintiff's opposition to defendant's Motion to Remand is due on June 6, 2005.

Motion is GRANTED.

DATED this _____ day of May, 2005 at Bethel, Alaska

_____
Judge Devaney

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & <br> BERNADETTE CHARLES, <br><br>     Plaintiffs, <br><br> vs. <br><br> GEICO GENERAL INSURANCE <br> COMPANY, <br><br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| GEICO CASUALTY COMPANY, <br><br>     Third Party Plaintiff, <br><br> vs. <br><br> VALERIE JOE, <br><br> T Third Party Defendant, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 4BE-05-55 CI

## CERTIFICATE OF SERVICE

LINDA MOCKTA, certifies that she is an authorized agent of Cooke, Roosa & Valcarce, LLC, for the service of papers pursuant to Civil Rule 5, and on the date stated herein she filed the following documents in the above-named court and faxed and mailed copies thereof to the person listed below:

Documents:  NON-OPPOSED MOTION FOR EXTENSION OF TIME FO ROPPOSITION TO MOTION TO REMAND
PROPOSED ORDER

<u>Person Served:</u>   Blake H. Call
CALL, HANSON & KELL P.C.
250 H Street
Anchorage, Alaska 99501-2112

Dated this 23rd day of May 2005, at Bethel, Alaska

*[signature]*
LINDA MOCKTA

COMPLAINT

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744