IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES and BERNADETTE CHARLES, )
)
Plaintiffs, )
)
vs. )
)
GEICO GENERAL INSURANCE COMPANY, )
)
Defendant )
_____ )
)
GEICO CASUALTY COMPANY, )
)
Third Party Plaintiff, )
)
vs. )
)
VALERIE JOE, )
)
Third Party Defendant. )
_____ )

RECEIVED
JUN - 6 2005
Call, Hanson & Kell, P.C.

Case No. 4BE-04-271 CI

## ORDER

The Court, having reviewed the Non-opposed Motion for Extension of Time, hereby orders that the plaintiff's opposition to defendant's Motion to Remand is due on June 6, 2005.

Motion is GRANTED.

DATED this 3✓2 day of May, 2005 at Bethel, Alaska

Judge Devaney

I certify that on 6/3/05 copies of this form were sent to:
CLERK: MJ
- Jim Valcarce
- Mike Hanson
- Myron Angstman
(ALL VIA COURTESY COPY FAX + HARD COPY)

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

ALASKA COURT SYTEM
PO BOX 130
BETHEL AK 99559-0130
907-543-1124
FAX 907-543-3343

# Facsimile transmittal

| To: | MICHAEL J. HANSON | Fax: | (907) 258-8865 |
| From: | MONA JENSEN | Date: | 6/3/2005 |
| Re: | ORDER | Pages: | 2 INCLUDING COVER SHEET |
| CC: | | | |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

## TO: MICHAEL J. HANSON
## RE: 4BE-04-271 CI   CHARLES V GEICO V JOE

HERE IS AN ORDER IN THE ABOVE-REFERENCED CASE.
A HARD COPY WILL FOLLOW.

THANK YOU!

MONA JENSEN, mjensen@courts.state.ak.us
ADMIN ASST FOR JUDGE LEONARD DEVANEY
907-543-1124 PHONE        907-543-3343 FAX

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES and BERNADETTE CHARLES,

　　　　Plaintiffs,

vs.

GEICO GENERAL INSURANCE COMPANY,

　　　　Defendant

---

GEICO CASUALTY COMPANY,

　　　　Third Party Plaintiff,

vs.

VALERIE JOE,

　　　　Third Party Defendant.

Case No. 4BE-04-271 CI

### ORDER

The Court, having reviewed the Non-opposed Motion for Extension of Time, hereby orders that the plaintiff's opposition to defendant's Motion to Remand is due on June 6, 2005.

Motion is GRANTED.

DATED this 3rd day of May, 2005 at Bethel, Alaska

_____
Judge Devaney

I certify that on 6/3/05 copies of this form were sent to:
CLERK: MJ
- Jim Valcarce
- Mike Hanson
- Myron Angstman
(ALL VIA COURTESY COPY FAX + HARD COPY)

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P.O. BOX 409
ETHEL, ALASKA 99559