IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

1

2    JACK CHARLES and BERNADETTE CHARLES,    )

3                                Plaintiffs,    )

4    vs.                                        )

5                                               )
     GEICO GENERAL INSURANCE COMPANY,           )
6                                               )
7                                Defendant      )
     _____)
8                                               )
9    GEICO CASUALTY COMPANY,                    )
                                                )
10         Third Party Plaintiff,               )
                                                )
11   vs.                                        )
                                                )
12   VALERIE JOE,                               )
                                                )
13         Third Party Defendant.               )
14   _____)

15   Case No. 4BE-05-055 CI

16

17              **NOTICE OF CORRECTION OF CASE NUMBERS**

18         COMES NOW plaintiffs, by and through counsel, Chester Gilmore

19   of Cooke, Roosa, & Valcarce LLC and notices a necessary correction to

20   plaintiffs' Opposition to Motion to Remand and Motion to Amend

21   Complaint, and First Amended Complaint.  Counsel for plaintiff gave an

22   incorrect case number when filing plaintiff's Opposition to Motion to

23   Remand and Motion to Amend Complaint, 4BE-04-271 CI. The correct

24

25   case number is 4BE-05-055 CI.

26

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

RECEIVED

JUN 1 0 2005

Call, Hanson & Kell, P.C.

DATED ___6/9/05___ at Bethel, Alaska.

1

2

3                                      COOKE, ROOSA, & VALCARCE
                                       Attorneys for Plaintiff
4

5

6                                      _____
                                       Chester Gilmore ABA 0405015
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES and BERNADETTE CHARLES,    )
                                          )
                        Plaintiffs,       )
                                          )
vs.                                       )
                                          )
GEICO GENERAL INSURANCE COMPANY,          )
                                          )
                        Defendant         )
_____ )
                                          )
GEICO CASUALTY COMPANY,                   )
                                          )
        Third Party Plaintiff,            )
                                          )
vs.                                       )
                                          )
VALERIE JOE,                              )
                                          )
        Third Party Defendant.            )
_____ )

Case No. 4BE-05-055 CI

## AFFIDAVIT OF CHESTER GILMORE

STATE OF ALASKA            )
                           )ss.
FOURTH JUDICIAL DISTRICT   )

CHESTER GILMORE, being first duly sworn, deposes and says as follows:

1.    That I am an attorney for the plaintiffs in the above-entitled case and all statements made herein are based upon personal knowledge.

2.    On June 6, 2005, I filed plaintiffs' Opposition to Motion to

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

Remand and Motion to Amend Complaint.  I filed them under the incorrect case number 4BE04-271 CI, rather than the correct case number 4BE-05-051.

3.  On June 9, 2005 I received notice from the court (dated June 7, 2005) of the mistake, and immediately filed this notice of correction.

FURTHER AFFIANT SAYETH NOT.

DATED this __9__ day of June, 2005, at Bethel, Alaska.

CHESTER GILMORE
Alaska Bar Assoc. No. 0405015

SUBSCRIBED AND SWORN to before me on this __9th__ day of April, 2005, at Bethel, Alaska.



Notary Public in and for Alaska
My commission expires: __12/11/07__

AFFIDAVIT OF JIM J. VALCARCE                                                                 Page 2

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &BERNADETTE CHARLES,     )
                                      )
        Plaintiff,                    )
                  vs.                 )
                                      )
GEICO GENERAL INSURACE COMPANY,       )
                                      )
        Defendant,                    )
_____)
                                      )
GEICO CASUALTY COMPANY,               )
                                      )
        Third Party Plaintiff,        )
                                      )
                  vs.                 )
                                      )
VALERIE JOE,                          )
                                      )
        Third Party Defendant,        )     Case No. 4BE-05-055 CI
_____)

## CERTIFICATE OF SERVICE

        LINDA MOCKTA, certifies that she is an authorized agent of Cooke, Roosa & Valcarce, LLC, for the service of papers pursuant to Civil Rule 5, and on the date stated herein she filed the following documents in the above-named court and faxed and mailed copies thereof to the person listed below:

        Documents:              NOTICE OF CORRECTION OF CASE NUMBER

        Person Served:          Blake H. Call
                                CALL, HANSON & KELL P.C.
                                250 H Street
                                Anchorage, Alaska 99501-2112
                                (907) 258-8865

        Dated this 9th day of June 2005, at Bethel, Alaska

                                LINDA MOCKTA

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

LAW OFFICES OF

## COOKE, ROOSA, & VALCARCE, LLC
A LIMITED LIABILITY CORPORATION

ANCHORAGE
CHRISTOPHER R. COOKE
KENNETH S. ROOSA

BETHEL

JIM VALCARCE
HEATHER SIA
CHESTER GILMORE

900 3rd Avenue / P. O. Box 409
BETHEL, ALASKA 99559
TELEPHONE: (907) 543-2744
TELEFAX: (907) 543-2746
E-MAIL: info@bushlawyers.com

ANCHORAGE OFFICE
3700 Jewel Lake Road
Anchorage, Alaska 99502
· phone (907) 276-2744
Telefax (907) 276-2746

# FACSIMILE COVER SHEET

The following document, including cover sheet, contains ___6___ pages.

