IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &
BERNADETTE CHARLES,

       Plaintiffs,

vs.

GEICO GENERAL INSURANCE
COMPANY,

       Defendant.

---

GEICO CASUALTY COMPANY,

       Third Party Plaintiff,

vs.

VALERIE JOE,

       Third Party Defendant.      Case No. 4BE-05-55 Civil

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

## AMENDED
## NON-OPPOSED MOTION TO AMEND
## DEADLINE FOR FINAL WITNESS LIST

    Defendant/Third Party Plaintiff, GEICO CASAULTY COMPANY,

hereby files their Motion to Amend the Deadline for Final Witness List.

Defendant/Third Party Plaintiff, GEICO CASAULTY COMPANY, hereby

moves this court for an order moving the date for filing of final witness list to January 17, 2006. This Motion is unopposed by plaintiffs.

The parties request that they be allowed to withdraw the undersigned's previous filing Non-Opposed Motion to Move Preliminary Witness Deadline, which was in error. The court's original order listed final witness lists at a time well after trial. The parties intended to move the final witness list deadline, not the preliminary witness deadline with the undersigned's previous unopposed motion to move pre-trial deadlines.

DATED at Anchorage, Alaska, this _11/14_ day of July, 2005.

> CALL, HANSON & KELL, P.C.
> Attorneys for Defendant
>
> By: _Blake Call_
> Blake H. Call
> ABA No. 8911051

## **O R D E R**

IT IS SO ORDERED this ____ day of _____, 2005.

The parties final witness list shall be due on January 17, 2006.

_____
Judge of the Superior Court

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

I hereby certify that a true and correct copy of the foregoing was ☐ faxed ☐ hand delivered and/or ☒ mailed this 11th day of July, 2005 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK  99559-0409

Valerie Joe
P.O. Box 1623
Bethel, AK  99559

*[signature]*

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

AMENDED NON-OPPOSED MOTION TO AMEND DEADLINE
FOR FINAL WITNESS LIST          Page 3
Charles v. GEICO, Case No. 4BE-05-55 CI