CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &
BERNADETTE CHARLES,

        Plaintiffs,

vs.

GEICO GENERAL INSURANCE
COMPANY,

        Defendant.

GEICO CASUALTY COMPANY,

        Third Party Plaintiff,

vs.

VALERIE JOE,

        Third Party Defendant.

Case No. 4BE-05-55 Civil

### DEFENDANT/THIRD PARTY PLAINTIFF'S PRELIMINARY WITNESS LIST AND IDENTIFICATION OF RETAINED EXPERTS

COMES NOW the defendant/third party plaintiff's, GEICO CASUALTY COMPANY, by and through attorneys of record, CALL, HANSON & KELL, P.C., and pursuant to the court's *Routine Pretrial Order* discloses the following witnesses who will be called to testify at trial in this matter:

DEFENDANT/THIRD PARTY PLAINTIFF GEICO CASUALTY COMPANY'S
PRELIMINARY WITNESS LIST AND IDENTIFICATION OF RETAINED EXPERTS,   Page 1
Charles v. GEICO, Case No. 4BE-05-55 CI
1101.027

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

1.   Jack Charles and Bernadete Gregory, plaintiffs
     c/o Jim Valcarce
     Cooke, Roosa &Valcarce, LLC
     900 Third Avenue
     P. O. Box 409
     Bethel, Alaska 99559-0409
     (907)543-2744

     Plaintiffs in this matter. They are expected to testify live at trial regarding the events and circumstances surrounding the accident along with their injuries and treatment.

2.   GEICO General Insurance Company, defendant/third party plaintiff
     c/o Call, Kell & Hanson, LLC
     250 H Street
     Anchorage, Alaska 99501
     (907) 258-8864

     Attorney-client privilege applies. GEICO is the plaintiff's insurance company. Representatives are expected to testify live at trial regarding coverage related to this accident.

3.   IHS YKHC
     P. O. Box 528
     Bethel, Alaska 99559

     Is a treating healthcare provider of the plaintiffs, representatives are expected to testify regarding their records and treatment.

4.   Valerie Joe
     P. O. Box 1623
     Bethel, Alaska 99559
     (907)

     Was the uninsured driver of the vehicle which collided with the plaintiffs' vehicle. She is expected to testify live at trial regarding the events and circumstances surrounding the accident.

5. Tom Sharkey
P. O. Box 185
Aniak, Alaska 99557
(907) 675-4677

Was a witness to the accident which is the subject of this litigation. He is expected to testify live at trial regarding the events and circumstances surrounding the accident.

6. Dr. Daniel J. Hartman
Dr. Marguerite R. Duane
Dr. David F. Vanderburgh
Dr. Annie E. Willard
Dr. Mary L. Boegel
Lon Putnam, PAC
Alyssa L. Perry, PAC
Denise B. Ramp, , PAC
Pamela Conrad
Dorothy A. Carin, PAC
Joan Carrellas, PAC
Dr. Conellas
Dr. Hanson
Katryna McCoy
Hazel Julius
Matthew Willlard
Pamela D. Knowles, FMP
Janet E. Brindley
Yukon-Kuskokwim Health Corporation
Health Information Services Department
P. O. Box 287, Suite 3016
Bethel, Alaska 99559
(907) 543-6388

Is a treating healthcare provider of the plaintiffs, representatives are expected to testify regarding their records and treatment.

7. An expert in the area of orthopedic surgery.

8. An accident reconstructionist.

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

DEFENDANT/THIRD PARTY PLAINTIFF GEICO CASUALTY COMPANY'S
PRELIMINARY WITNESS LIST AND IDENTIFICATION OF RETAINED EXPERTS,   Page 3
Charles v. GEICO, Case No. 4BE-05-55 CI
1101.027

9. All witnesses previously deposed or hereafter deposed within the term set for discovery in this matter.

10. All persons listed by plaintiffs.

11. Any witness whose name or material testimony is first discovered during the discovery period herein.

12. Any proper rebuttal witness.

13. The records custodian of any exhibit that the opposing party will not stipulate is authentic and is a business record.

14. All treating and/or examining physicians of plaintiffs may be called to provide expert testimony.

15. All medical and other expert witnesses who may be retained by the defendant prior to the close of discovery.

DATED at Anchorage, Alaska, this 1st day of August [~~July~~], 2005.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant/Third Party Plaintiff

By: /s/ Blake H. Call
Blake H. Call
ABA No. 8911051

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

DEFENDANT/THIRD PARTY PLAINTIFF GEICO CASUALTY COMPANY'S
PRELIMINARY WITNESS LIST AND IDENTIFICATION OF RETAINED EXPERTS,   Page 4
Charles v. GEICO, Case No. 4BE-05-55 CI
1101.027

I hereby certify that a true and correct copy of the foregoing was ☐ faxed ☐ hand delivered and/or ☒ mailed this 1 day of Aug. 2005 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Valerie Joe
P.O. Box 1623
Bethel, AK 99559

*[signature]*

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

DEFENDANT/THIRD PARTY PLAINTIFF GEICO CASUALTY COMPANY'S
PRELIMINARY WITNESS LIST AND IDENTIFICATION OF RETAINED EXPERTS,   Page 5
Charles v. GEICO, Case No. 4BE-05-55 CI
1101.027