IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES and BERNADETTE CHARLES, )
)
                  Plaintiffs, )
)
vs. )
)
GEICO GENERAL INSURANCE COMPANY, )
)
                  Defendant )
_____)

RECEIVED
AUG - 3 2005
Call, Hanson & Kell, P.C.

Case No. 4BE-04-271 CI

**PLAINTIFFS' PRELIMINARY WITNESS LIST**

COMES NOW, plaintiffs, Jack Charles and Bernadette Charles, by and through Jim Valcarce attorney of the firm of Cooke, Roosa & Valcarce and hereby provide preliminary witness list as follows.

**Alaska R. Civ. P. 26(a)(1)(B)** The name and, if known, the address and telephone number of any person having relevant information to disputed facts:

      **One Geico West**
    1. Rebecca Caldwell – Claims Examiner
      P.O. Box 509090
      San Diego, California 92150-9090
      1-800-654-5896 x5892

      **One Geico West**
    2. Tamara Gazarova – Claims Examiner
      P.O. Box 509090
      San Diego, California 92150-9090
      1-800-654-5896 x5716

      **One Geico West**
    3. Lon Grothen – Claims Examiner
      P.O. Box 509090
      San Diego, California 92150-9090
      1-800-654-5896 x5664

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

4. **Joan Carrellas – Practitioner**
   c/o Yukon Kuskokwim Delta Regional Hospital
   P.O. Box 528
   Bethel, Alaska 99559
   (907) 543-6300

5. **Mary Boegel – Practitioner**
   c/o Yukon Kuskokwim Delta Regional Hospital
   P.O. Box 528
   Bethel, Alaska 99559
   (907) 543-6300

6. **Lon Putnam – Practitioner**
   c/o Yukon Kuskokwim Delta Regional Hospital
   P.O. Box 528
   Bethel, Alaska 99559
   (907) 543-6300

7. **Denise Ramp – Practitioner**
   c/o Yukon Kuskokwim Delta Regional Hospital
   P.O. Box 528
   Bethel, Alaska 99559
   (907) 543-6300

8. **Pamela Conrad – Practitioner**
   c/o Yukon Kuskokwim Delta Regional Hospital
   P.O. Box 528
   Bethel, Alaska 99559
   (907) 543-6300

9. **Dorothy Carin – Practitioner**
   c/o Yukon Kuskokwim Delta Regional Hospital
   P.O. Box 528
   Bethel, Alaska 99559
   (907) 543-6300

10. **Pamela Knowles – Practitioner**
    c/o Yukon Kuskokwim Delta Regional Hospital
    P.O. Box 528
    Bethel, Alaska 99559
    (907) 543-6300

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

Plaintiffs' Preliminary Witness List
Case No. 4BE-04-271 Civil

2

11. **Janet Brindley – Practitioner**
    c/o Yukon Kuskokwim Delta Regional Hospital
    P.O. Box 528
    Bethel, Alaska 99559
    (907) 543-6300

12. **Hazel Julius – Practitioner**
    c/o Yukon Kuskokwim Delta Regional Hospital
    P.O. Box 528
    Bethel, Alaska 99559
    (907) 543-6300

13. **Katryna McCoy – Practitioner**
    c/o Yukon Kuskokwim Delta Regional Hospital
    P.O. Box 528
    Bethel, Alaska 99559
    (907) 543-6300

14. **Daniel Hartman – Practitioner**
    c/o Yukon Kuskokwim Delta Regional Hospital
    P.O. Box 528
    Bethel, Alaska 99559
    (907) 543-6300

15. **Alyssa Perry – Practitioner**
    c/o Yukon Kuskokwim Delta Regional Hospital
    P.O. Box 528
    Bethel, Alaska 99559
    (907) 543-6300

16. **Cezary's Auto Body & Paint**
    Cezary Maczynski
    P.O. Box 1805
    Bethel, Alaska 99559
    (907) 543-4241

17. **Jack Charles**
    c/o Cooke, Roosa & Valcarce LLC
    P.O. Box 409
    Bethel, Alaska 99559
    (907) 543-2744

18. **Bernadette Charles**
    c/o Cooke, Roosa & Valcarce LLC
    P.O. Box 409
    Bethel, Alaska 99559
    (907) 543-2744

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

Plaintiffs' Preliminary Witness List
Case No. 4BE-04-271 Civil

3

19. **Valerie Ann Joe**
    P.O. Box 1623
    Bethel, Alaska 99559
    Phone unknown

20. **Tom Sharkey**
    P.O. Box 185
    Bethel, Alaska 99559
    (907) 543-6034

21. **Bethel Police Department**
    Chief of Police Howard Morris
    P.O. Box 809
    Bethel, Alaska 99559
    (907) 543-3781

22. **Bethel Police Department**
    Officer William Perry
    P.O. Box 809
    Bethel, Alaska 99559
    (907) 543-3781

DATED this _____ day of August, 2005, at Bethel, Alaska.

COOKE, ROOSA & VALCARCE
Attorneys for Plaintiff

_____
Jim Valcarce
ABA No. 9505011

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

Plaintiffs' Preliminary Witness List
Case No. 4BE-04-271 Civil

4

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES,<br><br>  Plaintiff,<br><br>   vs.<br><br>GEICO GENERAL INSURACE COMPANY,<br><br>  Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| GEICO CASUALTY COMPANY,<br><br>  Third Party Plaintiff,<br><br>   vs.<br><br>VALERIE JOE,<br><br>  Third Party Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4BE-05-055 CI |

### CERTIFICATE OF SERVICE

SHARON RODGERS, certifies that she is an authorized agent of Cooke, Roosa & Valcarce, LLC, for the service of papers pursuant to Civil Rule 5, and on the date stated herein she filed the following documents in the above-named court and faxed and mailed copies thereof to the person listed below:

  Documents:      PLAINTIFFS' PRELIMINARY WITNESS LIST

  Person Served:     Blake H. Call
              CALL, HANSON & KELL P.C.
              250 H Street
              Anchorage, Alaska 99501-2112
              (907) 258-8865

Dated this 2nd day of August 2005, at Bethel, Alaska

*Sharon Rodgers*
SHARON RODGERS

---

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744