CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &
BERNADETTE CHARLES,

Plaintiffs,

vs.

GEICO GENERAL INSURANCE COMPANY,

Defendant.

GEICO CASUALTY COMPANY,

Third Party Plaintiff,

vs.

VALERIE JOE,

Third Party Defendant.

Case No. 4BE-05-55 Civil

**MOTION TO CONTINUE TRIAL DATE AND DEADLINES**

COMES NOW, defendant/third party plaintiff GEICO GENERGAL INSURANCE COMPANY, and hereby Moves for an Order Continuing the Trial Date in the above-referenced matter. This court recently allowed the Charles to amend their complaint to allege a claim of bad faith against GEICO Insurance Company. A claim of bad faith will require

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

significant additional discovery, experts, motion practice, and other related items. The court allowed the amendment approximately two weeks before the deadline for the naming of witnesses. Defendant GEICO Insurance Company objected to the amendment arguing a significant increase in time, expense, and complication of the case. The court acknowledged these complicates but has still granted the request to amend the complaint. Defendant GEICO Insurance Company therefore moves to continue the trial date and for a new trial setting conference in light of the dramatically changed nature of the suit in question.

**ARGUMENT**

The decision to grant a Motion for Continuance is within the discretion of the court and will be overturned only upon a showing of abuse of discretion. See. Gregoire v. National Bank of Alaska, 413 P.2d 27, 34 (Alaska 1966). This court must look at each case individually and determine whether the request for a continuance is a reasonable one and whether the party requesting the continuance has acted in good faith.

Defendant GEICO alerted the court to the probability that a new trial date would be necessary in light of the change in the character

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

and nature of the claim and has acted in good faith as a litigant. GEICO needs additional time in which to respond to a variety of additional discovery requests now allegedly relevant from the plaintiffs as to training, procedures, and other issues that would normally be irrelevant to the question of whether Valerie Joe was negligent in this case and, if so, the amount of reasonable compensation for the plaintiffs. Defendant will need expert witness testimony with regard to its lack of bad faith in the case. Additional jury instructions will be necessary, it is likely that defendant will file at least one and probably three motions for summary judgment, a motion for bifurcation, a motion for sanctions, and a cross-claim for bad faith. All of these pleadings and additional briefings will require additional time. GEICO would be significantly hindered in its ability to properly prepare for this newly-crafted claim and the interests of justice require a new trial setting conference.

Supreme Court has stated a good cause exists to grant a continuance when to do otherwise would hinder a party's ability to prepare their case in good faith. Vinson v. Hamilton 854 P.2d 733, 735 (Alaska 1993); Barrett v. Gagnon 516 P.2d 1202, 1203 (Alaska 1973).

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

For the reasons enumerated in the attached affidavit, continuance of this trial is appropriate under the circumstances and should be granted.

DATED at Anchorage, Alaska, this 7th day of August, 2005.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

By: [signature]
Blake H. Call
ABA No. 8911051

I hereby certify that a true and correct copy of the foregoing was ☐ faxed ☐ hand delivered and/or ☒ mailed this 7th day of August, 2005 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Valerie Joe
P.O. Box 1623
Bethel, AK 99559

[signature]

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &
BERNADETTE CHARLES,

Plaintiffs,

vs.

GEICO GENERAL INSURANCE COMPANY,

Defendant.

GEICO CASUALTY COMPANY,

Third Party Plaintiff,

vs.

VALERIE JOE,

Third Party Defendant.

Case No. 4BE-05-55 Civil

**AFFIDAVIT OF BLAKE H. CALL**

STATE OF ALASKA
THIRD JUDICIAL DISTRICT
ss

**BLAKE H. CALL**, being first duly sworn upon his oath deposes and states as follows:

NSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

1. I am the attorney responsible for defense of the above-referenced matter;

2. I make this affidavit in support of my motion to continue the trial and trial deadlines.

3. This matter is set for trial the week of March 27, 2006.

4. This court has now allowed amendments to pleadings to bring in Valerie Joe as a third party defendant and has allowed plaintiffs to amend their complaint to allege a claim of bad faith.

5. Valerie Joe has recently filed her answer to the third party complaint and plaintiffs have been granted an amended complaint and defendant has filed an answer to the amended complaint.

6. The preliminary witness list is due on August 2, 2005. Defendant/third party plaintiff will need time to pursue discovery and briefing regarding the new party and the new cause of action. No party can reasonably be expected to be ready to meet the pretrial deadlines currently set forth.

7. For these reasons, the defendant, third party plaintiff hereby requests this court to issue an order moving the trial date and deadlines.

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

Further your affiant sayeth naught.

**Blake H. Call**

SUBSCRIBED AND SWORN TO before me this 9th day of August, 2005.

NOTARY PUBLIC in and for Alaska
My Commission Expires: 11/11/08

STATE OF ALASKA
NOTARY PUBLIC
Mona J. Schultz
My Commission Expires Nov 11, 2008

I hereby certify that a true and correct copy of the foregoing was ☐ faxed ☐ hand delivered and/or ☒ mailed this 9th day of August, 2005 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Valerie Joe
P.O. Box 1623
Bethel, AK 99559

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &
BERNADETTE CHARLES,

Plaintiffs,

vs.

GEICO GENERAL INSURANCE
COMPANY,

Defendant.

GEICO CASUALTY COMPANY,

Third Party Plaintiff,

vs.

VALERIE JOE,

Third Party Defendant.

Case No. 4BE-05-55 Civil

**ORDER CONTINUE TRIAL DATE AND DEADLINES**

This matter having come before this court upon defendant/third party plaintiff's ***MOTION TO CONTINUE TRIAL AND TRIAL DEADLINES***, and the court being fully advised in the premises,

IT IS HEREBY ORDERED that the motion is **GRANTED**. Trial in this matter originally scheduled for the week of March 27,

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

2006, is hereby vacated. A new trial setting conference shall be held on ______________________________.

IT IS SO ORDERED this _____ day of ____________, 2005.

______________________________
Judge of the Superior Court

I hereby certify that a true and correct copy of the foregoing was ☐ faxed ☐ hand delivered and/or ☑ mailed this 9th day of August, 2005 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Valerie Joe
P.O. Box 1623
Bethel, AK 99559

______________________________

TRANSMISSION VERIFICATION REPORT

TIME : 09/01/2005 10:04
NAME : CALL HANSON KELL LAW
FAX : 9072588865
TEL : 9072588864

| | |
|---|---|
| DATE,TIME | 09/01 10:02 |
| FAX NO./NAME | 19075433394110l027 |
| DURATION | 00:02:26 |
| PAGE(S) | 09 |
| RESULT | OK |
| MODE | STANDARD |

Michelle Power for Valerie Zoe

543-3394