1101.027

RECEIVED
AUG 1 2 2005
Call, Hanson & Kell, P.C.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &
BERNADETTE CHARLES,

    Plaintiffs,

vs.

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.

GEICO CASUALTY COMPANY,

    Third Party Plaintiff,

vs.

VALERIE JOE,

    Third Party Defendant.

FILED IN THE TRIAL COURTS
STATE OF ALASKA
BETHEL SERVICE AREA

JUN 2 1 2005

By _____
    DEPUTY CLERK

Received by
knw clerk
8/9/05

Case No. 4BE-05-55 Civil

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

## NON-OPPOSED MOTION FOR CONTINUATION OF DEADLINE FOR PRELIMINARY WITNESS LIST

Defendant/Third Party Plaintiff, GEICO CASAULTY COMPANY, hereby files their Motion for Continuation of the deadline for preliminary witness list. Defendant/Third Party Plaintiff, GEICO CASAULTY COMPANY, hereby moves this court for an order moving

NON-OPPOSED MOTION FOR CONTINUANCE OF DEADLINE
FOR PRELIMINARY WITNESS LIST    Page 1
Charles v. GEICO, Case No. 4BE-05-55 CI

the date for identification of lay witnesses to January 17, 2006. This Motion is unopposed by plaintiffs.

DATED at Anchorage, Alaska, this 17th day of June, 2005.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

By: _____
Blake H. Call
ABA No. 8911051

## ORDER

IT IS SO ORDERED this 9th day of August, 2005.

The parties preliminary witness list shall be due on January 17, 2006.

_____
Judge of the Superior Court

I certify that on 8/9/05 copies of this form were sent to: Bx: CRV  Mail: Call
CLERK: _____



NON-OPPOSED MOTION FOR CONTINUANCE OF DEADLINE
FOR PRELIMINARY WITNESS LIST    Page 2
Charles v. GEICO, Case No. 4BE-05-55 CI

I hereby certify that a true and correct copy of the foregoing was ☐ faxed ☐ hand delivered and/or ☒ mailed this 30 day of June 2005 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Valerie Joe
P.O. Box 1623
Bethel, AK 99559

*Karen S. Burns*

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

NON-OPPOSED MOTION FOR CONTINUANCE OF DEADLINE
FOR PRELIMINARY WITNESS LIST         Page 3
Charles v. GEICO, Case No. 4BE-05-55 CI