FILED
OF ALASKA

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

|  |  |  |
|---|---|---|
| JACK CHARLES & <br> BERNADETTE CHARLES, | ) <br> ) <br> ) | RECEIVED <br><br> AUG 2 6 2005 <br><br> Call, Hanson & Kell, P.C. |
| Plaintiffs, | ) <br> ) |  |
| vs. | ) <br> ) |  |
| GEICO GENERAL INSURANCE <br> COMPANY, | ) <br> ) <br> ) |  |
| Defendant. | ) | Case No. 4BE-05-55    CI |
| _____ | ) |  |
| GEICO CASUALTY COMPANY, | ) <br> ) |  |
| Third Party Plaintiff, | ) <br> ) |  |
| vs. | ) <br> ) |  |
| VALERIE JOE, | ) <br> ) |  |
| Third Party Defendant. | ) |  |
| _____ | ) |  |

## REQUEST FOR JURY TRIAL

Third party Defendant, by and through her attorney, ANGSTMAN LAW OFFICE, whose address is P.O. Box 585, Bethel, Alaska 99559, hereby requests jury trial in the above-captioned matter.

RESPECTFULLY SUBMITTED this 23 day of August, 2005.

**Angstman Law Office**
ATTORNEYS AT LAW
P.O. BOX 585
BETHEL, ALASKA
99559
(907) 543-2972

ANGSTMAN LAW OFFICE
Attorneys for Third party Defendant

By: _____

Michele Power
Bar No. 9510047

CERTIFICATE OF SERVICE

This is to certify that on this 24th day
of August, 2005, the foregoing document
was mailed to:

Blake H. Call
Call, Hanson & Kell, P.C.
250 H. Street
Anchorage, Alaska 99501

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
PO Box 409
Bethel, Alaska 99559-0409

By: _____
Matthew Widmer

**Angstman Law Office**
ATTORNEYS AT LAW
P.O. BOX 585
BETHEL, ALASKA
99559
(907) 543-2972