IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL
IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, | ) |
| Plaintiff, | ) |
| vs. | ) |
| GEICO GENERAL INSURACE COMPANY, | ) |
| Defendant, | ) |
| | ) |
| GEICO CASUALTY COMPANY, | ) |
| Third Party Plaintiff, | ) |
| vs. | ) |
| VALERIE JOE, | ) |
| Third Party Defendant, | ) Case No. 4BE-05-055 CI |

RECEIVED
SEP 16 2005
Call, Hanson & Kell, P.C.

### ANSWER TO COUNTERCLAIM

JACK CHARLES, by and through Counsel, hereby answers, Valerie Joe's counterclaim as follows.

1.  Paragraph No. 1 does not assert any factual allegations, but in as much facts are alleged, they are denied.

2.  Paragraph No. 2 is denied.

3.  Paragraph No. 3 is denied.

COOKE, ROOSA & VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

4. Paragraph No. 4 is denied.

5. Paragraph No. 5 is denied.

Other paragraphs of the complaint are not factual allegations but, in as much as facts are alleged, they are denied.

## AFFIRMATIVE DEFENSES

1. Ms. Joe negligently caused or contributed to the damages alleged, and, therefore, fault must be apportioned to her, in accordance with A.S. 09.17.080 and/or other statutes and/or common law.

2. Ms. Joe failed to mitigate her damages; therefore, the extent Ms. Joe has failed to mitigate her damages, Mr. Charles has no liability.

WHEREFORE, plaintiff, prays for judgment to be entered as follows:

1. That Ms. Joe take nothing by her complaint/counterclaim;

2. That Jack Charles be awarded a judgment against Ms. Joe as set forth in his complaint; costs and expenses, including reasonable attorneys fees; and

3. That the Court enter such other and further relief as the Court may deem necessary and just.

ANSWER TO COUNTERCLAIM                                                                2

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

DATED this ___ day of September, 2005, at Bethel, Alaska.

COOKE, ROOSA & VALCARCE
Attorneys for Defendant

Jim J. Valcarce
ABA 9506011

ANSWER TO COUNTERCLAIM

3

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744