1101.027
FILE

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &
BERNADETTE CHARLES,

       Plaintiffs,

vs.

GEICO GENERAL INSURANCE
COMPANY,

       Defendant.

GEICO CASUALTY COMPANY,

       Third Party Plaintiff,

vs.

VALERIE JOE,

       Third Party Defendant.

Case No. 4BE-05-55 Civil

**NOTICE OF ACCEPTANCE OF
OFFER OF JUDGMENT RE: VALERIE JOE**

COMES NOW defendant GEICO Casualty Company, by and through its attorneys of record, Call, Hanson and Kell, P.C., and hereby provides notice of

DATE:

CC:

*Charles v. GEICO, et al.*
Case No. 4BE-05-55 CI
Notice of Acceptance of Offer of Judgment re: Valerie Joe
Page 2



acceptance of an Offer of Judgment made by third-party defendant Valerie Joe. A copy of the plaintiff's offer of judgment is attached hereto as Exhibit A.

DATED at Anchorage, Alaska, this 6th day of October, 2005.

CALL, HANSON & KELL, P.C.,
Attorneys for GEICO General Insurance

By: /s/ Susan D. Mack
Susan D. Mack
Alaska Bar No. 8411128

**CERTIFICATE OF SERVICE**

I certify that on this the 6th day of October, 2005, a true and correct copy of the foregoing document, and attachments if any, were served upon the following counsel of record by mail:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Michele L. Power, Esq
Angstman Law Office
P.O. Box 585
Bethel, AK 99559

By: /s/ Michelle N. Nuli

G:\00 CHK Law\GEICO\1101 - GEICO\027 - Charles & Gregory UM\Pleadings\Notice of Accept (re V. Joe OJ).doc

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Charles v. GEICO, et al.*
Case No. 4BE-05-55 CI
Notice of Acceptance of Offer of Judgment re: Valerie Joe
Page 2

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, ) ) ) | |
| Plaintiffs, ) ) | RECEIVED |
| vs. ) ) | OCT 3 2005 |
| GEICO GENERAL INSURANCE COMPANY, ) ) ) | Call, Hanson & Kell, P.C. |
| Defendant. ) ) | Case No. 4BE-05-55   CI |
| GEICO CASUALTY COMPANY, ) ) | |
| Third Party Plaintiff, ) ) | |
| vs. ) ) | |
| VALERIE JOE, ) ) | |
| Third Party Defendant. ) ) | |

## OFFER OF JUDGMENT

TO:   Blake Call
      Call, Hanson & Kell, P.C.
      250 H Street
      Anchorage, Alaska 99501-2112

Third-party defendant, VALERIE JOE, by and through counsel and pursuant to Alaska Civil Rule 68, offers to allow judgment to be entered against her, in complete satisfaction of all claims that have been brought against said third-party defendant, and all claims that could have been pled and which arise out of the facts alleged in the complaint, and including prejudgment

Angstman Law Office
ATTORNEYS AT LAW
P.O. BOX 585
BETHEL, ALASKA
99559
(907) 543-2972

-1-


Exhibit A
Page 1 of 4 Pages

interest, costs, and attorneys fees, for the sum of:

**TWO THOUSAND, FIVE HUNDRED DOLLARS ($2,500.00).**

This is an offer of compromise only and is not to be construed as an admission on the part of third-party defendant.

DATED this ____ day of September, 2005, at Bethel, Alaska.

                        ANGSTMAN LAW OFFICE
                        Attorneys for Third-Party Defendant

                        By: _____
                               Myron Angstman
                               ABA #7410057

Angstman Law Office
ATTORNEYS AT LAW
P.O. BOX 585
BETHEL, ALASKA
99559
(907) 543-2972

Exhibit A
Page 2 of 4 Pages

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES & )
BERNADETTE CHARLES, )
)
            Plaintiffs, )
)
vs. )
)
GEICO GENERAL INSURANCE )
COMPANY, )
)
            Defendant. )    Case No. 4BE-05-55  CI
_____)
)
GEICO CASUALTY COMPANY, )
)
            Third Party Plaintiff, )
)
vs. )
)
VALERIE JOE, )
)
            Third Party Defendant. )
_____)

## AFFIDAVIT OF SERVICE

STATE OF ALASKA    )
                         )ss.
FOURTH JUDICIAL DISTRICT    )

I, FIA CHANEY, being first duly sworn, upon oath, depose and state:

1. That I am employed by the Angstman Law Office.

2. On the 28 day of September, 2005, I served the foregoing OFFER OF JUDGMENT with a copy of this Affidavit of Service to :

Angstman Law Office
ATTORNEYS AT LAW
P.O. BOX 585
BETHEL, ALASKA
99559
(907) 543-2972

Exhibit A
Page 3 of 4 Pages

-1-

Blake Call
Call, Hanson & Kell, P.C.
250 H Street
Anchorage, Alaska 99501-2112

by mail and facsimile to (907) 258-8865.

/s/ Fia Chaney
FIA CHANEY

SUBSCRIBED AND SWORN TO before me this 28th day of September, 2005, at Bethel, Alaska.

STATE OF ALASKA
OFFICIAL SEAL
SARAH DRONENBURG
NOTARY PUBLIC
My Commission Expires July 28, 2009.

/s/ Sarah Dronenburg
Notary Public in and for the
State of Alaska.

Exhibit A
Page 4 of 4 Pages

Angstman Law Office
ATTORNEYS AT LAW
P.O. BOX 585
BETHEL, ALASKA
99559
(907) 543-2972

-2-

LAW OFFICES OF
# CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
Telephone: (907) 258-8864



# TRANSMITTAL COVERSHEET

Date: October 6, 2005                            Our File No. 1101.027

| FROM: | | TO: | |
|---|---|---|---|
| Name: | Nickie Nelson | Name: | Clerk of Court |
| Company: | Call, Hanson & Kell, P.C. | Company: | Superior Court at Bethel<br>P.O. Box 130<br>Bethel, Alaska 99559-0130 |
| Phone: | (907) 258-8864 | | |
| Fax: | (907) 258-8865 | In re: | Charles v. GEICO<br>Case No. 4BE-05-55 Ci. |

Special Instructions or Additional Message:

**Enclosed for filing, please find:**

**1. Notice of Acceptance of Offer of Judgment re: Valerie Joe**