```
DRMS-DPMDO03 -2            "DUMDL" - REPORT DISTRIBUTION SYSTEM           DATE 02/24/05  TIME 00:1
                                    MAIL CODE INVENTORY LIST

HOME CODE - R4CLAIMS/2  MAIL CODE - W527-H    DESC - REGION 4 COVERAGE      DATE - 02/24/05  TIME - 0

APPL        DESCRIPTION               COPY  PAGES   TYPE    < < < REPORT CONTROL FIELDS > > >
CLL11DL    -030 ALOG MESSAGE PRINT    001    38    PAPER   FCC CODE 03    ADJ CODE   [0002]
CLL11D-030                                                                           38

* TOTAL PAGES PROCESSED -  VIEW =     MICROFICHE =      PAPER =    38
```

Exhibit E

Page 4 of 29 Pages

REPORT NO. CLL11D-030
REPORT DATE 02/23/05

FCC  03

RUN PAGE: 1
TIME: 22:00

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY LOG TRANSACTIONS
FEBRUARY 23, 2005

CLAIM# 0224569?-0101-011
INSD: JACK CHARLES
D/L: 05-03-04
CO: 12-03-04

ADJ: J356
FCC: 03

CLAIM ACTIVITY LOG

DATE        TIME   UID
05-03-04    1034P  U79199    MESSAGE
                             CL57 REQUESTED FOR 01 J CHARLES
                             *** GENERATED BY  ===> MARK HILL              800-4536494

05-03-04    1036P  U79199    -- REPORTED BY
                             . FOL/CHHOLDER. DRIVER. REPORTED THE AUTO LOSS.
                             . FOL/CHHOLDER'S ADDRESS/PHONE NUMBER VERIFICATION
                             POLICYHOLDER'S ADDRESS/PHONE# HAS BEEN VERIFIED.
                             .ACCIDENT DESCRIPTION:
                             INSURED WAS S/B ON WATSON'S CORNER. WHICH IS A
                             Y-INTERSECTION AND A 3-WAY STOP..THE INSURED WAS
                             MAKING LEFT TURN TO E/B..THE CLMT INSURED WAS GOING
                             W/B..THE INSURED REACHED INTERSECTION FIRST AND HAS
                             ON THE RIGHT OF WAY.. THE CLMT.. THE CLMT THEN PULLED OUT
                             FROM STOP AND COLLIDED INTO THE INSURED CLMT THEN PULLED OUT
                             AND COLLIDED INTO THE INTERSECTION.
                             THE..POINT OF IMPACT ON INSURED VEH..
                             THE CLMT.POINT OF IMPACT TO VALERIE JOE'S VEHICLE WAS
                             LEFT FRONT
                             ACKNOWLEDGE RECEIPT OF CLAIM
                             ACKNOWLEDGE RECEIPT OF CLAIM WITH
                             ADDITIONAL CLM
                             ACK REC OF CLM
                             ADVISED NO COLL COV
                             ADVISED MED ON POLICY
                             ==>>NOTE AUTHOR IS U79199
                             800->453494         .
                             *** NOTE ENTERED BY  => MARK HILL              800-4536494

05-03-04    1036P  U79199    POLICY:#0068140067              RISK STATE:AK      EXP DATE:10/08/2004
                             PH:JACK CHARLES
                             A CHANGE OF ADDRESS OR HOME/BUSINESS PHONE NUMBER
                             WAS
                             REPORTED BY. POLICYHOLDER DRIVER. THE NEW
                             BUSINESS PHONE NUMBER IS B D P (907)543-2300.
                             THE CALLER REQUESTED THAT THE POLICY BE UPDATED
                             WITH THE NEW INFORMATION.
                             SYSM TO B4-OOR             BY MARK HILL              800-4536494

05-03-04    1036P  U79199    NEW LOSS ASSIGNED
                             SYSM TO F6125             BY MARK HILL              800-4536494

05-03-04    1037P  U79199    INTERESTED PARTY UPDATED FOR 01 J CHARLES
                             *** GENERATED BY  ===> MARK HILL              800-4536494

Exhibit  E
Page 5 of 29 Pages

Case 4:06-cv-00004-RRB    Document 5-38    Filed 02/15/2006    Page 3 of 58

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY ACTIVITY LOG TRANSACTIONS
FEBRUARY 23, 2005

CLAIM ACTIVITY LOG

```
CLAIM# 02455597-0101-011
INSD:  JACK CHARLES         ADJ: 0356
D/L:   02-03-04             FCC: 03
CO:    12
```

| DATE | TIME | UID | | |
|---|---|---|---|---|
| 05-04-04 | 0134P | U79612 | MESSAGE CONTACTED 02 V JOE ===> MAGGIE VINCENT *** GENERATED BY ===> MAGGIE VINCENT | X 5541 |
| 05-04-04 | 0134P | U79612 | SECURED CLMT RI *** NOTE ENTERED BY => MAGGIE VINCENT | X 5541 |
| 05-04-04 | 0135P | U79612 | DRIVER UPDATED FOR 02 V JOE *** GENERATED BY ===> MAGGIE VINCENT | X 5541 |
| 05-04-04 | 0116P | U79612 | CLMT R*************************** DATE: 5-3-04 TIME: 5:30PM LOCATION: Y I/S OF 3RD AVE, RIDGECREST & EDDIE HOFFMAN HWY CLMT ON 3RD AVE. VEH INFRONT OF HER STOPPED THEN PROCEEDED. CLMT PULLED UP TO SYS. SAW VEHS WERE APPROACHING FROM OTHER STREETS, ASSUMED THEY WERE GOING TO STOP. CLMT BEGAN TO PROCEED INTO I/S. COULDN'T SEE FBRDSR. INSD STOPPED DOT. CLMT VEH CLIPPED FRONT R CLR FRONT RIGHT. REAR... UNIT... POL CLR. INSD DRIVING SKRTD, PROPER... THINK WAS NOT FULT. THEY END CLMT... THINK WAS A MALE. THEY *** NOTE ENTERED BY = > MAGGIE VINCENT WITNESS. | X 5541 |
| 05-04-04 | 0216P | U79612 | VEHICLE/INSURANCE UPDATED FOR 02 V JOE *** GENERATED BY ===> MAGGIE VINCENT | X 5541 |
| 05-04-04 | 0216P | U79612 | CLMT ADVSD VEH IS INSURED W/ PROGRESSIVE. SHE CALLED SOMEONE (AGENT?) YESTERDAY TO REPORT. THEY ARE SUPOSED TO CALL HER BACK TODAY. IF SHE DOES POL... A CALL FROM ADVSR, BUT CLMT WANTS TO WAIT FOR THEM... FRI CK=. BIT CK=. *** NOTE ENTERED BY =. MAGGIE VINCENT | X 5541 ME |
| 05-04-04 | 0227P | U79612 | CONTACTED 01 J CHARLES *** GENERATED BY ===> MAGGIE VINCENT | X 5541 |
| 05-04-04 | 0227P | U79612 | CLLD INSD *** NOTE ENTERED BY => MAGGIE VINCENT | X 5541 |
| 05-04-04 | 0229P | U79612 | TIP EXEMPTED FOR 04 U *** GENERATED BY ===> MAGGIE VINCENT | X 5541 |

Exhibit E
Page 6 of 29 Pages

REPORT NO. CLL11D -030
REPORT DATE 02/23/05
FCC 03

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY ALOG TRANSACTIONS
FEBRUARY 23, 2005

RUN PAGE
TIME 22:0?

CLAIM# 02245697-0101-011
INSD:
D/L: JACK CHARLES        ADJ: J356
CO: 05-03-04             FCC: 03

## CLAIM ACTIVITY LOG

| DATE | TIME | UID | MESSAGE | |
|---|---|---|---|---|
| 05-04-04 | 0229P | U79612 | NEITHER CLMT OR INSD GOT HIT. INFO *** NOTE ENTERED BY => MAGGIE VINCENT | x 5541 |
| 05-04-04 | 0230P | U79612 | TIP EXEMPTED FOR 03 D GREGORY *** GENERATED BY ===> MAGGIE VINCENT | x 5541 |
| 05-04-04 | 0230P | U79612 | INSD G PASS MAY RETAIN ATTNY *** NOTE ENTERED BY = > MAGGIE VINCENT | x 5541 |
| 05-04-04 | 0230P | U79612 | CLLD INSD AT WORK-HE'S NOT IN TODAY. I THINK HOME IS CEL, IT WAS A BAD CONNECTION. HE ADVSD BETH FILL CAME OUT BUT JUST GAVE ACCIDENT REPORT FORMS. POLICE TALKED TO WITNESS. BUT NEITHER CLMT OR INSD GOT WIT. INFO. INSD.'S BROTHER SUGGESTED HE GET AN ATTNY, INSD HAS APPT W/ATTNY IN HALF AN HOUR, IF NOT MY INFO, HIS CALL ME BACK FOR STMT. *** NOTE ENTERED BY = > MAGGIE VINCENT | x 5541 |
| 05-04-04 | 0315P | U79612 | VEHICLE/INSURANCE UPDATED FOR 02 V JOE *** GENERATED BY ===> MAGGIE VINCENT | x 5541 |
| 05-04-04 | 0326P | U79612 | FILED CLM W/ADV. PROGRESSIVE WILL TAKE A CLAIM W/OUT THE POLICY # OR. BEING ABLE TO LOCATE A VALID POLICY & THEN INVESTIGATE COV=. WHICH IS THE CASE. SINCE ADV ASKED IF THE POLICY COULD POSSIBLY BE UNDER SOMEONE ELSE'S NAME (WHICH IT MAY BE, CLM ADVSD THE VEH IS REG. TO BOTH HER & A MAN W/A DIFFERENT LAST NAME => MAGGIE VINCENT | x 5541 |
| 05-04-04 | 0327P | U79612 | DID NOT RELEASE INSD CNTCT INFO TO ADV. *** NOTE ENTERED BY => MAGGIE VINCENT | x 5541 |
| 05-04-04 | 0329P | U79612 | VEHICLE/INSURANCE UPDATED FOR 02 V JOE *** GENERATED BY ===> MAGGIE VINCENT | x 5541 |
| 05-04-04 | 0329P | U79612 | RCVD V/M FROM ADV ADJ KIRSTEN-CLM HAD ALREADY BEEN FILED, CHANGED CLM #. SHE ADVSD THERE ARE COVG PROB, NOT SURE IF THEY WILL BE ABLE TO FIND COVG. SHE HASN'T TALKED TO CLMT YET. *** NOTE ENTERED BY => MAGGIE VINCENT | x 5541 |
| 05-06-04 | 1242P | U79612 | R/C FROM ADV KIRSTEN WHO ADVSD THAT CLMT'S POLICY | |

Exhibit E
Page 7 of 2 Pages

10190

```
REPORT NO. CL111D-030                                                              RUN  PAGE
REPORT DATE 02/23/05                                                                    TIME 22:00

FCC  03
                      GOVERNMENT EMPLOYEES INSURANCE COMPANY
                            DAILY ALOG TRANSACTIONS
                              FEBRUARY 23, 2005

                              CLAIM ACTIVITY LOG            CLAIM# 02245697-0101-011
                                                           ENGO:  JACK
                                                           G/L:   05-03-04
                                                           CD:    12
```

```
DATE      TIME   UID

05-06-04  1249P  U79612    MESSAGE
                           CANCELED FOR NON-PAYMENT IN DEC 2003.
                           COVG DENIAL.
                           *** NOTE ENTERED BY => MAGGIE VINCENT      SHF'LL FAX ME
                                                                         X 5541

05-06-04  1249P  U79612    VEHICLE/INSURANCE UPDATED FOR 02 V JOE.
                           *** GENERATED BY ===> MAGGIE VINCENT          X 5541

05-06-04  1249P  U79612    INTERESTED PARTY UPDATED FOR 02 V JOE
                           *** GENERATED BY ===> MAGGIE VINCENT          X 5541

05-06-04  1249P  U79612    CLLD CLMT AT HOME-UNK MALE ADVSD SHE'S AT WORK, UPDATED
                           WORK # IN SINQ. CLLD CLMT AT WORK, ADVSD THAT THEY THEIR
                           PROGRESSIVE POLICY CANCELLED IN 12/04, DID THEY GET
                           ANOTHER INS.  POLICY W/ANOTHER CARRIER.  CLMT ADVSD NO,
                           SINCE 12/03, THEY HAVE NO COTT=M AND OTHER INSURANCE
                           POLICY ON THEIR VEH.
                           ADVSD CLMT I'LL BE XFERING CLM TO H-LEVEL ADJ FOR WBI
                           EXPOSURE. TELLING NEW ADJ WILL GET RI FROM INSD L CONTINUR.
                           *** NOTE ENTERED BY => MAGGIE VINCENT          X 5541

05-06-04  1250P  U79612    E:  INSD G CLMT AT Y I/S W/3-WAY STOP.  INSD MAKING
                               LEFT TURN REACHED I/S FIRST.  CLMI SAW INSD
                               ASSUMED HE WAS GOING TO STOP. BUT COULDN'T ACTUALLY
                               SEE IF HE DID OR NOT L VEH'S COLLIDED IN I/S.
                           C:  OK
                           L:  NEED INSD RI. FOR L/D
                           D:  NEED G UBI. FOR INSD/D.
                               NEED G UBI. FOR INSD/PASS
                               NEED G UBI. FOR INSD
                               ODD FOR INSD
                           D:  TRANSFER H-LEVEL FOR CONT. INVEST (NEED INSD RI)
                               G UBI EXPOSURE.
                               TO QUINTO~JE.   BY MAGGIE VINCENT          X 5541
                           SYSM

05-06-04  1258P  U79612    INITIAL ISO SENT FOR 01 J CHARLES
                           *** GENERATED BY ===> MAGGIE VINCENT          X 5541

05-06-04  1258P  U79612    INITIAL ISO SENT FOR 03 B GREGORY
                           *** GENERATED BY ===> MAGGIE VINCENT          X 5541

05-06-04  DW13P  U79M28    TRANSFER.                                     X 5068
                           SYSM TO K6825         BY JOHN QUINTO
```

Exhibit E
Page ___8___ of ___29___ Pages

REPORT NO. CLL11D-030
REPORT DATE 02/23/05

PCC 03

RUN PAGE
RUN TIME 2:00

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY ALOG TRANSACTIONS
FEBRUARY 23, 2005

CLAIM ACTIVITY LOG

CLAIM# 0245697-0101-011
INSD: JACK CHARLES
DOL: 05-03-04      ADJ: J356
CO: 12             PCC: 03

| DATE | TIME | UID | MESSAGE | |
|---|---|---|---|---|
| 05-07-04 | 1135A | SYSTEM | ISO RESPONSE RECEIVED FOR 03 B GREGORY | |
| 05-07-04 | 1135A | SYSTEM | ISO RESPONSE RECEIVED FOR 01 J CHARLES | |
| 05-07-04 | 1152A | U79682 | APPEARS NO POLICE REPORT TAKEN | |
| | | | *** NOTE ENTERED BY => REBECCA CALDWELL | X 5829 |
| 05-07-04 | 1153A | U79682 | REVIEWED FILE | |
| | | | HAVE UCMT FILE | |
| | | | *** NOTE ENTERED BY => REBECCA CALDWELL | X 5829 |
| 05-07-04 | 1159A | U79682 | CONTACTED 01 J CHARLES | |
| | | | *** GENERATED BY ===> REBECCA CALDWELL | X 5829 |
| 05-07-04 | 1201P | U79682 | CLLD NI AT WK NUMBER, PER SINQ- BEST CTC | |
| | | | WAS ADVSD THAT HE IS NOT IN YET AND SHE WOULD NOT ADVS | |
| | | | WHAT TIME HE COMES IN | |
| | | | *** NOTE ENTERED BY => REBECCA CALDWELL | X 5829 |
| 05-07-04 | 1202P | U79682 | CLLD NI AT RES NUMBER | |
| | | | LEDM RE: ADVSD MY OFFICE NEED TO INVESTIGATE LIAB.N | |
| | | | LEDY RE: ASP NOTE THAT FOSS ATTY- IF RETAINED- PLZ GIVE | |
| | | | ATTY EXAM INFO | |
| | | | *** NOTE ENTERED BY => REBECCA CALDWELL | X 5829 |
| 05-07-04 | 1222P | U79682 | CONTACTED 03 B GREGORY | |
| | | | *** GENERATED BY ===> REBECCA CALDWELL | X 5829 |
| 05-07-04 | 1222P | U79682 | HAVE LVM W/ NI- PASS WAS SAEM INFO | |
| | | | *** NOTE ENTERED BY => REBECCA CALDWELL | X 5829 |
| 05-07-04 | 1222P | U79682 | CONTACTED 02 V JOE | |
| | | | *** GENERATED BY ===> REBECCA CALDWELL | X 5829 |
| 05-07-04 | 1222P | U79682 | CLLD CLMT AT RES | |
| | | | *** NOTE ENTERED BY => REBECCA CALDWELL | X 5829 |
| 05-07-04 | 1225P | U79682 | LVM RE: GAVE NEW EXAM INFO, ADVSD OF LIAB PENDING, GAVE | |
| | | | OFFICE HOURS FOR A CALL BACK FOR FURTHER QUESTIONS | |
| | | | *** NOTE ENTERED BY => REBECCA CALDWELL | X 5829 |
| 05-07-04 | 1225P | U79682 | OBTAINED PHY FILE | |
| | | | THERE IS A MAP OF LOCATION IN FILE | |
| | | | APPEARS THAT 3 WAY I/S CONTROLLED BY SS | |

