FILE COPY RECEIVED 2005

... ........ & Kell, P.C.

# RELEASE

FOR AND IN CONSIDERATION of the sum of **TWO THOUSAND FIVE HUNDRED AND NO/100 DOLLARS ($2,500.00)** and other good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned **Valerie Joe**, individually and for her heirs, executors, administrators, successors in interest, trustees and assigns, has released and does release and forever discharge **Jack Charles and GEICO Insurance Company,** their successors and assigns, heirs and personal representatives and all other persons, firms, corporations, liable or who might be claimed to be liable, and none of whom admit any liability to the undersigned, but all expressly deny any liability and state that this settlement is made for the purpose of settling a disputed claim of doubtful value, of and from all actions, causes of action, suits, controversies, claims, damages, and demands of every kind and nature, mature or to mature in the future and for and by reason of any matter, thing or claim and especially from all claims, demands, injuries, damages and complaints accrued or hereafter to accrue, arising out of that certain accident occurring on or about the 3rd day of May, 2004, at or near Bethel, Alaska, including but not limited to all claims for personal injuries.

The undersigned, **Valerie Joe,** by virtue of this release, hereby unequivocally releases **Jack Charles and GEICO Insurance Company** from any and all claims including but not limited to damages arising out of any and all personal injuries to the undersigned, pain and suffering, medical expense,

10/28

hospitalization expense, loss of services, loss of consortium, loss of companionship, loss of earnings, loss of use, property damages, punitive damages, uninsured and underinsured motorist benefits, and any and all other special and general damages and expenses, and the undersigned hereby covenants and agrees that she will not, either by herself or in concert with others, or by virtue of further judicial proceedings of any kind whatsoever, make or cause to be made, acquiesce in or assist in the bringing of any further actions for damages arising out of the accident hereinabove described against **Jack Charles and GEICO Insurance Company.**

The undersigned, **Valerie Joe**, further agrees that she releases **Jack Charles and GEICO Insurance Company** from any and all claims she may have against the said parties under any and all coverages and insuring agreements applicable by reason of the above accident and injuries and claims arising therefrom.

The undersigned further agrees to indemnify, defend and hold harmless **Jack Charles and GEICO Insurance Company** by virtue of any claims that any lienholder or any other person or entity, might make or claim that it could possibly make against **Jack Charles and GEICO Insurance Company** by virtue of any claim of recovery of any type as a result of this accident or incident. The undersigned further agrees to indemnify, defend and hold harmless **Jack Charles and GEICO Insurance Company** by virtue of any claims that any lienholder or any other person or entity, might make or claim that it could

possibly make against **Jack Charles and GEICO Insurance Company** by virtue of any claim of recovery for medical expense or hospitalization or Worker's Compensation benefits as a result of the treatment for the undersigned as a result of this accident.

It is understood that the nature and/or extent of the injuries and damages sustained by **Valerie Joe** may substantially change or worsen in the future, and it is the intent of the undersigned to unequivocally release and discharge the above-referenced parties from any and all claims, accrued or which may accrue in the future, as a result of, in connection with or related to any change in the nature and/or extent of said injuries or damage. In this connection, the undersigned is aware of the case of Witt v. Watkins, 579 P.2d 1065 (Alaska 1978).

All of the terms and conditions of this release have been reflected on, without haste; no one is under a disadvantage; no representations other than those set forth herein have been made; and the undersigned has had the opportunity to consult an attorney, signing this release without any coercion whatsoever. No promise or inducement which is not herein expressed has been made to the undersigned, and in executing this release the undersigned does not rely upon any statement or representation made by any person, firm or corporation hereby released, or any agent, attorney or other person representing such releasees, or any of them, concerning the nature, extent or duration of said damages or losses or the legal liability therefor.

Familiarity with the decision of the Alaska Supreme Court in the case of Young v. State, 455 P.2d 889 (Alaska 1969), is hereby acknowledged and any protection of the holding therein relevant to the present case is hereby waived; all individuals, firms, or corporations who could at any future date be possible defendants in any action arising out of these matters are released hereby fully as though they were specifically listed and named herein.

The undersigned **Valerie Joe**, further agrees that the claims raised by her against Jack Charles in her counterclaim in the Superior Court for the State of Alaska, Fourth Judicial District at Anchorage, Alaska, entitled **Jack Charles and Bernadette Charles v. GEICO General Insurance Company v. GEICO Casualty Company v. Valerie Joe**, Case No. 4BE-05-55 Civil, and all counter-claims asserted therein or which could be asserted therein are hereby released and that she will execute an appropriate stipulation for dismissal with prejudice, without costs or attorney fees to either plaintiff or defendant.

Nothing herein contained shall be deemed to be an admission of liability, negligence, or responsibility on the part of **Jack Charles and GEICO Insurance Company**, the same being expressly denied.

The undersigned hereby declares that the terms of this release and indemnity agreement have been carefully read and are fully understood and are voluntarily accepted for the purpose of making a full and final compromise, adjustment and settlement of any and all claims, disputed or otherwise, for and on account of the injuries and damages above-mentioned.

RELEASE
CASENAME, CASE NO.
Page 4 of 5

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 28 day of October, 2005.

*Valerie Joe*
**Valerie Joe**

| STATE OF ALASKA | Ss |
| FOURTH JUDICIAL DISTRICT | |

THIS IS TO CERTIFY that on this 28 day of October, 2005, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared **Valerie Joe**, known to me and to me known to be the individual named in and who executed the foregoing document, and she acknowledged to me that she signed and sealed the same as her free and voluntary act for the uses and purposes therein set forth.

WITNESS my hand and notarial seal the day and year first hereinabove written.

STATE OF ALASKA
OFFICIAL SEAL
Fia Chaney
NOTARY PUBLIC
My commission expires 03/25/08.

*Fia Chaney*
Notary Public in and for Alaska
My Commission Expires: 3-25-08

Approved as to form and substance:

Myron Angstman
Attorney for Plaintiff

RELEASE
CASENAME, CASE NO.
Page 5 of 5