**Date:** 6-9-05

**TO:** Blake H. Call        **Fax No.:** 258-8865

**RE:** Notice of Correction of Case Number

**FROM:** Chester Gilmore

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMITTAL IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE AND IS INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF THE READER OF THIS INFORMATION IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERY TO THIS INFORMATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT THIS IS NOT A WAIVER OF PRIVILEGE AND ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS INFORMATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL INFORMATION TO THE SENDER, BY U.S. MAIL, AT THE ABOVE ADDRESS.

Original: Mailed ____    Not Mailed ____

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

1   JACK CHARLES &BERNADETTE CHARLES,        )
                                             )
2        Plaintiff,                          )
                                             )
3               vs.                          )
                                             )
4   GEICO GENERAL INSURACE COMPANY,          )
                                             )
5        Defendant,                          )
                                             )
6   ─────────────────────────────────────── )
                                             )
7   GEICO CASUALTY COMPANY,                  )
                                             )
8        Third Party Plaintiff,              )
                                             )
9               vs.                          )
                                             )
10                                           )
    VALERIE JOE,                             )
11                                           )
                                             )
12       Third Party Defendant,              )   Case No. 4BE-05-055 CI
                                             )
13  ─────────────────────────────────────── )

14                  **CERTIFICATE OF SERVICE**

15          LINDA MOCKTA, certifies that she is an authorized agent of Cooke,

16  Roosa & Valcarce, LLC, for the service of papers pursuant to Civil Rule 5, and on

17  the date stated herein she filed the following documents in the above-named

18
    court and faxed and mailed copies thereof to the person listed below:
19

20          Documents:              NOTICE OF CORRECTION OF CASE NUMBER

21          Person Served:          Blake H. Call
                                    CALL, HANSON & KELL P.C.
22                                  250 H Street
                                    Anchorage, Alaska 99501-2112
23                                  (907) 258-8865

24          Dated this 9th day of June 2005, at Bethel, Alaska

25                                  _____
                                    LINDA MOCKTA
26

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
500 THIRD AVENUE
P. O. BOX 405
BETHEL, ALASKA 99559
(907) 543-2744

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES and BERNADETTE CHARLES,          )
                                              )
                            Plaintiffs,       )
                                              )
vs.                                           )
                                              )
GEICO GENERAL INSURANCE COMPANY,              )
                                              )
                            Defendant         )
_____)
                                              )
GEICO CASUALTY COMPANY,                       )
                                              )
          Third Party Plaintiff,              )
                                              )
vs.                                           )
                                              )
VALERIE JOE,                                  )
                                              )
          Third Party Defendant.              )
_____)

Case No. 4BE-05-055 CI

## NOTICE OF CORRECTION OF CASE NUMBERS

COMES NOW plaintiffs, by and through counsel, Chester Gilmore of Cooke, Roosa, & Valcarce LLC and notices a necessary correction to plaintiffs' Opposition to Motion to Remand and Motion to Amend Complaint, and First Amended Complaint.  Counsel for plaintiff gave an incorrect case number when filing plaintiff's Opposition to Motion to Remand and Motion to Amend Complaint, 4BE-04-271 CI. The correct case number is 4BE-05-055 CI.

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

DATED   6/9/05   at Bethel, Alaska.

1

2

3                                          COOKE, ROOSA, & VALCARCE
                                           Attorneys for Plaintiff
4

5

6                                          Chester Gilmore ABA 0405015

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES and BERNADETTE CHARLES, )
)
Plaintiffs, )
)
vs. )
)
GEICO GENERAL INSURANCE COMPANY, )
)
Defendant )
_____ )
)
GEICO CASUALTY COMPANY, )
)
Third Party Plaintiff, )
)
vs. )
)
VALERIE JOE, )
)
Third Party Defendant. )
_____ )

Case No. 4BE-05-055 CI

<u>AFFIDAVIT OF CHESTER GILMORE</u>

STATE OF ALASKA          )
)ss.
FOURTH JUDICIAL DISTRICT )

       CHESTER GILMORE, being first duly sworn, deposes and says as follows:

       1.    That I am an attorney for the plaintiffs in the above-entitled case and all statements made herein are based upon personal knowledge.

       2.    On June 6, 2005, I filed plaintiffs' Opposition to Motion to

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

Remand and Motion to Amend Complaint. I filed them under the incorrect case number 4BE04-271 CI, rather than the correct case number 4BE-05-051.

3. On June 9, 2005 I received notice from the court (dated June 7, 2005) of the mistake, and immediately filed this notice of correction.

FURTHER AFFIANT SAYETH NOT.

DATED this __9__ day of June, 2005, at Bethel, Alaska.

CHESTER GILMORE
Alaska Bar Assoc. No. 0405015

SUBSCRIBED AND SWORN to before me on this __9th__ day of April, 2005, at Bethel, Alaska.



Notary Public in and for Alaska
My commission expires: _____

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

AFFIDAVIT OF JIM J. VALCARCE                                                                 Page 2

TOTAL P.06