REPORT NO. CLL11D-030
REPORT DATE 02/23/05

FCC 03

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY ALOG TRANSACTIONS
FEBRUARY 23, 2005

CLAIM ACTIVITY LOG

CLAIM# 02455697-0101-011
INSD: JACK CHARLES
D/L: 05-03-04          ADJ: J456
CO: 12                 FCC: 03

| DATE | TIME | UID | MESSAGE | | |
|---|---|---|---|---|---|
| 05-07-04 | 1228P | U79682 | NO IND WITS / NEED NI STMNT / APPEARS TO BE DRVR VS DRVR-- NO LIAB YET / *** NOTE ENTERED BY => REBECCA CALDWELL | X | 5829 |
| 05-07-04 | 1228P | U79682 | CL57 SENT- AK LOSS / *** NOTE ENTERED BY => REBECCA CALDWELL | X | 5829 |
| 05-07-04 | 1228P | U79682 | TIP EXEMPTED FOR 04 U / *** GENERATED BY ===> REBECCA CALDWELL | X | 5829 |
| 05-07-04 | 1228P | U79682 | NO WIT INFO / *** NOTE ENTERED BY => REDECCA CALDWELL | X | 5829 |
| 05-07-04 | 1228P | U79682 | CLMT POI: FRNT / NI POI: RT REAR / *** NOTE ENTERED BY => REBECCA CALDWELL | X | 5829 |
| 05-07-04 | 1229P | U79682 | SHOULD READ REAR / *** NOTE ENTERED BY => REBECCA CALDWELL | X | 5029 |
| 05-14-04 | 0241P | U79682 | CLLD NI AT RES NUMBER / LFT H682 INFO. REQUESTED A CALL BACK FOR RI AND TO GO T / HRU MED PAY PROCESS / *** NOTE ENTERED BY => REBECCA CALDWELL | X | 5829 |
| 05-14-04 | 0242P | U79682 | APPEARS THAT MED PAY FORMS WERE NEVER SENT / WILL DICT FOR NI AND PASS NOW / *** NOTE ENTERED BY => REBECCA CALDWELL | X | 5829 |
| 05-14-04 | 0245P | U79682 | DICT VL102 FOR AK FOR NI AND PASS / JIB: 4/873 / *** NOTE ENTERED BY => REBECCA CALDWELL | X | 5829 |
| 05-14-04 | 0246P | U79682 | IF NOT LIAB BY NEXT DIARY- VL92 / *** NOTE ENTERED BY => REBECCA CALDWELL | X | 5829 |
| 06-01-04 | 0105P | U79682 | NO RETURN CALLS FROM NI / *** NOTE ENTERED BY => REBECCA CALDWELL | X | 5829 |
| 06-01-04 | 0107P | U79682 | CLLD NI AT WK NUMBER / HAS TFERED 2X, BUT WAS ADVSD THAT HE IS IN ANCHORAGE UNT / IL THRSDAY- ADVSD THAT I WILL CTCT AT HOME NUMBER- SHE / STD THAT HE IS ON LEAVE- THANKED HER ANYWAY | X | 5829 |

Exhibit E
Page 10 of 24 Pages

10193

```
REPORT NO. CLL11D-030                    GOVERNMENT EMPLOYEES INSURANCE COMPANY          RUN PAGE: 7
REPORT DATE 02/23/05                            DAILY ALOG TRNSACTIONS                   RUN TIME: 23:0
PCC  03                                           FEBRUARY 23, 2005
```

CLAIM ACTIVITY LOG

```
                                                                 CLAIM# 02245697-0101-011
                                                                 INSD: JACK CHARLES
                                                                 D/L: 05-03-04        ADJ: J356
                                                                 CO:  12              PCC: 03
```

| DATE | TIME | UID | | |
|---|---|---|---|---|
| 06-01-04 | 0110P | U79682 | MESSAGE<br>*** NOTE ENTERED BY => REBECCA CALDWELL | X 5829 |
| 06-01-04 | 0111P | U79682 | CLLD NI AT RES NUMBER<br>LVM FOR NI OR PASS- ADVSD THAT I NEED TO S/W THEM BOTH<br>RE.H682 NEED FOR AND INJ PASS-NEEDING RI. ADVSD O<br>E.SAR INFO & LIAB UNTIL I S/W NI. REQUESTED A CALL B<br>ACK.<br>*** NOTE ENTERED BY => REBECCA CALDWELL | X 5829 |
| 06-01-04 | 0111P | U79682 | CL92 REQUESTED FOR 01 J CHARLES<br>*** GENERATED BY ===> REBECCA CALDWELL | X 5829 |
| 06-01-04 | 0111P | U79682 | CL92 REQUESTED FOR 02 V JOE<br>*** GENERATED BY ===> REBECCA CALDWELL | X 5829 |
| 06-01-04 | 0112P | U79682 | AUTO POLICE RPT REQUESTED FROM ANCHORAGE PD<br>*** GENERATED BY ===> REBECCA CALDWELL | X 5829 |
| 06-07-04 | 0947A | U79682 | FOR LIAB- NI NOR PASS HAVE CTC'D GE SINCE FILE TEFRED<br>TO H<br>REBECCA                              BY REBECCA CALDWELL<br>SYSM TO HORAN=D | X 5829 |
| 06-14-04 | 0702P | U79263 | RCP CLMT JOE, TENAS TO EXAMINR'S VH<br>*** NOTE ENTERED BY => WRAY, ROBERT (SKIP) | 800-4536494 |
| 06-15-04 | 0257P | U79682 | RECVD VM FROM CLMT<br>NO SPECIFICS<br>*** NOTE ENTERED BY => REBECCA CALDWELL | X 5829 |
| 06-15-04 | 0257P | U79682 | CLLD BACK<br>S/W MALE<br>HE ADVSD THAT SHE IS AT WK, GAVE HIM H682 INFO FOR A CA<br>LL<br>*** NOTE ENTERED BY => REBECCA CALDWELL | X 5829 |
| 06-29-04 | 0455P | U79682 | NO PR RECVD TO DATE<br>HAVE ORDERED<br>NO RI FROM NI<br>HAVE RI FROM CLMT<br>APPEARS TO BE DRVR BUT NO PR, NO STMNT FROM NI<br>WILL KEEP SENDING OUT VL92'S<br>*** NOTE ENTERED BY => REBECCA CALDWELL | X 5829 |

Exhibit _E_
Page _11_ of _29_ Pages

```
REPORT NO. CLL11D-030                    GOVERNMENT EMPLOYEES INSURANCE COMPANY            RUN PAGE  8
REPORT DATE 02/23/05                          DAILY ALOG TRANSACTIONS                          TIME 22:00
                                               FEBRUARY 23, 2005
PCC  03
                                            CLAIM ACTIVITY LOG          CLAIM: 0224569:7-0101-011
                                                                        INSD:  JACK CHARLES        ADJ: J350
                                                                        D/L:   05-03-04            PCC: 03
                                                                        CO:    12

DATE       TIME   UID
06-29-04   0457P  U79682   MESSAGE
                           CLD NI AT RES NUMBER
                           *** NOTE ENTERED BY => REBECCA CALDWELL      X 5829

06-29-04   0457P  U79682   LVM RE: ADVSD THAT THERE IS NO LIAB TO DATE, HAVE CLMT
                           POA BUT STILL NEED TO TAKE RI FROM HIM, GAVE GE INFO FO
                           R A CALL BACK
                           *** NOTE ENTERED BY => REBECCA CALDWELL      X 5829

06-29-04   0459P  U79682   CLD NI AT WK
                           *** NOTE ENTERED BY => REBECCA CALDWELL      X 5829

06-29-04   0500P  U79682   CLD NI AT WK NUMBER
                           -HAS ADVSD THAT I NEED TO BE TFERED TO MEDICAL RECORDS
                           S/W UNK MALE---ASKED ABOUT NAME- HE ADVSD JOHN
                           ADVSD OF GE INFO AND REQUSTED CALL BACK RE: MVA
                           *** NOTE ENTERED BY => REBECCA CALDWELL RE: X 5829

06-29-04   0501P  U79682   BELIEVE THAT "JOHN" HAS NI- SAME VOICE AS ON NI RES NUM
                           BER
                           *** NOTE ENTERED BY => REBECCA CALDWELL      X 5829

06-29-04   0501P  U79682   WILL SEND LTR IN FULL
                           SENDING CERT
                           *** NOTE ENTERED BY => REBECCA CALDWELL      X 5829

07-09-04   0954A  U03PRD   ECF DOCUMENT ADDED TO NON-ECF CLAIM. DOCUMENT WAS
                           PRINTED. DOCID=6298574, CATEGORY=POLICE REPORT(1),
                           RECEIVDATE=07/09/2004
                           *** NOTE ENTERED BY => U03PRD1

07-12-04   1259P  U79682   RECVD PR REQUEST BACK
                           THERE HAS NO REPORT TAKEN
                           BOTH VEH WARNED FOR FAILURE TO YIELD-
                           CLMT ADVSD ON NOT HAVING RIGHT OF WY-HER
                           *** NOTE ENTERED BY => REBECCA CALDWELL      X 5829

07-14-04   0959A  U79682   RECVD CERT LTTR BACK FOR NI
                           INSUFFICIENT ADDRESS
                           *** NOTE ENTERED BY => REBECCA CALDWELL      X 5829

07-14-04   1000A  U79682   NEED TO REVIEW W/ SUP
                           *** NOTE ENTERED BY => REBECCA CALDWELL      X 5829
```

Exhibit E
Page 12 of 24 Pages

10105

REPORT NO. CLL11D-030
REPORT DATE 02/23/05

FCC 03

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY ALOG TRANS ACTIONS
FEBRUARY 23, 2005

RUN PAGE
TIME 24:06

CLAIM ACTIVITY LOG

```
CLAIM# 022455697-0101-011
INSD:  JACK CHARLES
D/L:   05-03-04          ADJ: J356
CO:    12                FCC: 03
```

| DATE | TIME | UID | |
|------|------|-----|---|
| 07-14-04 | 1001A | U79682 | MESSAGE |

CL92 REQUESTED FOR 01 J CHARLES          X 5829
*** GENERATED BY ===> REBECCA CALDWELL

07-14-04  1001A  U79682  CL92 REQUESTED FOR 02 V JOE          X 5829
*** GENERATED BY ===> REBECCA CALDWELL

07-16-04  1217P  U79682  REVIEWED W/ MGR
WILL SEND LTTR TO DO BOX RE: COVERAGES MAY BE IN
JEOPARDY IF NO COOPERATION.          X 5829
*** NOTE ENTERED BY ==> REBECCA CALDWELL

07-16-04  1223P  U79682  LTTR TO NI - COV MAY BE JEOPARDIZED IF NO COOPERATION
JID: 48204          X 5829
*** NOTE ENTERED BY => REBECCA CALDWELL

08-03-04  1053A  U79682  ATTORNEY ADDED FOR 01 J CHARLES          X 5829
*** GENERATED BY ===> REBECCA CALDWELL

08-03-04  1055A  U79682  ATTORNEY ADDED FOR 03 B GREGORY          X 5829
*** GENERATED BY ===> REBECCA CALDWELL

08-03-04  1055A  U79682  RECVD LOR FROM NI AND PASS ATTY OFFICE
UPDATED IN SINQ
WILL ACK- COPY TO FILE
LOR IS REQUESTING COPY OF POLICY CONTRACT AND DEC SHEET
WILL REQUEST FROM U/W          X 5829
*** NOTE ENTERED BY => BEBECCA CALDWELL

08-03-04  1056A  U79682  CAN YOU PLEASE FORWARD A CERT COPY OF DEC SHEET AND
JACK CONTRACT FOR
4006804605
DOL: 05/03/04
RISK ST: AK
THANK YOU.
REBECCA
SYSM TO R4C380          BY REBECCA CALDWELL

08-03-04  0137P  U79682  CLID NI AND PASS ATTY OFFICE          X 5829
*** NOTE ENTERED BY => REBECCA CALDWELL

08-03-04  0154P  U79682  WAS ADVSD THAT ATTY IS IN TRIAL TODAY- HE WILL NEED TO
EXAM BACK TOMORROW. LOR RECVD AND ACK, NEED LIAB AND IN
ADVSD OF H682 INFO.          X 5829

1

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY ACTIVITY LOG TRANSACTIONS
FEBRUARY 23, 2005

CLAIM ACTIVITY LOG

CLAIM# 0245697-0101-011
INSD: JACK CHARLES      ADJ: J356
D/L: 05-03-04           FCC: 03
CO: 12

| DATE | TIME | UID |
|------|------|-----|

**08-03-04  0349P  U74SUJ**

MESSAGE
DR I FROM INSRD AS WELL AS INJ RI FROM PASS
NO LIAB TO DATE
SHE WILL GIVE MSG TO ATTY
NOTE ENTERED BY => REBECCA CALDWELL    X 5829

**08-03-04  0349P  U74SUJ**
C380: THE CERT DEC WILL BE FORWARDED.
SYSM TO H6825   BY SUSIE HOLLISTER X5799 513-5799

**08-06-04  1054A  U79682**
RECVD CERT DEC PAGE AND POLICY CONTRACT
MAILING TO NI ATTY OFFICE
NOTE ENTERED BY => REBECCA CALDWELL    X 5829

**08-11-04  0916A  U79682**
E- NI CAME TO THREE WAY STOP INTERSECTION AND PER NI
   CLMT FROM AND HIT HIS VEHICLE
C- COVERAGE IS IN ORDER
L- APPEARS NI UPS
D- OPEN NI AND UDI OPEN FOR NI AND PASS, HAVE UPD
JACKSS: HARVE NOT RECVD ANY MED BILLS TO DATE INFO OF LO
BERNADETTE GREGORY- NO INDX INFO, SAME CTC INFO AS NI
         PER INITIAL LOSS REPORT- CHEST PAIN, NO MED BILL
         RECVD TO DATE
NO VEHICLE INSPECTION FOR NI VEH
D- NI HAS PREVIOUSLY UNRESPONSIVE TO CALLS TO RESIDENCE
   AND HAVE NUMBER, HAVE NUMEROUS CONTACT LETTERS, A
   ATTEMPTED TO SEND CERTIFIED THAT WAS RETURNED, HAVE
   JUST RECVD HOR, PENDING RESPONDENCE FROM ATTY
   HAVE ADV PER THAT, LIAB PENDING VIA PHONE AS HEL
   NEED ADV OF REASONS AND INJ- NI FROM BOTH NI A
   NO PASS, MED PAY OPEN WHICH NEED TO ADDRESS ANY TXMNT
   GAPS. MED APPLICABLE PRU IS APPLICABLE
   NOTE ENTERED BY => REBECCA CALDWELL    X 5829

**00-26-04  0455P  U79682**
CLLO NI ATTY OFFICE
NOTE ENTERED BY => REBECCA CALDWELL    X 5829

**08-26-04  0457P  U79682**
CLLD NI ATTY OFFICE
AMS MACHINE P/U
LVM RE: ADV D OF F/U CALL FROM EARLIER THIS MONTH, AS P
DO LOG ADV SD TO L, YES RIG FOR UI FROM INSR
E- LOG AND ALS H282 INPUT FOR A LOG BACK
   NOTE ENTERED BY => REBECCA CALDWELL    X 5829

Exhibit E
Page 14 of 29 Pages

```
REPORT NO. CL11D -030                                              RUN  PAGE  11
REPORT DATE 02/23/05                                                    TIME  22:00

PCC  03
```

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY ACTIVITY LOG TRANSACTIONS
FEBRUARY 23, 2005

```
                                        CLAIM# 0245597-0101-011
                                        INSD:  JACK CHARLES
                                        D/L:   05-03-04
                                        COI:   12        ADJ: J356
                                                          FCC: 03
```

CLAIM ACTIVITY LOG

```
DATE      TIME   UID
08-26-04  0500P  U79682   MESSAGE
                          CL92 REQUESTED FOR 01 COOKE, ROOSA, AND VALCARCE, LLC
                          *** GENERATED BY ===> REBECCA CALDWELL    X 5829

08-26-04  0501P  U79682   CL92 REQUESTED FOR 02 V JOE
                          *** GENERATED BY ===> REBECCA CALDWELL    X 5829

08-31-04  0605P  U79M32   C71 REVIEW. LOSS IN BETHEL AK...UNFORTUNATE NOT NEAR
                          ANCHORAGE. MAY NEED TO HAVE INDEPENDANT TO PHOTO THE
                          I/S OF DISPUTE. PUT IN RE OF MAY, TO CONFIRM LAYOUT AND
                          STOP SIGNS AND HAVE DIAGRAM COMPLETED. I/V OWNS HAS PHOTOS
                          OF DMGS TO CPV PST FRONT END. NEEDS C PV/ CHKD, CAN WE
                          GET PHOTOS AND INFO FROM THEM. MORE ON I MVA FTH NOT
                          ANOD DRAW TO SEE DMGS. NOTHING STMT HAS C/ INVOLVED. NEED
                          TO PLACE ON NOTICE OF SI STMT AND IF N COOP. DETERMINE?
                          IP POLICE IP PD FROM CLMT AND REVIEW IF N COOP. SUN IN EYES?
                          DECIDE IF PR NEEDS TO AND PUT ON NOTICE. THAT NON COOPERA
                          TION WILL LIMIT OUR ABILITY TO FULLY INVESTIGATE WHAT
                          DMGS ARE OWED TO PH? CLMTS STMT APPEARS TO BELIEVE THAT
                          I/V WAS NOT STOPPED AT I/S WHEN THEY BEGAN TO MOVE INTO
                          I/S? HOW CAN THIS BE CONFIRMED? PERHAPS DMGS DEPICTED
                          TO C CARS SOME OF IMPORTANT THAT CAR DMGS ARE BY. DMGS
                          *** NOTE ENTERED BY ===> ROD RHOADS         X 5957

08-31-04  0616P  U79M32   TIMELY.
                          *** NOTE ENTERED BY => ROD RHOADS         X 5957

08-31-04  0616P  U79M32   SEE ALOG. NEED TO REVIEW FILE WITH YOUR SUPERVISOR
                          SYSM TO H682S                BY ROD RHOADS      X 5957

08-31-04  0635P  U79M32   ISO ON PH INDICATES PRIOR LOSSES BUT NONE LISTED IN
                          CLINQ.
                          *** NOTE ENTERED BY => ROD RHOADS         X 5957

09-20-04  0458P  U79682   REVIEWED PCKAGE RECVD FROM CLMT ATTY
                          WRITTEN STMNT FROM HI—
                          EES—
                          TRAFFIC CALL FOR SERVICE AND OTC REPORT
                          MED AUTHS FOR BOTH H/O PROVIDERS LISTED
                          *** NOTE ENTERED BY ===> REBECCA CALDWELL   X 5829

09-20-04  0501P  U79682   S/H ATTY VALCARCE
                          ADVSD OF INFO RECVD
```

Exhibit E
Page 15 of 24 Pages

10198

```
REPORT NO. CIL11D-030                    GOVERNMENT EMPLOYERS INSURANCE COMPANY                    RUN  PAGE   12
REPORT DATE 02/23/05                           DAILY ALOG TRANSACTIONS                                  TIME  24:00
                                                  FEBRUARY 23, 2005
FCC  03

                                               CLAIM ACTIVITY LOG          CLAIM# 02245697-0101-011
                                                                           INSD:  JACK CHARLES
                                                                           D/L:   05-03-04           ADJ: 3356
                                                                           CO:    12                 FCC: 03


DATE      TIME   UID

                        MESSAGE
                        THANKED HIM
                        ADVSD OF NEEDED RI FOR LIAB
                        INVESTIGATION.
                        HE ADVISD THAT I WILL NEED TO COMPLETE LIAB IN
                        PROVIDED ONE. AND THAT HE WILL NOT ALLOW STMNT AND THEY PH
                        ADVSD THAT LIAB B NOT CONCLUDED - CALL FOR SRVICE REPORTI
                        NDICATED BOTH PARTIES WARNED FOR TYPHON
                        HE ADVSD THAT HE WILL JUST FILE THE COMPLAINT AND ADVSD
                        TO HAVE A NICE DAY AND HUNG UP
                        *** NOTE ENTERED BY => BEDCCCA CALDWELL         X 5829

09-20-04  0505P  079682  WILL REVIEW EST W/ SUP
                        *** NOTE ENTERED BY => REBECCA CALDWELL         X 5829

09-30-04  1200P  U79M50  THUS FAR THE INSURED HAS NOT COOPERATED.
                        HAS NOT DEMANDED POLICY LIMIT AND HAS NOT PROVIDED
                        A USEFUL MED AUTHORIZATION NOR HAS HE PROVIDED ANY
                        MEDICAL DOCUMENTATION. THE POLICE REPORT IS
                        INCONCLUSIVE AND WRITTEN STATEMENTS ARE VERY DIFFICULT
                        TO UNDERSTAND. IT IS NOT CLEAR IF THERE ARE STOP
                        SIGNS ASSOCIATED WITH THE ACCIDENT ITSELF OR
                        ALLEGED WITNESS. THE SHARKEY WAS THE ONLY ONE WITH A
                        STOP SIGN. SEND ACCEP/REBUT LETTER FOR ALL MEDICAL
                        RECORDS OB A PROPERLY COMPLETED AUTHORIZATION,
                        RECORDED STATEMENT FROM THE INSURED AND HIS
                        PASSENGER TO FOLLOW A LIABILITY DEMAND. ALSO,
                        INSURED IS AT A COPY OF THE VEHICLE'S LIABILITY
                        WE HAVE BEEN STATE THE STATE. WE WILL NEED
                        LOSS BASED ON WHAT THE ATTORNEY SENT AND HE
                        TO INSPECT.
                        *** NOTE ENTERED BY => COLRAIN INGERSOLL        X 5061

09-30-04  0339P  079682  VL132A TO NI ATTY OFFICE
                        *** NOTE ENTERED BY => REBECCA CALDWELL         X 5829

09-30-04  0340P  079682  FAXING COPY TO ATTY
                        ORIGINAL TO OUTGOING MAIL
                        *** NOTE ENTERED BY => BEDECCA CALDWELL         X 5829

09-30-04  0351P  U79682  C192 REQUESTED FOR 01 COOKS, ROOSA, AND VALCARCE, LLC
                        *** GENERATED BY ===> BEBECCA CALDWELL          X 5829
```

REPORT NO. CLL11D-030
REPORT DATE 02/23/05

FCC 03

RUN PAGE 13
TIME 22:00

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY ALOG TRANSACTIONS
FEBRUARY 23, 2005

CLAIM# 02455697-0101-011
INSD: JACK CHARLES
D/L: 05-03-04
CO: 12

ADJ: J356
FCC: 03

## CLAIM ACTIVITY LOG

| DATE | TIME | UID | | |
|---|---|---|---|---|
| 09-30-04 | 0352P | U79682 | MESSAGE CLP2 REQUESTED FOR 02 V JOE<br>*** GENERATED BY ===> REBECCA CALDWELL        X 5829 | |
| 09-30-04 | 0358P | U79682 | PER MGR- WILL SET UP MD- NOTE THAT EST AND PIX- NON STA<br>FFD AREA<br>*** NOTE ENTERED BY => REBECCA CALDWELL        X 5829 | |
| 09-30-04 | 0403P | U79682 | MD(SR) ADDED PAY CODE 9    FOR 01 J CHARLES     LOC SDN<br>*** GENERATED BY ===> REBECCA CALDWELL        X 5829 | |
| 10-04-04 | 0104P | U09X24 | CHARLES: CLD THE EXAMINER REGARDING THE INSRD..<br>TALKED TO REBECCA...SAYS THAT SHE WILL FORWARD<br>ESTIMATE & THE PHOTOS...ATT: WM NIELSEN...X5894<br>WILL BE A COMP/EST...BY DENISE DOMINGO<br>SYSH TO H602S                                X 5116 | |
| 10-06-04 | 0116P | U09S29 | REVIEWED P/H ESTIMATE AND PIX, BASED ON AMOUNT OF<br>DAMAGES, VEHICLE REQUIRES MARKET VALUE APPRAISAL<br>DUE TO POTENTIAL TOTAL LOSS. APPRAISAL<br>ESTIMATED ADR BEING HOUSE, THIS CONDITION REPORT<br>HANDLE DELIVERED TO IN-HOUSE TOTALY LOSS DEPT TO<br>HAVE HO CONCLUSION. P/H CLAIM/VEH, P/H IS<br>ATTORNEY REP'D, CONTACT IS TO BE MADE DIRECT TO<br>ATTORNEY ONLY AT THIS TIME. P/H HAS POSSESSION OF<br>VEHICLE. THANKS.<br>*** NOTE ENTERED BY => WILLIAM NIELSEN        X 5894 | |
| 10-06-04 | 0146P | U79682 | RECVD CALL FROM NI ATTY OFFICE<br>HE ADVSD THAT THE MAILED COMPLATED MED AUTHS<br>ADVSD THAT NO- THEY ARE SIGNED BUT THERE ARE NO PROVIDE<br>RS LISTED<br>HE ADVSD THAT HE WILL GET THIS INFO FROM PROVIDERS<br>SET UP TC FOR TO/07 THEY ARE NOW WLLING TO GIVE RRI<br>ADVSD OF PPRWK 10/07 2PM (1PM AK TIME)<br>*** NOTE ENTERED TO/07 PPRWK FORWARDED TO AD DEPARTMENT<br>*** NOTE ENTERED BY => REBECCA CALDWELL        X 5829 | |
| 10-07-04 | 0500P | U79639 | CTCD INSRD'S ATTY, SEC RI<br>*** NOTE ENTERED BY => TAMARA GAZAROVA        X 5716 | |
| 10-07-04 | 0501P | U79639 | INTERESTED PARTY UPDATED FOR 01 J CHARLES<br>*** GENERATED BY ===> TAMARA GAZAROVA        X 5716 | |

Exhibit E
Page 17 of 29 Pages

10200

```
REPORT NO. CLL11D -030                                                                    RUN  PAGE   16
REPORT DATE 02/23/05                                                                           TIME  2:00

FCC 03

                          GOVERNMENT EMPLOYEES INSURANCE COMPANY
                               DAILY ACTIVITY TRANSACTIONS
                                   FEBRUARY 23, 2005

                                                          CLAIM# 02455697-0101-011
                                                          INSD:   JACK CHARLES
                                                          D/L:    05-03-04          ADJ: J356
                                                          CO:     12               FCC: 03

                              CLAIM ACTIVITY LOG

DATE        TIME   UID
10-07-04    0501P  U79639      MESSAGE
                               INTERESTED PARTY UPDATED FOR 01 J CHARLES         X 5716
                               *** GENERATED BY  ===> TAMARA GAZAROVA

10-07-04    0513P  U79639      RECORDED INTERVIEW ADDED FOR IP#01 - JACK CHARLES
                               BY TAMARA GAZAROVA 03H639
                               PCC: SANDIEGO
                               RECORDED DATE/TIME: 10/07/2004 13:59:43
                               DURATION: 606.0 SECS
                               *** NOTE ENTERED BY => TAMARA GAZAROVA         X 5716

10-07-04    0517P  U79639      ISO  SEND REQUESTED FOR  01 J CHARLES             X 5716
                               *** GENERATED BY  ===>  TAMARA GAZAROVA

10-07-04    0518P  U79639      INTERESTED PARTY UPDATED FOR 03 B GREGORY         X 5716
                               *** GENERATED BY  ===> TAMARA GAZAROVA

10-07-04    0522P  U79639      RECORDED INTERVIEW ADDED FOR IP#03 - BERNADETTE GREGORY
                               BY TAMARA GAZAROVA 03H639
                               PCC: SANDIEGO
                               RECORDED DATE/TIME: 10/07/2004 14:16:18
                               DURATION: 393.3 SECS
                               *** NOTE ENTERED BY => TAMARA GAZAROVA         X 5716

10-08-04    1132A  SYSTEM      ISO RESPONSE RECEIVED FOR 01 J CHARLES

10-08-04    1141A  U79639      LATE ALOGI
                               SEC INFRD/D AND INSBD/P  RI ON 10/7
                               SYSH TO H682S         BY TAMARA GAZAROVA         X 5716

10-08-04    1141A  U79639      ***********INSRD/D RI***********
                               SOMETIME IN MAY
                               INSRD ON UNK ST IN 2/3... THERE ARE 3 ST THAT MERGE
                               INTO ONE A BLOCK IN FRONT OF INSRD
                               THERE IS A ST IN TO INSRD'S LEFT AND RIGHT SIDE
                               INSRD STOPPED FOR THE SYS.. LOOKED TO THE RIGHT
                               A VEH ON UNK ST TO THE RIGHT OF INSRF PROCEEDED TO GO
                               INSRD LOOKED TO THE LEFT THERE WAS NO CAR DONE H/THE
                               INSRD STARTED TO MAKE THIS L/T..INSRD WAS ALMOST THERE
                               TURN, WHEN CLLMMT COLLIDED W/INSRD
                               STTD, THIRD CLMNT WAS TRAVELING IN THE SAME DIRECT AS
                               HIM, BUT SO CERTAIN STTD THE SAME IDETH
                               HE GOT TO THE..THAT CLMNT HAS NOT AT A S/S, WHEN
                               POI-INSRD-L/REAR
```

```
REPORT NO. CLI11D -030                    GOVERNMENT EMPLOYEES INSURANCE COMPANY                          RUN PAGE    15
REPORT DATE 02/23/05                          DAILY ALOG TRANSACTIONS                                         TIME  22:00
                                                  FEBRUARY 23, 2005
FCC  03
                                                                              CLAIM# 0224556097-0101-011
                                              CLAIM ACTIVITY LOG              INSD: JACK CHARLES   ADJ: J356
                                                                             D/L: 05-03-04        FCC: 03
                                                                             CO: 12
```

| DATE | TIME | UID | | |
|---|---|---|---|---|
| DATE | TIME | UID | MESSAGE | |
| | | | POI-CLMNT-L/F | |
| | | | *** NOTE ENTERED BY => TAMARA GAZAROVA          X 5716 | |
| 10-08-04 | 1144A | U79639 | INSRD INJ-( ATTY WOULD NOT LET INSRD DISCUSS INJ) | |
| | | | NO WTNS. | |
| | | | POLICE AT THE SCENE, UNK IF REPORT FILED | |
| | | | ****************END RI****************** | |
| | | | *** NOTE ENTERED BY => TAMARA GAZAROVA          X 5716 | |
| 10-08-04 | 1145A | U79639 | SEC INSRD/P. RI WITH ATTY ON THE LINE | |
| | | | *** NOTE ENTERED BY => TAMARA GAZAROVA          X 5716 | |
| 10-08-04 | 1145A | U79639 | **************INSRD/P RI************** | |
| | | | RE SEAT, S/B ON ST. THERE ARE 2 II. ST TO INSRD'S LEFT | |
| | | | INSRD/D, ON UNK ST. INSRD STOPPED FOR THE S/S AND PROCEEDED | |
| | | | AND RIGHT SIDE, TURN W/TURN WHEN COLLIDED W/INTER VEH | |
| | | | COMING HIS. INSRD WAS NOT AT THE I.S WHEN INSRD GOT TO THE S/S | |
| | | | UNK. | |
| | | | POLICE AT THE SCENE. | |
| | | | ATTY WOULD NOT ALLOW TO DISCUSS INJ | |
| | | | ****************END RI***************** | |
| | | | *** NOTE ENTERED BY => TAMARA GAZAROVA          X 5716 | |
| 10-08-04 | 1148A | U79639 | ADVSD ATTY PER POL CONT, GE CAN RQST INJ RI, ADVSD | |
| | | | HE HAS THE DUTY TO COOP W/GE EXAM ARE DONE TX | |
| | | | HE U5. ADVSD INSRD AND INSRD/P. ARE DONE TX | |
| | | | HE ADVSD BOTH TX AT XKHC (INDIAN RESERV) | |
| | | | HE DOESN'T KNOW THEN CONT MEDS | |
| | | | HE WND/RTG GE KNOW THEN REGIMEN/ABLE TO EVAL THE CLM | |
| | | | ADVSD/LL BE EVAL AND EXAM WILL BE? IN CIC | |
| | | | CLM W/ILL BE EVAL AND EXAM WILL BE? ONCE MEDS RCVD | |
| | | | GAVE PROVIDER INFO..L ADVSD WILL LET EXAM KNOW | |
| | | | SYSM TO N6825         BY TAMARA GAZAROVA          X 5716 | |
| 10-12-04 | 1111A | SYSGEN | SUBRO POTENTIAL INDICATOR SET FOR- 01UBI | |
| 10-12-04 | 1111A | U79682 | *** GENERATED BY    ===> REBECCA CALDWELL         X 5829 | |
| 10-12-04 | 1111A | SYSGEN | SUBRO POTENTIAL INDICATOR SET FOR- 01UPD | |
| 10-12-04 | 1111A | U79682 | *** GENERATED BY    ===> REBECCA CALDWELL         X 5829 | |

10202

```
PORT NO. CLI17D-030                    GOVERNMENT EMPLOYEES INSURANCE COMPANY              RUN  PAGE  16
PORT DATE 02/23/05                          DAILY ALOG TRANSACTIONS                             TIME  22:00
                                             FEBRUARY 23, 2005
C 03

                                      CLAIM ACTIVITY LOG          CLAIM#  02455697-0101-011
                                                                  INSD:   JACK CHARLES
                                                                  D/L:    05-03-04      ADJ:  J356
                                                                  CO:     12             PCC:  03


DATE      TIME   UID       MESSAGE
10-12-04  1111A  SYSGEN    SUBRO POTENTIAL INDICATOR SET FOR- 03UBI
10-12-04  1111A  U79682    *** GENERATED BY    ===> REBECCA CALDWELL     X 5829
10-12-04  1111A  U79682    HEALTH CARE PROVIDER ADDED FOR 01 J CHARLES
                           *** GENERATED BY    ===> REBECCA CALDWELL     X 5829
10-12-04  1111A  U79682    HEALTH CARE PROVIDER ADDED FOR 03 B GREGORY
                           *** GENERATED BY    ===> REBECCA CALDWELL     X 5829
10-12-04  1122A  U79682    BASED ON STMTNTS FROM NI AND CLMT
                           THIS IS CFR 100%
                           CLMT IS VERIFIED UM
                           DENIAL LTTR TO CLMT
                           *** NOTE ENTERED BY =>  REBECCA CALDWELL      X 5829
10-15-04  0912A  U79682    SUBMITTING REQUEST FOR B/R FOR NI AND PASS
                           CC TO CLMT ATTY
                           -ALSO RECVD FAX EXTENDING THE DMND DATES THRU NOV 8TH?
                            HAVE ALREADY SENT THE VL132A
                           *** NOTE ENTERED BY => REBECCA CALDWELL       X 5829
10-25-04  0653P  U03PRD    NEW ECF DIARY ENTRY FOR REBECCA CALDWELL     03H682      BY
                           ECF PROCESS ID #2     80RWKD
                           TO RECIPIENT AN ADIAR RECORD HAS EITHER BEEN CLOSED FOR
                           10 DAYS FOR WAS COMPLETED 7 DAYS AGO FOR IP# 01 ON
                           CLAIM# 02455970101011- AN ESTIMATE HAS NOT BEEN
                           RETURN TO. PLEASE FOLLOW-UP WITH THE AD ESTIMATE TO
                           OBTAIN THE ESTIMATE.
                           RECORD DETAILS:
                           OFFICE LOCATION : SDS
                           AD ADJUSTER : C501
                           MAKE : CHEV
                           MODEL : CAV-VL/RS
                           YEAR : 92
                           VIN : 1G1JC5444N7140050
                           TAG # : ""
                           *** NOTE ENTERED BY => U03PRD2
10-28-04  1050A  U09X01    NOTICE THAT YOU ARE LOOKIN FOR THE ESTIMATE
                           I DID RECD THE ESTIMATE BUT I BELIEVE WAS FORWD
                           TO OUR SECTION I/L UNIT BY MISTAKE
                           DO YPU WANT ME TO ROUTE THE ESTIMATE TO YOU OR
```

10203

PORT NO. CLI11D -030
PORT DATE 02/23/05

C  03

RUN PAGE: 17
TIME 22:00

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY ACOG TRANSACTIONS
FEBRUARY 23, 2005

CLAIM# 022455697-0101-011
INSD: JACK CHARLES
D/L: 05-03-04        ADJ: J356
CO: 12               FCC: 036

CLAIM ACTIVITY LOG

DATE          TIME    UID

11-01-04  0653P  U03PRD
MESSAGE
YOU WANT TO US TO PAY FOR THE LOSS OF THE INSD
VEHICLE.
PLEASE LET ME KNOW SO I CAN PROCEED
SYSM TO H682S          BY VICTOR YANEZ        X 5466

NEW ECF DIARY   ENTRY FOR DAVID HORAN   03M200   BY ECF
PROCESS: ADTAR   80RWKD
TOPIC: ADTAR
DESCRIPTION: IMMEDIATE ATTENTION NEEDED:
AN ADDAM RECORD 28 DAYS AGO FOR THE CLOSED OR 17 DAYS OR
THE ADOBE RECORD HAS THE CLOSED ON CLAIM#
022455697-0101-011.  AN AD ESTIMATE HAS NOT BEEN RECEIVED.
PLEASE FOLLOW-UP WITH THE AD ADJUSTER TO OBTAIN THE
ADEMAT
RECORD DETAILS :
OFFICE LOCATION : SDS
AD ADJUSTER : C501
MAKE : CHEV
MODEL : CAV VL/RS
YEAR : 02
VIN : 1G1JC5444N7140050
TAG # :
*** NOTE ENTERED BY => U03PRD2

11-02-04  0715P  U79M20
6-MONTH REVIEW
--RESPOND TO THE AD ADJ QUESTION.
--FOLLOW UP W/ THE ATTY FOR THE B/R FOR THE INSD AND
   INSD PASS
   RESERVES ARE FINE FOR NOW
E-MAILED VIA ECF TO H682SEXCHANGE.GEICO.COM X 5386
*** NOTE ENTERED BY => DAVID HORAN

11-04-04  0436P  U79M50
WE STILL DO NOT HAVE THE MEDICAL RECORDS WE NEED TO
EVALUATE THE CLAIM.  ALTHOUGH WE REQUESTED THE RECORDS HERE REQUESTED
ON OCTOBER 15, 2004.  WE STILL HAVE NOT RESPONDED TO THE ATTORNEY
ADVISING HIM THAT WE KNOW OF NO SPEEDIER WAY OF
OBTAINING THE RECORDS.  WE CANNOT EVALUATE THESE
CLAIMS WITHOUT MEDICAL DOCUMENTATION.
SYSM TO H639S          BY COLRAIN INGERSOLL   X 5061

11-04-04  0439P  U79M50
ALSO, IN THE LETTER, REQUEST EXTENSION.  I WOULD
CALL THE ATTORNEY FIRST AND LET HIM KNOW NO RECORDS,
ASK THE QUESTIONS, THEN CONFIRM IT IN WRITING.

10204

Exhibit 5
Page 21 of 29 Pages

REPORT NO. CLL11D -030
REPORT DATE 02/23/05
FCC 03

RUN PAGE 13
RUN TIME 22:00

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY ACTIVITY LOG TRANSACTIONS
FEBRUARY 23, 2005

CLAIM ACTIVITY LOG

CLAIM# 0224555697-0101-011
INSD: JACK CHARLES
D/L: 05-03-04
COI: 12
ADJ: J356
FCC: 03

| DATE | TIME | UID | | |
|---|---|---|---|---|

11-05-04  0624P  U03PRD    MESSAGE    BY COLUAIN INGERSOLL    X 5061
SYSM TO H639S

NEW ECF DIARY ENTRY FOR REBECCA CALDWELL    03H6d2    BY a
ECF PROCESS ID #1  055R441
TO PROCESS...ECF DOCUMENT ADDED FOR IP 01:
CATEGORY=ESTIMATE, DOCUMENTID=72457285,
CATEGORY=ESTIMATE, PAGE(S), DATE=11/05/2004;
BATCH #=, RECEIVE DATE=11/05/2004;
*** NOTE ENTERED BY => U03PRD1

11-05-04  0624P  U03PRD
ECF DOCUMENT ADDED FOR IP 01: CATEGORY=ESTIMATE,  1
PAGE(S), DOCUMENTID=72457285, BATCH #=, RECEIVE
DATE=11/05/2004;
*** NOTE ENTERED BY => U03PRD1

11-05-04  0706P  U79639
ATTORNEY UPDATED FOR 03 B GREGORY
*** GENERATED BY ===> TAMARA GAZAROVA

11-05-04  0706P  U79639
TCTC INSRD'S ATTY, LM WITH JEFF    X 5716
NEED TO ADVS OF ABOVE
*** NOTE ENTERED BY => TAMARA GAZAROVA

11-05-04  0712P  U79639
MAILED AND FAXED THE LET TO ATTY PER COLRAIN'S INSTRCTS    X 5716
*** NOTE ENTERED BY => TAMARA GAZAROVA

11-16-04  0552P  U09X01
THE T/L SETTLEMENT FOR INSD VEHICLE FOLLOW AS
ACV............$1,737.00
TITLE..........15.00
CITY TAX.......20.00
LESS SALVAGE...269.00
TOTAL..........1?...
DO YOU WANT ME TO FORM THE ESTIMATE ALONG WITH
THE LET OR DO YOU WANT ME TO ISSUED THE PYMT
PLEASE LET ME KNOW SO I CAN PROCEED    X 5466
SYSM TO H6825    BY VICTOR YANEZ

11-16-04  0612P  U79682
RESPONDED VIA EMAIL- COPY TO FILE    X 5829
*** NOTE ENTERED BY => REBECCA CALDWELL

11-23-04  0103P  U79682
CLLD 'NI AND PASS ATTY OFFICE- WAS ADVSD THAT I WOULD
NEED TO S/W ASSISTANT- TISH ADVSD THAT THEY ALSO HAVE
BEEN TRYING TO OBTAIN B/R FROM PROVIDER. SHE ADVSD
THAT SHE WILL CALL THEM AGAIN TODAY.

Exhibit E
Page 22 of 29 Pages

```
REPORT NO. CL111D-030                    GOVERNMENT EMPLOYEES INSURANCE COMPANY              RUN PAGE  ..:..
REPORT DATE 02/23/05                           DAILY ALOG TRANSACTIONS                       RUN TIME  ..:..
FCC  03                                           FEBRUARY 23, 2005

                                                CLAIM ACTIVITY LOG             CLAIM# 022455697-0101-011
                                                                               INSD:  JACK CHARLES
                                                                               D/L:   05-03-04        ADJ: J356
                                                                               CO:    12             FCC: 03
```

| DATE | TIME | UID | | |
|------|------|-----|---|---|

**11-29-04  0119P  U09X01**
MESSAGE
*** NOTE ENTERED BY => REBECCA CALDWELL                    X 5829
PLEASE LET ME KNOW IN ANSWER ABOUT ALOGI ON 11/16
SYSI CAN PROCEED
SYSM TO H6B2S          BY VICTOR YANEZ                      X 5466

**11-29-04  0134P  U79682**
PLEASE CONTACT NI ATTY OFFICE ON HOW THEY WANT THE PD A
DDRESSED AND HANDLE ACCORDINGLY
THANKS
REBECCA
SYSM TO YANEZ-V        BY REBECCA CALDWELL                  X 5829

**12-16-04  0602P  U79682**
WILL REVIEW W/ MGR ON MONDAY
*** NOTE ENTERED BY => REBECCA CALDWELL                    X 5829

**12-17-04  0703P  U09X01**
PILE HOLD OVER 10 BUSSINES DAYS
NEVER UPDATE P/C
CLOSED FRWD TO SALV DEPT TO PROCEED
*** NOTE ENTERED BY => VICTOR YANEZ                        X 5466

**12-20-04  0343P  U09527**
JACK CHARLES.  RECD PWK FM ADJ. PAY CODE IS STILL
BAD. ADJ DID NOT OPEN SALVAGE. FORWARDING PWK TO YOU
SYSM TO H6B2S          BY EVA DRAKE                         X 5425

**12-20-04  0352P  U79682**
PAY CODE UPDATED TO 10 FOR 01 J CHARLES      LOC SDS
GENERATED BY ==> REBECCA CALDWELL                          X 5829

**12-20-04  0416P  U79682**
LLTR TO CLMT ATTY
JID: 491394
*** NOTE ENTERED BY => REBECCA CALDWELL                    X 5829

**12-20-04  0416P  U79682**
REVIEWED W/ MGR- SENT LTTR TO ATTY, NO B/B, NOT ENOUGH
INFO TO EVAL UBI
*** NOTE ENTERED BY => REBECCA CALDWELL                    X 5829

**12-21-04  0907A  U09527**
JACK CHARLES---RECD E-MAIL THAT PC HAS BEEN UPDATED,
RETRIEVED PWK FM MY OUT BIN AND TOOK OVER TO SUPV
RICK HAMILTON
*** NOTE ENTERED BY => EVA DRAKE                           X 5425

**12-21-04  1224P  U09S02**
PLEASE CONFIRM DED THAT APPLIES.
SYSM TO H6B2S          BY KRIS HARDESTY                     X 5665

**12-21-04  1226P  U09S02**
INT0401770 OPENED SALVAGE ON INSD VEH.

1

Exhibit E
Page 23 of 29 Pages

RUN PAGE 20
TIME 22:00

REPORT NO. CLL11D -030
REPORT DATE 02/23/05
FCC 03

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY ALOG TRANSACTIONS
FEBRUARY 23, 2005

CLAIM ACTIVITY LOG

CLAIM# 02455697-0101-011
INSD: JACK CHARLES
D/L: 05-03-04
CO: 12-03-04
ADJ: J356
FCC: 03

| DATE | TIME | UID | |
|---|---|---|---|

**12-22-04  1254P  U79217**

MESSAGE
SYSM TO TURNER-M          BY KRIS HARDESTY          X 5665
WORKING FILE TO T/L EVALUATOR KRIS HARDESTY
*** LFT MSG FOR ATTY TO CALL BACK RE: SETTLEMENT OPTION
*** NOTE ENTERED BY => STAMEY, MARY (C891) 253-2196444

**01-05-05  0444P  U09502**

CALLED INSD'S ATTNY. HE AGREES WITH ACV FOR VEH BUT
IS LOOKING FOR SHIPPING COSTS. INSD LIVES IN BETHEL.
DUE TO REMOTE LOCATION TO PURCHASE A VEH YOU NEED TO
PAY TO HAVE IT SHIPPED IN OR YOU NEED TO PAY THE PRICE
FOR THE VEH THAT IS THERE BECAUSE IT WAS SHIPPED IN.
HE IS LOOKING FOR 3/4K.
CALLED GARY IN OUR ANCHORAGE OFFICE, HE BELIEVES
THAT IS HIGH, HE HAS PAID SHIPPING TO NOME OF $A PRX
$1500. CALLED THE ATTNY BACK, HE FEELS COST SHOULD BE ABOUT
$1,000. CALLED THE ATTNY BACK, HE DOES NOT AGREE BUT HE
DOES NOT HAVE ANYTHING IN WRITING. ASK FOR QUOTE ON HIS
ME SHIPPING COMP AND I WOULD CALL HIM BACK WHEN I AM ABLE TO
GET 3. FOR INFO.
*** NOTE ENTERED BY => KRIS HARDESTY          X 5665

**01-06-05  0439P  U79627**

RCV D LTR FROM THE INSD AND PASS ATTNY STATING
ATTACHED ARE MEDICAL RECS AND THAT WE SHOULD NOW
HAVE SUFFICIEN INFO TO EVALUATE CLAIM AND M/O
NOTHING ATTACHED TO THE COVER LTR.
CLLD OFFICE AND REQUESTED ATTNY JIM VALCARCE
SEC STATED NOT IN OFFICE
LM CONFIRMING RECEIPT OF THE 12/27 LTR W/O ANY
ATTACHMENTS.
SENDING WRITTEN CONFIRMATION
*** NOTE ENTERED BY => ANN MARIE HORAN          X 5968

**01-14-05  0504P  U03PRD**

03-UBI - OTHER FOR IP 03
AUTHORITY APPROVES, AUTHORITY FOR BERNADETTE GREGORY, TO
ONCE RLA INCLUSIVE,
$4000.00 INCLUSIVE;
AUTHOR=CUSHMORE, INGERSOLL, COLRAIN
INTEGRATED SYSTEM
*** NOTE ENTERED BY => U03PRD6

**01-14-05  0506P  U03PRD**

01-UBI - OTHER FOR IP 01
AUTHORITY FOR JACK CHARLES TO $3,000.00 INCLUSIVE.    RLA

10207

```
                                                                          RUN  PAGE
                                                                               TIME 22:00

                    GOVERNMENT EMPLOYEES INSURANCE COMPANY
                            DAILY ALOG TRANSACTIONS
                               FEBRUARY 23, 2005

                                                    CLAIM# 02455697-0101-011
                                                    INSD: JACK C CHARLES
                                                    D/L:  05-03-04   ADJ: J356
                          CLAIM ACTIVITY LOG        COI:  12         FCC: 03

REPORT NO. CLL11D-030
REPORT DATE 02/23/05
FCC  03

DATE      TIME   UID

01-17-05  1104A  U79682   MESSAGE
                          MUST APPROVE FIRST.
                          AUTHOR=CINGERSOLL INGERSOLL, COLRAIN
                          INTEGRATED SYSTEM
                          *** NOTE ENTERED BY => U03PRD6

01-17-05  0115P  U79H16   RECVD LTR BACK THAT WAS ADDRESSED TO HI ATTY OFFICE DA
                          DIP 12/20. RE GE STILL HAS NOT RECVD MED BILLS
                          DIP I HAVE BEEN IN CU C SANCE DATE LTR HAS SENT
                          *** NOTE ENTERED BY =>C REBECCA CALDWELL X 5829

01-17-05  0115P  U79H16   REVIEWED WITH EXAMINER AND COLRAIN INGERSOLL. WE ARE IN
                          DETAIL AK. THIS IS A UM CASE WITH 50K POLICY LIMITS DE
                          MAND FOR BOTH PARTIES INVOLVED. BOTH HAVE SOFT TISSUE I
                          NJS. BERNADETTE GREGORY HAS 12,729.79 IN SPECIAL WITH TH
                          E ER BILL OF 135.78 AND IS FOR ER DIAGNOSTIC. JACK CHARL
                          1428.28 OF WHICH 1067.60 IS FOR GREGORY AND 400 A
                          FOR CHARLES. GIVEN THE JURISDICTION WHICH WE RECOMMEND
                          WE HOLD OUR GROUND AND CHINGS. ARE WILL BE JECTED OFF
                          CLAINT SURE THE ATTY WILL GO TO SUIT THEN AND WILL PROBA
                          ETC TO FEDERAL COURT AND WE WILL HAVE TO FIGHT THIS DOTA
                          PLEASE REVIEW WITH CHOL. MIKE STUP, AS THE DEMANDS TOTA
                          BE AVAIBLE TO CONFERENCE. IF MR STUP WANTS TO I WILL
                          *** NOTE ENTERED BY => BERNIE PUTNAM       X 5756

01-17-05  0115P  U79H16   IF AND WHEN CASE GOES TO SUIT IT SHOULD TRANSFER TO J U
                          NIT IN AK.
                          *** NOTE ENTERED BY => BERNIE PUTNAM       X 5756

01-19-05  0410P  U79682   EMAILED M STUP 01/17
                          CALL TODAY
                          *** NOTE ENTERED BY => REBECCA CALDWELL    X 5829

01-20-05  1140A  U09S02   FAX'D SETTLEMENT OFFER LETTER TO INSD'S ATTNY OFFICE.
                          NEED COPY OF TITLE FOR PROOF OF OWNERSHIP TO SEND
                          PAYMENT.
                          SYSH TO H6825      BY KRIS HARDESTY        X 5665

01-20-05  0405P  U79682   RECVD CALL BACK FROM M STUP
                          *** NOTE ENTERED BY => REBECCA CALDWELL    X 5829
```

Exhibit E
Page 25 of 29 Pages

10208

REPORT NO. CLL11D -030
REPORT DATE 02/23/05

PCC 03

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY ALOG TRANSACTIONS
FEBRUARY 23, 2005

CLAIM ACTIVITY LOG

CLAIM# 0224556697-0101-011
INSD: JACK CHARLES
D/L: 05-03-04
CO: 12

ADJ: J356
PCC: 03

RUN TIME 22:00
PAGE 22

| DATE | TIME | UID | |
|------|------|-----|---|
| 01-20-05 | 0409P | U43C16 | MESSAGE AS DISCUSSED, YOU HAVE THE OK TO REJECT THE DEMANDS AND TO MAKE OFFERS WITHIN REGIONAL AUTHORITY. I ALSO SUGGESTED A BRIEF DISCUSSION WITH MIKE LINA TO SEE IF HE CAN PROVIDE ANY INFO ON THE PLAYERS/TERRITORY. IF YOU NEED FURTHER ASSISTANCE, PLEASE ADVISE. E-MAILED VIA GEICO-EXCHANGE.GEICO.COM XT.3135 *** NOTE ENTERED BY => MIKE STUP |
| 01-21-05 | 0456P | U05502 | TRIED TO RETURN CALL TO INSDS ATTNY, NOT IN. LH FOR CALL BACK. SYSH TO H6825   BY KRIS HARDESTY   X 5665 |
| 01-25-05 | 0312P | U79682 | S/W H LINA ABOUT CLM- WENT THRU DISCUSSION W/ RLA RECVD AUTHORITY *** NOTE ENTERED BY => REBECCA CALDWELL   X 5829 |
| 01-26-05 | 1009A | U79682 | SENDING LTR VIA FAX AND REGULAR MAIL TO ATTY W/ OFFERS OF 5500.00 OR CLMT CHARLES AND 6300.00 FOR CLMT GREGORY. *** NOTE ENTERED BY => REBECCA CALDWELL.   X 5829 |
| 01-28-05 | 0235P | U05502 | ISSUED PAYMENT TO INSD FOR T/L. MAILED CHECK TO ATTNY OFFICE. CLOSED PW TO SALVAGE DEPT TO CONCLUDE. SYSH TO H6825   BY KRIS HARDESTY   X 5665 |
| 01-31-05 | 1151A | U79934 | CHECK #072537158 SENT OUT WITH ENCLOSURE *** NOTE ENTERED BY => KEITH SMITH   X 5308 |
| 02-03-05 | 0134P | U05849 | IN1Q5-1770 SALV CLOSED FOR INSD CHARLES OWNER RETAINED VEH.NOTICE TO STATE, COPY TO R/O AND COPY IN SALV FILE. SYSH TO H6825   BY MARY TURNER   X 5684 |
| 02-03-05 | 0135P | U05849 | CORRECTION: IN1Q4-1770 SALV CLOSED *** NOTE ENTERED BY => MARY TURNER   X 5684 |
| 02-15-05 | 0413P | U79237 | RECVD CALL FROM AMANDA W/ AK USA CREDIT UNION VERIFYING UPD PAYMENT..VERIFIED CHECK# PAYEE AND AMT..ADVSD PAYMENT GOOD NO STOP PAYMENTS *** NOTE ENTERED BY => CHRIS MARQUARDT   800-4536494 |
| 02-17-05 | 0214P | U79682 | CAN YOU PLEASE FORWARD A CERT COPY OF NI POLICY CONTRA |

Exhibit 6
Page 26 of 29 Pages

10209

REPORT NO.: CLI11D -030
REPORT DATE 02/23/05

FCC   03

RUN PAGE 23
    TIME 22:00

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY TRANSACTIONS
FEBRUARY 23, 2005

CLAIM ACTIVITY LOG

CLAIM# 02245 5697-0101-011
INSD: JACK CHARLES
D/L: 05-03-04          ADJ: J356
CO: 12                NCC: 03

| DATE | TIME | UID | |
|------|------|-----|---|

02-17-05  0215P  U79682

MESSAGE
T-PER ATTY REQUEST
NI: JACK CHARLES
RISK: CI: 4006814067
PHONE:
REBECCA
SYSM TO R4C380        BY REBECCA CALDWELL   X 5829

RECVD CALL FROM NI ATTY- THEY WILL BE FILING COMPALINT
AND FORWARDING COPY TO GE
HE IS REQUESTING COPY OF POLICY CONTRACT, ADVSD THAT I
WILL REQUEST AND ONCE RECVD- WILL FORWARD
*** NOTE ENTERED BY => REBECCA CALDWELL   X 5829

02-17-05  0216P  U79682

E- CMT VEH FTYROW TO NI
C- COVERAGE IS IN ORDER
L- GE 100 X
J: CHN CHARLES DUI'S OPEN
JEBRY LAW/CATEGORY- CHEST PAIN AND BACK PAIN
ADMRY/DETAL/CHRGE
D- UB/CHARLES COMPLINTS OF A SORE NECK
ITS MERITS ARE 50/100, PENDING COMPLAINT, HANDLE ON
*** NOTE ENTERED BY => REBECCA CALDWELL   X 5829

02-17-05  0755P  U74SRT

RE C380: AM SENDING THE CERTIFIED DEC/POL
SYSM TO H682S          BY TERESA CONRAD      513-5640

02-18-05  0505P  U03PRD

CLAIM #0224569701010111 WAS TRANSFERRED FOR LIABILITY
FROM REBECCA CALDWELL 03H682 TO LON GROTHEN 03J356 ON
02/18/2005 @ 05:05 PM AT THE REQUEST OF DAVID BRONDER
03M210
*** NOTE ENTERED BY => U03PRD2

02-22-05  0244P  U79356

RECORDED INTERVIEW TRANSCRIPT REQUEST SENT
BY LON GROTHEN 03J356
RECORDING MADE AT 07/07/2004 13:59:43
OF 02245 5697-0101-011_01- JACK CHARLES
BY TAMARA GAZAROVA. (03H639 - 1008174)
DOCUMENT ID:70098474
REQUEST DETAILS: NORMAL
PLEASE TRANSCRIBE AND ROUTE TO J356
*** NOTE ENTERED BY => LON GROTHEN    X 5664

Exhibit  E
Page 22 of 29 Pages

10210

REPORT NO.: CLL11D -030
REPORT DATE: 02/23/05

ECC 03

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY ACTIVITY TRANSACTIONS
FEBRUARY 23, 2005

RUN PAGE
TIME 22:50

CLAIM# 0224-55697-0101-011
INSD: JACK CHARLES
D/L: 05-03-04          ADJ: J356
CO:  12-03-04          ECC: 03

CLAIM ACTIVITY LOG

| DATE | TIME | UID | |
|------|------|-----|---|
| 02-22-05 | 0246P | U79356 | MESSAGE |

RECORDED INTERVIEW TRANSCRIPT REQUEST SENT
BY LON GROTHEN 03J356 09/07/2004 14:16:18
RECORDING MADE 10-01-03  BERNADETTE GREGORY
OF THARLES (702)097A27-1
DOCUMENT ID#A709927-1
REQUEST DETAILS: NORMAL
PLEASE TRANSCRIBE AND ROUTE TO J356        X 5664
*** NOTE ENTERED BY => LON GROTHEN

02-22-05  0259P  U79356

I HAD A LONG CONVERSATION WITH JIM VALCANCE. WE
DISCUSSED THE CLAIM. HE HAS FILED SUIT AND SENT THE
SAME TO THE INSURANCE COMMISIONER FOR SERVICE.
ADVISE WOULD OSSIGN INTER HE DIREC TO ADJ AND DEPENDS
REITERATED WOULD NOT ENTERTAIN ANY OFFER LESS THAN THE
MATIC LIMIT TO DEPENDS WITH THE CTC INFO
SENT TO DEPENDS WITH LON GROTHEN        X 5664
*** NOTE ENTERED BY => LON GROTHEN

02-22-05  0526P  U03PRD

NEW ECF DIARY ENTRY FOR LON GROTHEN  03S356     BY a ECF
PROCESS ID#1,05R441
TOPIC: NEW CLAIM
DESCRIPTION: CLAIM # 0224-55697-0101-011, ASSIGNED TO LON
GROTHEN SAN DIEGO
*** NOTE ENTERED BY => U03PRD1

02-22-05  0529P  U79356

UPDATED DIARY DUE 03/02/05 FOR LON GROTHEN 03S356
TOPIC: NEW CLAIM
WAS: CLAIM #  0224-55697-0101-011, ASSIGNED TO LON GROT •••
*** NOTE ENTERED BY => LON GROTHEN        X 5664

02-22-05  1005P  U03PRD

NEW ECF DIARY ENTRY FOR MARTY DROHN   03M300     BY ECF
PROCESS ID#2,80BHKD
TOPIC: REQUEST TRANSFER APPROVAL
DESCRIPTION: TRANSFER APPROVAL REQUEST FOR SUBRO PROM
CLAIM OWNER LON GROTHEN 03S356
TO:03M369
REQUESTED BY: 03J356
TO BE APPROVED BY: 03M300
USER COMMENTS: 03M300
02/22/2005 AT 17:28:45
*** NOTE ENTERED BY => U03PRD2

Exhibit 6
Page 28 of 2 Pages

10211

REPORT NO. CLL11D-030
REPORT DATE 02/23/05

FCC 03

RUN PAGE
RUN TIME 22:56

GOVERNMENT EMPLOYEES INSURANCE COMPANY
DAILY ALOG TRANSACTIONS
FEBRUARY 23, 2005

CLAIM ACTIVITY LOG

CLAIM# 0245697-0101-011
INSD: JACK CHARLES
D/L: 05-03-04    ADJ: J356
CO: 12    FCC: 03

| DATE | TIME | UID | |
|---|---|---|---|
| 02-23-05 | 1130A | U79356 | MESSAGE WHEN I SPOKE TO THE ATTY YESTERDAY HE SAID THAT HIS CLIENTS CONTINUED TO BE SYMTOMATIC. THE MED RECS DONT SUPPORTED THAT. HE SAID WE TOOK STATEMENTS THAT SUPPORTED THAT CONTENTION. REVIEWED THE RI SUMMARIES. HE WOULD NOT ALLOW US TO DISCUSS THE INJS IN THE STATEMENT. |

STATEMENT.
*** NOTE ENTERED BY => LON GROTHEN     X 5664

| 02-23-05 | 0119P | U79356 | COMPLETED THE REFERAL LETTER. MAILED THE SAME |

*** NOTE ENTERED BY => LON GROTHEN     X 5664

Exhibit E
Page 29 of 29 Pages

LAW OFFICES

## COOKE, ROOSA & VALCARCE, LLC

CHRISTOPHER R. COOKE, ESQ.
JIM J. VALCARCE, ESQ.
KENNETH S. ROOSA, ESQ.
T. WAYNE CARY, ESQ.

900 THIRD AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559-0409
(907) 543-2744 OR 543-HELP
TOLL FREE (888) 610-2744
FAX (907) 543-2746

ANCHORAGE OFFICE:
1227 WEST NINTH AVENUE
SUITE 300
ANCHORAGE, AK 99501
(907) 276-2744 OR 276-HELP
FAX (907) 276-0877

May 6, 2004

Bethel Police Department
P. O. Box 809
Bethel, Alaska 99559

　　　　RE:　　Jack Charles & Bernadette Gregory
　　　　DOB:　　　3-8-80　　　　DOB: 8-6-84

Dear Bethel Police Department:

Please be advised that we represent Jack Charles and Bernadette Gregory, of Bethel, Alaska. On behalf of my clients I write to request a copy of all incident or trooper reports, including any photos involving my clients personal injury on or about May 3, 2004 involving Valerie Joe, which occurred at the corner of Ridge Crest Drive and Eddie Hoffman Highway, commonly known as Watson's corner.

If there is a fee we must pay for these documents and photos, please enclose that invoice for payment.

Thank you for your cooperation. If you have any questions about this matter, please let me know.

Sincerely,
COOKE, ROOSA & VALCARCE

Jim Valcarce
Attorney at Law

2004 SEP -1　PH 8: 28

JJV:lmg
B2879/01

Exhibit __F__
Page __1__ of __1__ Pages



■ Government Employees Insurance Co
■ GEICO General Insurance Company
■ GEICO Indemnity Company
■ GEICO Casualty Company
■ Criterion Insurance Agency, Inc.
(Colonial County Mutual Ins.)

1-800-841-3000

P.O. Box 509090
San Diego, CA  92150-9090

June 2, 2004

Jack Charles
P.O. Box 722
Bethel, AK 99559-0722

CLAIM NUMBER: 0224556970101011        LOSS DATE: 05/03/04
INSURED: Jack Charles

Dear Jack Charles:

We are continuing with our investigation and evaluation. We need
additional time to secure the following information: a recorded
statement from the driver of your vehicle   We anticipate
completion of these items within 25 days.

Once we have the opportunity to review the above information, we
will contact you.  In the meantime, if you have any questions or
concerns while we are processing your claim, please let us know.

Thank you for your cooperation.

Sincerely,

REBECCA CALDWELL (H682)

CLAIMS DEPARTMENT 800-654-5896 extension 5829
GEICO Casualty Company

35

Exhibit __G__
Page __1__ of __4__ Pages

PLEASE REFER TO OUR CLAIM NUMBER WHEN
WRITING OR CALLING ABOUT THIS CLAIM
**** COPY ****

CL92                                                          CLL14



**GEICO DIRECT**

■ Government Employees Insurance Company
■ GEICO General Insurance Company
■ GEICO Indemnity Company
■ GEICO Casualty Company

---

Regional Office: One GEICO West ■ Box 509090 ■ San Diego, CA 92150-9090

June 29, 2004

O~H682

Jack Charles
4102 Larson SUB
Bethel, AK 99559

Claim Number:     0224556970101011
Insured:          Jack Charles
Claimant:         Valerie Joe
Date of Loss:     05/03/2004
Company:          GEICO Indemnity Company

Dear Mr. Charles:

In regards to the above referenced loss, I have left you messages at your residence on 05/07/04, 05/14/04, 06/01/04 and again today 06/29/04. I have not had a response to these messages. I have also contacted your work and left serveral messages asking for a return call.

Please be advised that at this time, there is an Property Damage claim as well as a Bodily Injury claim from this loss. We have a recorded statement from the other driver involved but do not have a statement from you.

Please contact me at the number listed below as soon as possible so that we may proceed with the liability investigation.

Sincerely,

Rebecca Caldwell / H682
Claims Examiner
800-654-5896 Ext. 5829

Exhibit ___B___
Page _2_ of _4_ Pages



■ Government Employees Insurance Company
■ GEICO General Insurance Company
■ GEICO Indemnity Company
■ GEICO Casualty Company
■ Criterion Insurance Agency, Inc.
(Colonial County Mutual Ins.)

1-800-841-3000

P.O. Box 509090
San Diego, CA    92150-9090

July 15, 2004

Jack Charles
P.O. Box 722
Bethel, AK 99559-0722

CLAIM NUMBER: 0224556970101011        LOSS DATE: 05/03/04
INSURED: Jack Charles

Dear Jack Charles:

We are continuing with our investigation and evaluation. We need
additional time to secure the following information: a recorded
statment of the facts of this accident from the driver of your
vehicle    We anticipate completion of these items within 15
days.

Once we have the opportunity to review the above information, we
will contact you. In the meantime, if you have any questions or
concerns while we are processing your claim, please let us know.

Thank you for your cooperation.

Sincerely,

REBECCA CALDWELL (H682)

CLAIMS DEPARTMENT 800-654-5896 extension 5829
GEICO Casualty Company

35

Exhibit ___G___
Page __3__ of __4__ Pages

July 16, 2004

Jack Charles
P.O. Box 722
Bethel, AK 99559

RE:    Claimant:              Valorie Joe
       Our Insured:           Jack Charles
       Loss Date:             May 3, 2004
       Claim #:               022455697 0101 011/H682
       Company Name:          GEICO Casualty Company

Dear Mr. Charles:

In regard to the above-referenced loss, I have left you messages at
your residence on 05/07/04, 05/14/04, 06/01/04 and 06/29/04.  To date,
I have not had a response to any of these messages.

I have also contacted your work number and left several messages
asking for a return call.

Please be advised that at this time there is a Property Damage claim,
as well as a Bodily Injury claim open from the above-referenced loss.
We have a recorded statement from the other driver involved, but we do
not have a statement from you verifying the facts of the accident.
Please be advised that in regard to this loss, your coverages may be
in jeopardy if you do not contact us to discuss this loss further.

Please contact (800) 654-5896, Ext. 5829, as soon as possible to
discuss this loss further and so that we may obtain a recorded
statement from you to proceed with this claim.  I may be reached
during the business hours of 7:00 a.m. to 3:30 p.m., Pacific Time,
Monday through Friday.

ALL CORRESPONDENCE SHOULD BE DIRECTED TO: GEICO DIRECT, ONE GEICO
WEST, BOX 509090, SAN DIEGO CA  92150-9090. PLEASE REFER TO OUR CLAIM
NUMBER WHEN CALLING OR WRITING ABOUT THIS CLAIM.

Sincerely,

Rebecca Caldwell
Claims Examiner/H682
1-800-654-5896, Extension 5829
RC:8 482604

Exhibit ___G___
Page ___4__ of __4__ Pages

022HSS  -0101-011    D-H682

LAW OFFICES

## COOKE, ROOSA & VALCARCE, LLC

CHRISTOPHER R. COOKE, ESQ.
JIM J. VALCARCE, ESQ.
KENNETH S. ROOSA, ESQ.
T. WAYNE CARY, ESQ.

900 THIRD AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559-0409
(907) 543-2744 OR 543-HELP
TOLL FREE (800) 610-2744
FAX (907) 543-2746

ANCHORAGE OFFICE:
1227 WEST NINTH AVENUE
SUITE 300
ANCHORAGE, AK 99501
(907) 276-2744 OR 276-HELP
FAX (907) 276-0077

July 22, 2004

GEICO West
P. O. Box 509090
San Diego, CA 92150-9090
        BY TELEFAX (858) 513-5824

        RE:    UM/UIM Claim for Jack Charles & Bernadette Gregory
               Policy No.: 4006-81-40-67
               Date of Incident: 5/3/04

Dear Insurance Representative:

I write to advise you of an uninsured motorist claim involving my clients Jack
Charles and Bernadette Gregory, who were struck by an uninsured motorist on
May 3, 2004 on the Eddie Hoffman Highway in Bethel, Alaska.  Mr. Charles has a
policy through GEICO to cover such losses.  The purpose of this letter is notify you
of the claim and ask that you provide a complete copy of the policy together
with what information you require to process the uninsured motorist claim.  In the
meantime, please do not have any direct contact with my client regarding this
matter but refer any communication to me.  I look forward to your response,
together with what documents you require to process this claim, within the next
twenty (20) days.

                        Best regards,
                        COOKE, ROOSA & VALCARCE, LLC

                        Jim Valcarce
                        Attorney at Law

JJV: lmg/B2879
cc: clients

                                        Exhibit    H
                                        Page   1  of  1  Pages



■ Government _    pyces Insurance Company
■ GEICO General Insurance Company
■ GEICO Indemnity Company
■ GEICO Casualty Company

Regional Office: One GEICO West ■ Box 509090 ■ San Diego, CA 92150-9090

August 4, 2004

Cooke, Roosa and Valcarce, LLC
Po Box 409
Bethel, AK 99559

| | |
|---|---|
| Your Client(s): | Jack Charles and Bernadette Gregory |
| Claim #: | 0224556970101011 / H682 |
| Our Insured: | Jack Charles |
| Date of Loss: | 05/03/2004 |
| Company: | GEICO Casualty Company |

Dear Cooke, Roosa and Valcarce, LLC:

This is to formally acknowledge receipt of your letter of representation.    Please refer all correspondence regarding this matter to my attention, referencing the above claim number.

Please be advised that at this time, GEICO does not have statement of the facts of this accident from the driver, Jack Charles.  We  do have a statement from the driver of the other vehicle. Please contact me at your earliest convienence to set up a time to take a statement.

We would appreciate at this time if you could provide us with the general information as to the extent of injuries sustained by your client(s), and the names and addresses of the treating doctors and facilities. There is medical payments coverage on this policy of $5,000.00.

To cooperate with you in bringing this claim to a timely conclusion, we are enclosing Medical and Wage Authorizations to be signed by your client(s) and returned to this office.

You may be assured any information we have obtained through the use of these authorizations will be shared with you for our mutual benefit.

The authorization includes a request to speak with your client's (s') health care provider(s).


Sincerely,


Rebecca Caldwell / H682
Claims Examiner
858-513-5829                                                    VL25A





GEICO
DIRECT

\

- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

Regional Office: One GEICO West ■ Box 509090 ■ San Diego, CA 92150-9090

August 6, 2004

Cooke, Roosa, and Valcarce, LLC
Po Box 406
Bethel, AK 99559

| | |
|---|---|
| Claim Number: | 0224556970101011 |
| Insured: | Jack Charles |
| Your Client(s): | Jack Charles and Bernadette Gregory |
| Date of Loss: | 05/03/04 |
| Company: | GEICO Casualty Company |

Dear Cooke, Roosa, and Valcarce, LLC:

Enclosed, per your request, is a copy of your client's policy contract and coverage's. Please be advised that at this time, the liability investigation is on going. We have secured a recorded statement from the drive of the other vehicle. Please contact me at the number listed below to set up a time so that I can take a statement from your client to complete the liability investigation.

Sincerely,

Rebecca Caldwell / H682
Claims Examiner
800-654-5896 Ext. 5829

Exhibit ____
Page ___ of ___ Pages

Shareholder Owned Companies Not Affiliated With The U.S. Government



■ Government Employees Insurance C... any
■ GEICO General Insurance Company
■ GEICO Indemnity Company
■ GEICO Casualty Company
■ Criterion Insurance Agency, Inc.
(Colonial County Mutual Ins.)

1-800-841-3000

P.O. Box 509090
San Diego, CA    92150-9090

August 27, 2004

Cooke, Roosa, And Valcarce, Llc
P.O. Box 406
Bethel, AK 99559-0406

CLAIM NUMBER: 0224556970101011        LOSS DATE: 05/03/04
INSURED: Jack Charles

Dear Cooke, Roosa, And Valcarce, Llc:

We are continuing with our investigation and evaluation. We need
additional time to secure the following information: a recorded
statement of the facts of this accident from the driver/your
client jack charles.    We anticipate completion of these items
within 25 days.

Once we have the opportunity to review the above information, we
will contact you.  In the meantime, if you have any questions or
concerns while we are processing your claim, please let us know.

Thank you for your cooperation.

Sincerely,

REBECCA CALDWELL ((682)

CLAIMS DEPARTMENT 800-654-5896 extension 5829
GEICO Casualty Company

35

Exhibit K
Page 1 of 3 Pages

CL92                                                          CLL14



■ Government ...mployees Insurance Company
■ GEICO General Insurance Company
■ GEICO Indemnity Company
■ GEICO Casualty Company

Regional Office: One GEICO West ■ Box 509090 ■ San Diego, CA 92150-9090

September 30, 2004

Law Offices of Cooke, Roosa & Valcarce, LLC
900 Third Ave
Po Box 409
Bethel, AK 99559

| | |
|---|---|
| Claimant/Client: | Jack Charles and Bernadette Gregory |
| Insured: | Jack Charles |
| Date of Loss: | 05/03/04 |
| Claim Number: | 0224556970101011 |
| Company: | GEICO Casualty Company |

Dear Mr. Valcarce,

We have received your demand dated 09/20/04. We neither accept nor reject such demand as we have inadequate information.

Part of our obligation, as an insurer is to fully investigate any claim presented. Because your client is making a claim against our policyholder for this accident, we are under an obligation to request independent documentation that supports your client's claim.

In order to properly evaluate your client's claim, we are requesting additional documentation, not limited to the following:

- A properly completed medical authorization signed by your clients with the treating provider address information
- A recorded interview from Jack Charles on the facts of the accident
- A recorded interview from Bernadette Gregory on the facts of the accident

In regards to the property damage, it appears that based on the information received, your clients vehicle is a total loss. We will need to inspect the vehicle prior to issuing any payments under the UMPD.

We ask that you please forward the above referenced to our attention for the conclusion of our settlement process.

After the documentation has been received and reviewed, I will be happy to discuss the above-referenced demand. If you need to discuss this matter at any time, please feel free to contact me.

Sincerely,

Rebecca Caldwell / H082
Claims Examiner
858-513-5829

Exhibit __K__
Page __2__ of __3__ Pages



**GEICO DIRECT**

1-800-841-3000

- Government Employees Insurance C... Jany
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company
- Criterion Insurance Agency, Inc.
  (Colonial County Mutual Ins.)

P.O. Box 509090
San Diego, CA    92150-9090

October 1, 2004

Cooke, Roosa, And Valcarce, Llc
P.O. Box 406
Bethel, AK 99559-0406

CLAIM NUMBER: 0224556970101011        LOSS DATE: 05/03/04
INSURED: Jack Charles

Dear Cooke, Roosa, And Valcarce, Llc:

We are continuing with our investigation and evaluation. We need
additional time to secure the following information: a recorded
statement from your clients as to the facts of the accident    We
anticipate completion of these items within 25 days.

Once we have the opportunity to review the above information, we
will contact you.  In the meantime, if you have any questions or
concerns while we are processing your claim, please let us know.

Thank you for your cooperation.


Sincerely,


REBECCA CALDWELL (H682)

CLAIMS DEPARTMENT 800-654-5896 extension 5829
GEICO Casualty Company

35

Exhibit  K
Page 3 of 3 Pages

PLEASE REFER TO OUR CLAIM NUMBER WHEN
WRITING OR CALLING ABOUT THIS CLAIM
**** COPY ****

## WITNESS STATEMENT

Return TO:  COOKE, ROOSA & VALCARCE
Attn: Inv. Kent Harding
P.O. Box 409
Bethel, Alaska 99559

Date: 6-29-04

Witness Name: Tom Sharkey    Dateof Birth: 9/20/54

Address: P.O. Box 185

City/State/Zip Code: Aniak    , Ak    , 99557

Telephone (Home) 675-4677    Telephone (Work) 543-6034

Employer: YKHC

☑ I saw the incident and it occurred in the following manner:

☐ I did not see the incident. Information was given to me by (Name of person), Information as follows:

☐ I know nothing whatsoever about the incident.



A & B Took off at Same Time along with C
C Sped up and was Hit By B and spun C
Around  C Had the fire Painted on The Back Sides

Signed: _____    Date: _____

I don't Think C saw B as A Started Moving
To make the Turn - And D is me at Stop Sign

# WITNESS STATEMENT

Return TO: COOKE, ROOSA & VALCARCE
Attn: Inv. Kent Harding
P.O. Box 409
Bethel, Alaska 99559
(907) 543-2744

Date: 6-23-04

Witness Name: Jack Charles    Date of Birth: 3-8-80

Address: P.o. Box 722, 257 Water Circle

City/State/Zip Code: Bethel , AK , 99559

Telephone (Home) 543-7110 Telephone (Work) 543-6386

Employer: YKHC

☐ I saw the incident and it occurred in the following manner:

☐ I did not see the incident. Information was given to me by (Name of person):
_____, Information as follows:

☐ I know nothing whatsoever about the incident.

As we were approaching Watson's Corner, I came to a complete stop and glanced to the vehicle on the left, and the stopped right after me. A vehicle on the right past and I pulled out. I glanced again to the vehicle on the left and it started moving. I thought they were going to stop since I had the right away. The vehicle on the left got closer I speed up to try and avoid getting hit, but as soon as I did, the other vehicle struck the rear door and the seat driver tire. I blinked - felt the seat belt on my left neck and heard my tires squiling. I opened and we were facing the other direction. I pulled off the road and 2 or 3 minutes later

Signed:_____ Date:_____

Exhibit __L__
Page __2__ of __2__ Pages

**GEICO**
**DIRECT**

■ Government Employees Insurance Company
■ GEICO General Insurance Company
■ GEICO Indemnity Company
■ GEICO Casualty Company

**Regional Office:** One GEICO West ■ Box 509090 ■ San Diego, CA 92150-9090

November 5, 2004

Jim Valcarce
900 Third Ave
P.O. Box 409
Bethel, AK 99559

| | |
|---|---|
| Claimant/Client: | Jack Charles and Bernadette Gregory |
| Insured: | Jack CHarles |
| Date of Loss: | 05/03/2004 |
| Claim Number: | 0224556970101011 |
| Company: | GEICO Casualty Company |

Dear Mr. Valcarce,

We have received your letter dated 10/07/2004. We neither accept nor reject such demand as we have inadequate information. In order to properly evaluate your client's claim, we are requesting additional documentation, not limited to the following:

Medical bills and all daily notes for Jack Charles and Bernadette Gregory

Please be advised that we have requested the above from HIS YKHC and have not revied the requested information to date. Please advise if you are aware of any speedier way for us to receive the above. IIf you are able to receive the above information, we ask that you please forward the above referenced to our attention for the conclusion of our settlement process.

After the documentation has been received and reviewed, I will be happy to discuss the above-referenced demand. IIf you need to discuss this matter at any time, please feel free to contact me.

Sincerely,

Tamara Gazarova / H639
Claims Examiner
858-513-5716

Exhibit __M__
Page __1__ of __2__ Pages

Shareholder Owned Companies Not Affiliated With The U.S. Government

**GEICO DIRECT**

■ Government Employees Insurance Company
■ GEICO General Insurance Company
■ GEICO Indemnity Company
■ GEICO Casualty Company

Regional Office:
14111 Danielson Street ■ Poway, CA 92064-6886
One GEICO West, Box 509090 ■ San Diego, CA 92150-9090

December 20, 2004

$(cc7$

Law Offices of Cooke Roosa & Valcarce
PO Box 406
Bethel, AK 99559

Our Claim #:    022455697 0101 011/H682
Date of Loss:   May 3, 2004
Your Clients:   Jack Charles & Bernadette Gregory
Company:        GEICO Casualty Company

Dear Attorneys:

In regards to the above referenced loss, we still have not received
medical bills or records for your clients.  GEICO submitted a request
on October 15, 2004 to IHS YKHC.

Also, this letter is a follow up to a conversation with your offices
on November 23, 2004 in which Tish advised that you have not received
bills and records.  At this time we do not have enough information to
properly evaluate your clients' Uninsured Motorist Bodily Injury
claim.

Please contact me at the telephone number listed below to discuss this
further.

ALL CORRESPONDENCE SHOULD BE DIRECTED TO: GEICO DIRECT, ONE GEICO
WEST, BOX 509090, SAN DIEGO CA 92150-9090. PLEASE REFER TO OUR CLAIM
NUMBER WHEN CALLING OR WRITING ABOUT THIS CLAIM.

Sincerely,

Rebecca Caldwell
Claims Examiner/H682
1-858-513-5829

RC:9 493396

Exhibit __M__
Page __2__ of __2__ Pages

fee 03

LAW OFFICES
COOKE, ROOSA & VALCARCE, LLC
900 THIRD AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559-0409
(907) 543-2744 OR 543-HELP
TOLL FREE (888) 610-2744
FAX (907) 543-2746

CHRISTOPHER R. COOKE, ESQ.
JIM J. VALCARCE, ESQ.
KENNETH S. ROOSA, ESQ.
T. WAYNE CARY, ESQ

ANCHORAGE OFFICE:
1227 WEST NINTH AVENUE
SUITE 360
ANCHORAGE, AK 99501
(907) 276-2744 OR 276-HELP
FAX (907) 276-0077

December 27, 2004

Tamara Gazarova, Claims Examiner
One GEICO West
P. O. Box 509090
San Diego, CA 92150-9090
    BY TELEFAX (858) 513-5824

    RE:    UM/UIM Claim for Jack Charles & Bernadette Gregory
           Date of Loss:    5-3-2004
           Claim No.: 0224556970101011/H682

Dear Ms. Gazarova:

Enclosed please find the medical records in regards to Jack Charles and Bernadette Gregory. We do not have any notes or diaries, and in regards to medical bills, both are recipients of care through the Indian Health Service and the Department of Health and Human Services has not asserted a lien to date. As I have advised numerous times in the past, there should be no doubt that you now have sufficient information to evaluate this claim. Our offer of September 20, 2004 expires January 20, 2005.

                        Best regards,
                        COOKE, ROOSA & VALCARCE, LLC


                        Jim Valcarce
                        Attorney at Law

JJV: img/B2879/03/cc: clients

Exhibit  N
Page 1 of 2 Pages



**GEICO**
**DIRECT**

- Government  Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

Regional Office: One GEICO West ■ Box 509090 ■ San Diego, CA  92150-9090

January 6, 2005

LAW OFFICES OF
COOKE ROOSA AND VALCARCE, LLC
FAX
907, 543 2746

Claim Number:    0224556970101011
Insured:             J CHARLES
Your Client(s):    J CHARLES AND B GREGORY
Date of Loss:     5/3/2004
Company:         GEICO Casualty Company

Dear Mr. Jim Valcarce:

This is in response to your letter of December 27, 2004 which states enclosed are
medical records for our review.  There were no attachments with your letter.  Please
furnish the necessary records for our review.

Sincerely,

amh for Rebecca Caldwell / H682
Claims Examiner
800-654-5896 Ext. 5829

Exhibit __N__
Page __2__ of __2__ Pages

Shareholder Owned Companies Not Affiliated With The U.S. Government

EMERGENCY E    1

20894614

YUKON-KUSKOKWIM HEALTH CORP
PO BOX 528   PT FINANCIAL SVCS
BETHEL         AK    99559                          HARTMAN, DANIEL J   049722


CHARLES, JACK S        5/03/2004  5/03/2004   3/08/80          PENDING


        JACK S CHARLES              8520   RBMS-YKHC
        PO BOX 722
                                    9010   IHS BENEFICIARY
        BETHEL, AK 99559


        270  MED/SURG SUPPLIES
3019650 CERVICAL COLLAR PHILY IPC          5/03/2004      1              11.98
                            ** SUBTOTAL **                 1              11.98


        300  LABORATORY
1001007 URINALYSIS                         5/03/2004      1              37.25
                            ** SUBTOTAL **                 1              37.25


        320  RADIOLOGY - DIAGNOSTIC
1500305 CXR,2 VIEW                         5/03/2004      1             175.25
1501600 CERVICAL SPINE,3 VIEW              5/03/2004      1             213.90
1501956 LUMBOSACRAL,ANT/LAT 2-3VI          5/03/2004      1             194.60
                            ** SUBTOTAL **                 3             583.75


        982  OUTPATIENT PRO FEES
5400155 EMER DEPT VST, MOD SEV             5/03/2004      1             434.70
                            ** SUBTOTAL **                 1             434.70


        997  AR ADJUSTMENTS
9703141 ADJ-IHS BENEFICIARY                0/00/0000      1           1,055.70-
9703141 ADJ-IHS BENEFICIARY                0/00/0000      1             561.38
9704081 ADJ-EMP INS ER DEDUCT             7/08/2004       1              50.00-
                            ** SUBTOTAL **                 1             544.32-


        999  AR PAYMENTS & ADJUSTMENTS
9985201 PMT-RBMS-YKHC                      6/10/2004      1              11.98-
9985201 PMT-RBMS-YKHC                      7/08/2004      1             511.38-
                            ** SUBTOTAL **                 2             523.36-


                    *** TOTAL CHARGES -->                            1,067.68

                    *** TOTAL PAYMENTS -->                             523.36-

                    *** TOTAL ADJUSTMENTS ->                           544.32-

                                        Exhibit O
                                        Page 1 of 6 Pages

                                                            .00

# YUKON-KUSKOKWIM HEALTH CORPORATION

## Emergency H&P

APL | DIS | Initials/Code

Primary Provider [signature]

Time seen: ______

Pain scale: 0 No Pain, 2 Mild Pain, 4 Discomforting, 6 Distressing, 8 Intense, 10 Excruciating

**CC/HPI:** [illegible] y/o ♂ restrained driver involved in 10 mph MVA → pt's vehicle struck by other vehicle (L) rear panel @ intersection; no passenger comp intrusion; (-) LOC; did not strike head or c-spine [illegible]; (+) c/o (L) sided neck pain, [illegible]; also c/o (L) LBP; [illegible] fully ambulatory, refused care @ scene, walked to ER

**PMH** (circle or check positives or write in): ___none

| | | | |
|---|---|---|---|
| ___CAD | ___CHF | ___AFIB | ___HTN |
| ___CVA/TIA | ___Seizure | ___LBP | ___TB |
| ___Depression | ___Asthma/COPD | ___Cancer | ___Anxiety |
| ___Ulcers | ___IDDM / NIDDM | ___Renal Dz | ___Liver Dz |

[illegible]

Surgeries: ___Appy ___Choly ___BTL ___TAH / BSO

Allergies:

Meds:

SH:

Tobacco: ______ ETOH: ______

Drug abuse: ______

Domestic violence: ______ Sexual abuse: ______

**Fam Hx:**

**ROS** (Circle or check positives, cross out negatives. Areas left blank are not applicable):

LMP (normal / abnormal):

| | | | |
|---|---|---|---|
| ___Fever | ___Wt. Loss | ___Night sweats | ___Unable to assess |
| ___SOB | ___Cough | ___Wheezing | |
| ___Chest pain | ___Palpitations | ___PND/ orthopnea | |
| ___Abd pain | ___Vomiting | ___Heartburn | |
| ___Constipation | ___Diarrhea | ___Melena | |
| ___Bloody stool | ___Hematemesis | ___Dysphagia | |
| ___Dysuria | ___Hematuria | ___Frequency | |
| ___Vag DC | ___Dyspareunia | ___Urethral DC | |
| ___Headache | ___Dizziness | ___Weakness | |
| ___Depression | ___Suicidal | ___Anxiety | |
| ___Eye pain | ___Red eye | ___Vision change | |
| ___Ear pain | ___Sore throat | ___Ear drainage | |
| ___Back pain | ___Joint pain | ___Rash | |

**PATIENT INFORMATION**

MR#: DOB: / /

CHARLES, JACK S [illegible]
5/03/04 [illegible]
0002[illegible] 2/08/1988
BETHEL [illegible]

Frm#: YK00100_v1.d
Rev. Date: 07-08-03

**Physical Exam** (Check or circle positives and/or write in. Areas left blank are not applicable)

VS: BP 136/76 HR 86 RR 20 Temp 98.7 SpO₂ 97 % Wt 65 kg

Head Circumference ____ cm ____ %

Gen: ______ Nourished ______ Hydrated ______ (race) M / F

___NAD

Alert / Responds to voice / Responds to pain / Unresponsive.

Vision: __/__ R __/__ L __/__ B

Heent: ___NC / AT
___EOMI
___PERRL
___nl conjunctiva
___nl TM's
___nl oropharynx
___Injected sclera
___Tonsils – red / enlarged / patches – R / L
___TM – red / bulging / non-mobile – R / L

Neck: ___nl carotids
___Supple neck
___No C-spine tenderness
___No LAD
___No JVD

Chest: ___No chest tenderness
___No resp distress
___Clear lungs
___Retractions
___Wheezing
___Crackles

Card: ___RRR
___nl PMI
___No murmur
___No gallop
___Irregular rhythm
___Murmur ___/6 systolic / diastolic
___Gallop – S3 / S4

Abd: ___Soft / flat
___nl BS
___No abd tenderness
___No guarding
___No HSM
___No abd mass
___Rigid / guarding
___Distended
___Abd tenderness
___Peritoneal signs

Pelvic: ___nl labia
___nl cervix
___No CMT
___No Discharge
___nl adnexa
___nl uterus

GU: ___No hernia
___nl testicles

Rectal: ___nl tone
___Brown stool
___No mass
___nl prostate

Exhibit O

Page 2 of 6 Pages

Back: ___CVA nontender
___No spinal tenderness
___No radicular pain w/ straight leg test

Ext: ___No edema
___No Joint or Ext deformity

Skin: ___No rash
___Cap refill= ___secs

Neuro: Oriented X ___ person ___ place ___ time
GCS: E___V___M___Total
___No sensory deficit
___nl tone / strength
___nl gait / finger to nose
___nl reflexes ___/ 4+
___nl cranial nerves 2 -12

2005 JAN -3 [illegible]

Signature: [signature]

20913497

YUKON-KUSKOKWIM HEALTH CORP
PO BOX 528   PT FINANCIAL SVCS
BETHEL          AK    99559                          BOEGEL, MARY L        049722


CHARLES, JACK S          5/06/2004  5/06/2004    3/08/8058          574748867



        JACK S CHARLES              8520   RBMS-YKHC
        PO BOX 722
                                    9010   INS BENEFICIARY
        BETHEL, AK 99559




         960   PROF FEE
5000195  LIMITED,OPD-EST                    5/06/2004      1              167.35
                              ** SUBTOTAL **               1              167.35

         997  AR ADJUSTMENTS
9703109  ADJ-UCR                            5/27/2004      1               13.88-
                              ** SUBTOTAL **               1               13.88-

         999  AR PAYMENTS & ADJUSTMENTS
9985201  PMT-RBMS-YKHC                      5/27/2004      1               33.47-
9985201  PMT-RBMS-YKHC                      5/27/2004      1              120.00-
                              ** SUBTOTAL **               2              153.47-


                     *** TOTAL CHARGES -->                                167.35

                     *** TOTAL PAYMENTS -->                               153.47-

                     *** TOTAL ADJUSTMENTS ->                              13.88-


Exhibit O
Page 3 of 6 Pages

2005 JAN -7 AM 7:55



# YUKON-KUSKOKWIM HEALTH CORPORATION

**PCC Ambulatory Encounter Record**

| | APL | DIS | Initials/Code |
|---|---|---|---|
| Primary Provider | 2 8 0 | | M C A |

Date: _____
Arrival Time: _____
Clinic _____
☐ Appt.   ☐ Walk-in

**Problem List Update** (Enter problem numbers from Health Summary)

| Remove | Move to Inactive | Move to Active |
|---|---|---|

Chief Complaint:
_MVA Monday_ _injured_
_Back- for re'l_

**Pain Assessment**

😊 0 No Pain   😊 2 Mild Pain   😐 4 Discomforting   😟 6 Distressing   😣 8 Intense   😖 10 Excruciating

| Temp 98.1 | Pulse 9? | Resp 20 |
|---|---|---|
| O₂ Saturation 99 % | | BP 136/75 |
| Wt. 105.2₀ | Ht. 5'5" | Head Circ. ___ cm |

Vision Uncorrected / Corrected
R ___ L ___

**Subjective / Objective**

Patient in-room time: 0950    Provider in-room time: _____

~ Feeling better = MVA.
Neck is better. HA's gone
Still pain + stiff up OCB, up c long
walk. Has X numbness X/w weakness. Sleepy
OK. Takes Tylenol + Advil p pain.

O- WDWN Alaskan native 3ᵐ NAD
   Cast - NL
   Neck - NT. FROM 5 pw
   Upper Back - NT
   LB - Mild (R) Sacral area Tenderness
      My sec.   No lower joint belt.

A- Muscle strain LB 2° MVA
P- Cont Ibuprofen   Refer to PT - eval + treat

Other tests / procedures ordered:

| Allergies: NKDA |
|---|
| Reaction: |
| Medications: _Lisinopril_ _Triamterene_ |

Injury? ☐ Yes ☐ No
Cause:
Community:
Date:
☐ ETOH Related
☐ Employment Related

OV: Now   Never   Past
Referral   Y   N

Tobacco: None   2nd-hand
   Chew  Smoke  Both
Thinking about quitting? Y N
Already Quit   Never Used
Referral   Y   N

ETOH:   None   Rarely
Monthly  Weekly  Daily
Last Drink
Referral   Y   N

**Problem List** Purpose of Visit (Print only in this section. Do not abbreviate)

| A-AI-C | # | |
|---|---|---|
| A | | Low Back Strain 2° MVA |
| | | |
| | | |
| | | |
| | | |

**Treatment Plan**
Store plan to problem #

| | Remove Plan # | Treatments / Procedures |
|---|---|---|
| Medications | | |

Exhibit O
Page 4 of 6 Pages

Patient Education:
Readiness to Learn: 1 2 3 4 5 6 | Eval. of Learning: A B C D

Revisit/Referral to: _____
Date: ___ Time: ___ Purpose ___
Revisit/Referral to: _____
Date: ___ Time: ___ Purpose ___
Revisit/Referral to: _____
Date: ___ Time: ___ Purpose ___

**Immunizations**

| ✓ | Order | Initials |
|---|---|---|
| | Hep B # | |
| | Hep A # | |
| | IPV # | |
| | Prevnar # | |
| | DT aP # | |
| | Td | |
| | MMR # | |
| | Varicella | |
| | Influenza | |
| | Hib TITER | |
| | PedVax HIB # | |
| | Pneumo Vax | |
| | PPD mm | |

Patient Discharge
Time ___

Provider Signature

Form: YK00104_v1.doc

**PATIENT INFORMATION**

OUTPATIENT 2     1

21191135

YUKON-KUSKOKWIM HEALTH CORP
PO BOX 528   PT FINANCIAL SVCS
BETHEL          AK     99559                          RAMP, DENISE B      049722

CHARLES, JACK S        .    6/14/2004   6/14/2004    3/08/8058          574748867

JACK S CHARLES                      8520    RBMS-YKHC
PO BOX 722
                                    9010    IHS BENEFICIARY
BETHEL, AK 99559

| | 960   PROF FEE | | | |
|---|---|---|---|---|
| 5000211 | INTERMEDIATE,OPD-EST | 6/14/2004 | 1 | 243.25 |
| | ** SUBTOTAL ** | | 1 | 243.25 |
| | 997   AR ADJUSTMENTS | | | |
| 9703109 | ADJ-UCR | 7/15/2004 | 1 | 20.60- |
| | ** SUBTOTAL ** | | 1 | 20.60- |
| | 999   AR PAYMENTS & ADJUSTMENTS | | | |
| 9985201 | PMT-RBMS-YKHC | 7/15/2004 | 1 | 174.00- |
| 9985201 | PMT-RBMS-YKHC | 7/15/2004 | 1 | 48.65- |
| | ** SUBTOTAL ** | | 2 | 222.65- |

*** TOTAL CHARGES -->                              243.25

*** TOTAL PAYMENTS -->                             222.65-

*** TOTAL ADJUSTMENTS ->                            20.60-

2005 JAN -7  AM 7:55

Exhibit  O
Page 5 of 6 Pages

IHS-803 (10/92)   P.L 90-511 N.A.

## PCC AMBULATORY ENCOUNTER RECORD

Date 6-14-04
Arrival Time 10:30 AM/PM

Kusko/Ramp

| PROBLEM LIST UPDATE (Enter Problem Numbers From Health Summary) | | | | AFTR. | DCL. | INITIALS / CODE |
|---|---|---|---|---|---|---|
| Remove | Move to Inactive | Move to Active | PROVIDER | 83 | 0 | S S |
| | | 4/1/2 | PRIMARY PROVIDER | 8 | 2 | 808 |

| | TEMP | PULSE | RESP | B/P | |
|---|---|---|---|---|---|
| CHIEF COMPLAINT 24 yr ♂ Lower back ck | 97°0 02/98.5 | 81 | 20 | 112/41 | 168 |
| | WT. 235 | | | | |

SUBJECTIVE: (handwritten notes, largely illegible)

O: Well NAD (illegible)

MS: (illegible handwritten clinical notes)

Injury? [X] Yes  Date:
Cause:
ETOH Related [ ] Y/N  [ ] Empoy. Rel.

OTHER TESTS/PROCEDURES ORDERED:

| PROBLEM LIST | | PURPOSE OF VISIT (PRINT ONLY IN THIS SECTION; DO NOT ABBREVIATE) | Health Factors |
|---|---|---|---|
| A-N-C | # | | |
| A | | Low back strain | |
| A | | ATOH - Controlled | |
| A | | Non-pharm user | |

MEDICATIONS

Exhibit Q
Page 6 of 6 Pages

REFERENCE: 110723

PROVIDER DERNEL

DATE 6/14/04   PROV. SIGNATURE (signature)

OUTPATIENT 1     1

20914727

YUKON-KUSKOKWIM HEALTH CORP
PO BOX 528   PT FINANCIAL SVCS
BETHEL          AK    99559                    BOEGEL, MARY L     055683

CHARLES, BERNADETTE A    5/06/2004   5/06/2004    8/06/84              PENDING

BERNADETTE ANN CHARLES            8520    RBMS-YKHC
PO BOX 722
                                  9010    IHS BENEFICIARY
BETHEL, AK 99559

960   PROF FEE
5000195   LIMITED,OPD-EST                      5/06/2004      1         167.35
                         ** SUBTOTAL **                       1         167.35

997   AR ADJUSTMENTS
9703141   ADJ-IHS BENEFICIARY                  0/00/0000      1          30.69-
9703109   ADJ-UCR                              5/27/2004      1          13.88-
                         ** SUBTOTAL **                       2          44.57-

999   AR PAYMENTS & ADJUSTMENTS
9985201   PMT-RBMS-YKHC                        5/27/2004      1          26.78-
9985201   PMT-RBMS-YKHC                        5/27/2004      1          96.00-
                         ** SUBTOTAL **                       2         122.78-

              *** TOTAL CHARGES -->                                     167.35

              *** TOTAL PAYMENTS -->                                    122.78-

              *** TOTAL ADJUSTMENTS ->                                   44.57-

Exhibit P
Page 1 of 5 Pages

2006 JAN -7  AM 7:55

# YUKON-KUSKOKWIM HEALTH CORPORATION — Emergency H&P

APL / DIS / Initials/Code

Primary Provider

Time seen: ______ (pain scale: 0 No Pain, 2 Hurts Little Bit, 4 Hurts Little More, 6 Hurts Even More, 8 Hurts Whole Lot, 10 Hurts Worst)

CC/HPI: 40 F s/p MVA (tonight), belted passenger seat; car struck on (L) side by other vehicle, pt. in (R) front; compartment intrusion. [illegible] (L) [illegible] flank pain. [illegible] pain. (L) (R) shoulder discomfort

PMH (circle or check positives or write in): __ none
__CAD __CHF __AFIB __HTN
__CVA/TIA __Seizure __LBP __TB
__Depression __Asthma/COPD __Cancer __Anxiety
__Ulcers __IDDM / NIDDM __Renal Dz __Liver Dz

Ambulatory and well; refused care @ scene

Surgeries: __Appy __Choly __BTL __TAH / BSO

Allergies: NKA
Meds: [illegible]

SH: works [illegible]
Tobacco: Ø ETOH: Ø
Drug abuse:
Domestic violence: ______ Sexual abuse: ______
Fam Hx:

ROS (Circle or check positives, cross out negatives. Areas left blank are not applicable):
MP (normal / abnormal)

| | | | |
|---|---|---|---|
| _Fever | _Wt Loss | _Night sweats | _Unable to assess |
| _SOB | _Cough | _Wheezing | |
| _Chest pain | _Palpitations | _PND/ orthopnea | |
| _Abd pain | _Vomiting | _Heartburn | |
| _Constipation | _Diarrhea | _Melena | |
| _Bloody stool | _Hematemesis | _Dysphagia | |
| _Dysuria | _Hematuria | _Frequency | |
| _Vag DC | _Dyspareunia | _Urethral DC | |
| _Headache | _Dizziness | _Weakness | |
| _Depression | _Suicidal | _Anxiety | |
| _Eye pain | _Red eye | _Vision change | |
| _Ear pain | _Sore throat | _Ear drainage | |
| _Back pain | _Joint pain | _Rash | |

PATIENT INFORMATION

GREGORY, BERNADETTE ANN 0520
6/02/04 [illegible]
[illegible] 8/06/1964
BETHEL [illegible]

Frm: YKD0100 v1.0 Rev. Date: 07-08-03

Physical Exam (Check or circle positives and/or write in. Areas left blank are not applicable)
VS: BP 151/63 HR 90 RR 18 Temp 98 SpO2 99 % Wt 72 kg
Head Circumference ____ cm ____ %
Gen: W Nourished W Hydrated [illegible] (race) M/(F)
✓NAD
(Alert) / Responds to voice / Responds to pain / Unresponsive
Vision: __/__ R __/__ L __/__ B
Heent: __NC / AT
✓EOMI
✓PERRL
✓nl conjunctiva
✓nl TM's — [illegible]
✓nl oropharynx
__Injected sclera
__Tonsils – red / enlarged / patches – R / L
__TM – red / bulging / non-mobile – R / L
Neck: ✓nl carotids
✓Supple neck
✓No C-spine tenderness — cleared c-spine to detailed testing
✓No LAD
✓No JVD
Chest: ✓No chest tenderness
✓No resp distress — very mild (R) [illegible] tenderness
✓Clear lungs
__Retractions
__Wheezing
__Crackles
Card: ✓RRR — Shoulders / elbows / FROM
✓nl PMI
✓No murmur
✓No gallop
__Irregular rhythm
__Murmur __/6 systolic / diastolic
__Gallop – S3 / S4
Abd: ✓Soft / flat
✓nl BS
✓No abd tenderness
✓No guarding
✓No HSM
✓No abd mass
__Rigid / guarding
__Distended
__Abd tenderness
__Peritoneal signs
Pelvic: __nl labia — pelvis stable
__nl cervix
__No CMT
__No Discharge
__nl adnexa
__nl uterus
GU: ✓No hernia — [illegible]
__nl testicles
Rectal: __nl tone
__Brown stool
__No mass
__nl prostate
Back: ✓CVA nontender
✓No spinal tenderness — FROM knees / hips / ankles
✓No radicular pain w/ straight leg test
Ext: ✓No edema
✓No Joint or Ext deformity
Skin: ✓No rash
✓Cap refill = 2 secs
Neuro: Oriented X 3 person __ place __ time
GCS: E 4 V 6 M [illegible] Total 15
✓No sensory deficit
✓nl tone / strength
✓nl gait / finger to nose
✓nl reflexes 2 / 4+
✓nl cranial nerves 2 - 12

Exhibit P Page 2 of 5 Pages

2003 JAN [illegible]

[signature] [illegible]

# YUKON-KUSKOKWIM HEALTH CORPORATION

**Emergency H&P, cont.**

DIS    Initials/Code

Primary Provider

**Emergency Dept.**

**Diagram:**

1 – Bruise
2 – Swollen
3 – Abrasion
4 – Fx (open)
5 – Fx (closed)
6 – Gun shot
7 – Burn
8 – Laceration
9 – Stab wound
10 – Bite wound
11 – Amputation
12 – Boil
13 – Cellulitis

**ORDERS:**
- CXR: PA/Lat / port _____
- Other Xray: _____
- EKG #1: _____
- EKG #2: _____
- CBC: 16.0 / 11.2 / 31.1 > 360   135 | 101 | 12 / 87   Ca 8.9
- Chem 8:   4.1 | 31 | 1.0        TProtin 6.8
- Comprehensive:                  Albumin 3.6
- LFT:                            Alk Phos. 64
- PT/PTT:                         SGOT 22
- Troponin:                       SGPT 41
  - #1 T ___ M ___ CK ___        TBili 0.6
  - #2 T ___ M ___ CK ___        Conj. Bili 0.1
  - #3 T ___ M ___ CK ___        BU 0.4
- HCG (Qual/Quant): U preg → negative
- Blood C&S: X1 / X2
- Sputum: GM stain / C&S
- RST: + / -
- GC / CT
- UA (cath / cc): negative     .015/7.5 pH
- LP: Gluc ___ Prot ___ RBC ___ WBC ___ GM Stain/C&S
- Other: _____

**MEDICATIONS:**
- O2 ___ L/min (NC / NRB / ___)
- IV ___ @ ___ cc/kg bolus ___ cc/hr
- Banana Bag  NS / LR (with 1mg folate, 100 mg thiamine, 1 amp multivitamin, 2 g MgSO4) @ ___ cc/hr
- Neb 1 – Albuterol / Atrovent    Exam: Improved / Not improved
- Neb 2 – Albuterol / Atrovent    Exam: Improved / Not improved
- Other: _____ Exhibit __

Page __ of __ Pages

**MEDICATIONS:** _____

**Procedure / Progress / Consult Note (time):** _____

_Olives neck pain during
depart exam_

**DIAGNOSIS** (Circle A to add diagnosis, D to delete diagnosis from problem list)
- A D 1. S/p MVA low speed
- A D 2. _____
- A D 3. Contusion (R) flank
- A D 4. Contusion vs myofascial
- A D 5. spasm (R) paraspinal
- A D 6. _____
- ___ Alcohol-related visit   ___ Work-related injury / illness

**DISCHARGE INSTRUCTIONS:**
- ✓ Patient verbalizes understanding of instructions.
- ___ Patient info/instruction sheet (type): _____
- ___ Education:
1. RTC prn/arthritis p/ap/t @
2. _____ tough
3. _____
4. analgesic / Tyl / phen
5. _____ (PRN lines drawn)
6. _____

**Disposition:** ✗ Home ___ Hostel ___ Admission
___ Transfer to (accepting physician) _____
**Follow-up:** _____

**Needs at F/U:** _____

**Condition at DC/Transfer:** ✗ Good ___ Fair ___ Critical
**Time of DC / Transfer:** _____

**Signature:** _____

**PATIENT INFORMATION**

GREGORY, BERNADETTE ANN   0528
5/03/94              055683
0002809467 1          8/66/1959
BETHEL                R CMR
                      Facility: ___

Form #: YK00100, v1.0
Rev. Date: 07-08-03

# YUKON-KUSKOKWIM HEALTH CORPORATION

**PCC Ambulatory Encounter Record**

| | APL | DIS | Initials/Code |
|---|---|---|---|
| | | | |

Primary Provider

Date: 5-6-04
Arrival Time: 1036
Clinic: ___
☐ Appt. ☑ Walk-in

Chief Complaint: 19 y/o ♀
rt ____ side

**Problem List Update** (Enter problem numbers from Health Summary)

| Remove | Move to Inactive | Move to Active |
|---|---|---|
| | | |

**Pain Assessment**

| 0 No Pain | 2 Mild Pain | 4 | 6 | 8 Intense | 10 Excruciating |
|---|---|---|---|---|---|

Temp 97.6   Pulse 76   Resp. 18
O₂ Saturation 98 %   BP 117/75
Wt. 68.7 (kg)   Ht. ___ cm   Head Circ. ___ cm

Vision Uncorrected / Corrected
R ___   L ___

---

**Subjective / Objective**    Patient in-room time: 1051    Provider in-room time: ___

S - Rt chest pain 5-6/10 last night. Now 4/10.
Hx: MVA 3 days. Was in front passenger
side & ____ ____ broadsided by another
vehicle. ⊕ seat belt. Pt about Rt side ⨀
one car door.
Last night pain got worse for a while.
Hurts to breathe.

O - Looks well. Moves ___ difficulty.
Neck - NT
Rt shoulder - From ___ ___
Rt chest - Tender to palpation Rt lat chest +
____ area. ____ back - NT

Allergies: NKDA
Reaction:
Medications:

Injury? ☐ Yes ☑ No
Cause:
Community:
Date:
☐ ETOH Related
☐ Employment Related
DV: Now   Never   Past
Referral   Y   N

---

**Other tests / procedures ordered:**

| Problem List A-A1-C | # | **Purpose of Visit** (Print only in this section. Do not abbreviate) |
|---|---|---|
| | | Contusion - right chest |
| | | |
| | | |
| | | |

Tobacco: None   2ⁿᵈ-hand
Chew  Smoke  Both
Thinking about quitting? Y  N
Already Quit  Never Used
Referral   Y   N

ETOH:   None   Rarely
Monthly   Weekly   Daily
Last Drink
Referral   Y   N

---

**Treatment Plan.**
Store plan to problem #

**Remove Plan #**

**Treatments / Procedures**

**Medications**

Vicodin 5/500 #20
2 po q 6° prn
severe pain
Ibuprofen 800 po x 4d
#100

Exhibit P
Page 4 of 5 Pages

**Immunizations**

| ✓ | Order | Initials |
|---|---|---|
| | Hep B # | |
| | Hep A # | |
| | IPV # | |
| | Prevnar # | |
| | DT aP # | |
| | Td | |
| | MMR # | |
| | Varicella | |
| | Influenza | |
| | Hib TITER | |
| | Pedvax HIB # | |
| | Pneumo Vax | |
| | PPD   mm | |

**Patient Education:**
Readiness to Learn: 1 2 3 4 5 6 | Eval. of Learning: A B C D

Revisit/Referral to: PCM ____
Date: ___ Time: ___ Purpose ___
Revisit/Referral to: ___
Date: ___ Time: ___ Purpose ___
Revisit/Referral to: ___
Date: ___ Time: ___ Purpose ___

**Patient Discharge Time**

**PATIENT INFORMATION**

Provider Signature: ___ MD

File#: YK0010421.doc

EMERGENCY  E      1

20894671

YUKON-KUSKOKWIM HEALTH CORP
PO BOX 528   PT FINANCIAL SVCS
BETHEL          AK    99559                       HARTMAN, DANIEL J    055683

CHARLES, BERNADETTE A    5/03/2004   5/03/2004    8/06/8458        574746549

BERNADETTE ANN CHARLES          8520    RBMS-YKHC
PO BOX 722
                                9010    IHS BENEFICIARY
BETHEL, AK 99559

        270   MED/SURG SUPPLIES
3041324  OXISENSOR IIADLT/NEONAT N        5/03/2004      1           32.28
                              ** SUBTOTAL **            1           32.28

        300   LABORATORY
1002344  BASIC METABOLIC (CHEM8)          5/03/2004      1           73.15
1002310  LIVER FUNCTION PANEL (LFT        5/03/2004      1           63.60
1010503  BLD CT;HG/PLT CT/AUT/COMP        5/03/2004      1           44.15
1001007  URINALYSIS                       5/03/2004      1           37.25
1001304  URINE PG TEST VIS COL COM        5/03/2004      1           70.40
                              ** SUBTOTAL **            5          288.55

        320   RADIOLOGY - DIAGNOSTIC
1500107  ABD/KUB,2 VIEWS                  5/03/2004      1          244.25
1500305  CXR,2 VIEW                       5/03/2004      1          175.25
1502103  PELVIS, AP 1-2VIEW               5/03/2004      1          157.30
                              ** SUBTOTAL **            3          576.80

        450   EMERGENCY ROOM
5418058  VENIPUNCTURE ROUTINE             5/03/2004      1           23.45
                              ** SUBTOTAL **            1           23.45

        982   OUTPATIENT PRO FEES
5400155  EMER DEPT VST, MOD SEV           5/03/2004      1          434.70
                              ** SUBTOTAL **            1          434.70

                    *** TOTAL CHARGES -->                        1,355.78

Exhibit P
Page 2 of 5 Pages

2005 JAN -7 AM 7:55

**GEICO DIRECT**



- Governme  ..Noyees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

Regional Office: One GEICO West ■ Box 509090 ■ San Diego, CA 92150-9090

January 26, 2005

Law Offices of Cooke, Roosa, and Valcarce
Po Box 406
Bethel, AK 99559

Claim Number:      0224556970101011
Your Client:       Jack Charles and Bernadette Gregory
Claimant:          Valerie Joe
Date of Loss:      05/03/04
Company:           GEICO Casualty Company

Dear Mr. Valcarce:

In regards to the above referenced loss, GEICO has received all of the medical bills and records for your clients and at this time I am able to extend an offer of $5,500.00 for Jack Charles and $6,300.00 for Bernadette Gregory to settle their Uninsured Motorist Bodily injury claims.

Please contact me at the number listed below to discuss this loss further.

Sincerely,

· Rebecca Caldwell / H682
Claims Examiner
800-654-5896 Ext. 5829

Exhibit Q
Page 1 of 1 Pages

Shareholder Owned Companies Not Affiliated With The U.S. Government



■ Government Employees Insurance Company
■ GEICO General Insurance Company
■ GEICO Indemnity Company
■ GEICO Casualty Company
■ Criterion Insurance Agency, Inc.
  (Colonial County Mutual Ins.)

1-800-841-3000

January 19, 2005                    SENT VIA FAX

Cooke, Roosa and Valcarce LLC
Jim Valcarce
PO Box 409
Bethel, AK  99559

**Your Client/Our Insured: Jack Charles**
Date Loss: 5-3-04
Claim number: 0224556970101011
Company: GEICO Casualty; Company Code 12

Dear Mr. Valcarce:

This is to follow up our conversations regarding the settlement for Mr. Charles.

We have completed the evaluation of the vehicle, and would like to explain the process of the evaluation.

The actual cash value of the vehicle was calculated using CCC, an independent market research firm. They conducted a market evaluation on the vehicle. This evaluation was based on vehicles available for sale or that have sold within the past 90 days in the market area as close as possible to your clients home.

Once the actual cash value was determined, the following adjustments were made to determine the settlement amount of $4,384.34.

| | |
|---|---|
| Actual Cash Value | $1,737.00 |
| Sales Tax | $   20.00 |
| Title Fee | $   15.00 |
| Subtotal | $1,772.00 |
| Less Deductible | $  250.00 |
| Shipping | $2,782.34 Quoted by Everett Air Cargo 866 242-0009 |
| Estimate charge | $   80.00 |
| TOTAL | $4,384.34 |

To issue this payment we need a copy of the title for the vehicle to verify the owner of the vehicle and that there is no lien holder on the vehicle.

We show the vehicle is located with Mr. Charles. With this settlement Mr. Charles does remain owner of the vehicle. The salvage value has been waived as we have means of disposing of the vehicle where it is located.

Please contact me as soon a possible so we can resolve this portion of Mr. Charles' claim. I can be reached at (800) 654-5896 x5665, M-F  8am to 4:30pm pacific time.   Fax # 1-858-513-5106. Attn: Kris.

SINCERELY,

Kris Hardesty
GEICO DIRECT

Exhibit R
____ 1 of 1 Pages

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &
BERNADETTE CHARLES,

       Plaintiffs,

vs.

GEICO GENERAL INSURANCE
COMPANY,

       Defendant.

_____

GEICO CASUALTY COMPANY,

       Third Party Plaintiff,

vs.

VALERIE JOE,

       Third Party Defendant.       Case No. 4BE-05-55 Civil

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

## DEFENDANT'S ORDER GRANTING SUMMARY JUDGMENT
## AS TO ALL CLAIMS OF BAD FAITH

    This matter coming before the court on the Motion filed by defendant **GEICO CASUALTY COMPANY**, for summary judgment on the issue of punitive damages and the Court being fully advised; therefore,

IT IS ORDERED that defendant **GEICO CASUALTY COMPANY'S**

Motion is GRANTED and allegations in plaintiff's Complaint are

DISMISSED.

DATED at _____, Alaska this _____ day of _____, 2005.


_____
Superior Court Judge


I hereby certify that a true and correct
copy of the foregoing was ☐ faxed ☐
hand delivered and/or ☒ mailed this
24th day of October, 2005 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK  99559-0409

Michele L. Power, Esq
Angstman Law Office
P.O. Box 585
Bethel, AK  99559

_____
Mona Schultz

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

Order Motion for Summary Judgment, Page 2
Charles v. GEICO, Case No. 4BE-05-55 CI