IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &
BERNADETTE CHARLES,

        Plaintiffs,

vs.

GEICO GENERAL INSURANCE
COMPANY,

        Defendant.

GEICO CASUALTY COMPANY,

        Third Party Plaintiff,

vs.

VALERIE JOE,

        Third Party Defendant.

Case No. 4BE-05-55 Civil

### NOTICE OF FILING UNSIGNED AFFIDAVIT OF LON GROTHEN

COMES NOW GECIO, by and through counsel to record, Call, Hanson & Kell, P.C., and hereby gives notice of the filing of an unsigned copy of the affidavit Lon Grothen. The contents of this affidavit have been confirmed with Mr. Grothen and once the original affidavit has been returned to this office, it will be promptly be filed with the court.

NOTICE OF FILING UNSIGNED AFFIDAVIT
Charles v. GEICO, Case No. 4BE-05-55 CI
Page 1 of 2

DATED at Anchorage, Alaska, this 8th day of November, 2005.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

By: /s/ Susan D. Mack
Susan D. Mack
AK Bar No. 8411128

**CERTIFICATE OF SERVICE**

I certify that on this the 8th day of November, 2005, a true and correct copy of the foregoing document, and attachments if any, were served upon the following counsel of record by mail:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Michele L. Power, Esq
Angstman Law Office
P.O. Box 585
Bethel, AK 99559

By: /s/

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

NOTICE OF FILING UNSIGNED AFFIDAVIT
Charles v. GEICO, Case No. 4BE-05-55 CI
Page 2 of 2

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | |
| GEICO CASUALTY COMPANY,<br><br>　　　　Third Party Plaintiff,<br><br>vs.<br><br>VALERIE JOE,<br><br>　　　　Third Party Defendant. | Case No. 4BE-05-55 Civil |

**AFFIDAVIT OF LON GROTHEN**
**IN SUPPORT OF GEICO'S MOTION FOR SUMMARY JUDGMENT**
**AND OPPOSITION TO MOTION TO COMPEL**

| | |
|---|---|
| STATE OF CALIFORNIA<br><br>COUNTY OF SAN DIEGO | ss |

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Charles v. GEICO*
Case No. 4BE-05-55 CI
Affidavit of Lon Grothen in Support of GEICO's Motion for Summary Judgment
 re Issues of Bad Faith
Page 1

**LON GROTHEN**, being first duly sworn upon his oath deposes and states as follows:

1. I am the claims adjuster in the litigated UM claim against Government Employees Insurance Company (GEICO) and I am familiar with the claims file and claims processing procedures employed at GEICO.

2. I make this affidavit in support of GEICO's motion for summary judgment on issues of bad faith.

3. To the extent plaintiffs imply that GEICO moved this claim from one adjuster to another, the court should know that separate claims under a policy of insurance are adjusted by different adjusters, depending on the type of claim. In the Charles' claim, the liability adjuster was originally Maggie Vincent. She was assigned to resolve any medical payments claims and to resolve liability issues. Within hours of the claim being reported, Maggie Vincent made contact with Ms. Joe, who disputed her responsibility for the accident.

4. There was no UM adjuster assigned initially, as Joe claimed she was insured with Progressive. The UM bodily injury claims adjuster ultimately assigned was Rebecca Caldwell, two days after first contact, when Progressive informed GEICO that there was no coverage for the accident. Rebecca Caldwell's evaluation was reviewed by Colrain

*Charles v. GEICO*
Case No. 4BE-05-55 CI
Affidavit of Lon Grothen in Support of GEICO's Motion for Summary Judgment
 re Issues of Bad Faith
Page 2

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

Ingersoll and Bernie Putnam. Colrain Ingersoll is the Alaska Claims manager and has had years of experience in Alaska claims, having lived in Alaska for a number of years while working for GEICO. Rod Rhoads is a supervisor in the San Diego office who did a standard three month review of this file. Tamara Gazarova has the same job description and authority as Ms. Caldwell. They share a work station and Ms. Caldwell may have asked Ms. Gazarova to obtain a recorded statement from the Charles claimants in October. Caldwell was unavailable when Mr. Valcarce's policy limits demands were made, so Ms. Gazarova sent letters responding to Mr. Valcarce. Once the claim became litigated, the claim was assigned to me.

5. The adjuster log notes contain abbreviations. Most of the abbreviations are evident from the context. The following may assist in reading the log notes:

> Ack = acknowledged
> BR = bills/records
> Clmt = claimant
> CTC = contact
> CFR = case for recovery
> ECF = electronic claims file
> AD adjuster = auto damage adjuster
> NI = named insured
> RI = recorded interview
> I/S = intersection
> POI = point of impact
> Insd = insured
> Adv = adverse party
> V/M = voice message

*Charles v. GEICO*
Case No. 4BE-05-55 CI
Affidavit of Lon Grothen in Support of GEICO's Motion for Summary Judgment
  re Issues of Bad Faith
Page 3

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

LVM – left voice message
R/C = received call and   RCVD = received
CTCD = contacted
SINQ = system inquiry (the name of a folder where the initial contact information is stored on the system)
ISO = name of a database that insurance companies share to index whether claimants have made another claim
CLINQ = claims inquiry (another electronic folder that has a listing of all prior claims made under a particular policy number)
PR = police report
LOR = letter of representation
RLA = regional liability examiner (Mr. Putnam was the RLA as to this claim)

6. No medical payments were made as no med pay claim was ever filed. Mr. Valcarce told me there were no liens applicable to the claim.

7. It was discovered that plaintiffs recorded statements were not transcribed. I have forwarded the audiotapes to defense counsel for transcription. With the exception of correspondence and emails between myself and defense counsel, there is no correspondence, emails or other electronic and/or computerized information that has not been produced by GEICO.

8. To the best of my knowledge, all documents related to the Charles' claim has been produced.

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Charles v. GEICO*
Case No. 4BE-05-55 CI
Affidavit of Lon Grothen in Support of GEICO's Motion for Summary Judgment
 re Issues of Bad Faith
Page 4

FURTHER AFFIANT SAYETH NOT

_____
**LON GROTHEN**

SUBSCRIBED AND SWORN TO before me this ____ day of November, 2005.

_____
NOTARY PUBLIC in and for California
My Commission Expires:_____

G:\00 CHK Law\GEICO\1101 - GEICO\027 - Charles & Gregory UM\Pleadings\Affidavit of Lon Grothen.doc

I hereby certify that a true and correct copy of the foregoing was ☐faxed ☐hand delivered and/or ☑ mailed this __ day of November, 2005 to

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK  99559-0409

Michele L. Power, Esq.
Angstman Law Office
P.O. Box 585
Bethel, AK  99559

_____

G:\00 CHK Law\GEICO\1101 - GEICO\027 - Charles & Gregory UM\Pleadings\Affidavit of Lori Boyer.doc

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Charles v. GEICO*
Case No. 4BE-05-55 CI
Affidavit of Lon Grothen in Support of GEICO's Motion for Summary Judgment
  re Issues of Bad Faith
Page 5

LAW OFFICES OF
# CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
Telephone: (907) 258-8864

## FACSIMILE TRANSMITTAL

### WARNING:

The information contained in this telefax is intended for the named recipient only, and may be privileged or confidential. If the reader of this telefax is not the named recipient, they are hereby notified that they are prohibited from distributing, disseminating, or photocopying this telefax without the express consent of the named recipient or the named sender.

Date: November 9, 2005
Our File No. 1101.027

| FROM: | TO: |
|---|---|
| Name: Susan D. Mack | Name: Clerk of Court |
| Company: Call, Hanson & Kell, P.C. | Company: Bethel Court |
| Phone: (907) 258-8864 | In re: Charles v. GEICO Case No. 4BE-05-55 CI |
| Fax: (907) 258-8865 | Fax: 907-543-~~5555~~ 4419 |

Total Number of Pages (including this cover sheet): 2

**Special Instructions or Additional Message:**

**Yesterday we filed a notice of filing unsigned affidavit of Lon Grothen along with Mr. Grothen's affidavit in the above case. However, page 4 of Mr. Grothen's affidavit inadvertently was not include in this package. The omission was noticed prior to mailing to counsel for the plaintiff; so plaintiff's counsel has a complete copy of the affidavit. The original affidavit will be filed with the court and served as soon as it is received.**

LVM – left voice message
R/C = received call and   RCVD = received
CTCD = contacted
SINQ = system inquiry (the name of a folder where the initial contact information is stored on the system)
ISO = name of a database that insurance companies share to index whether claimants have made another claim
CLINQ = claims inquiry (another electronic folder that has a listing of all prior claims made under a particular policy number)
PR = police report
LOR = letter of representation
RLA = regional liability examiner (Mr. Putnam was the RLA as to this claim)

6. No medical payments were made as no med pay claim was ever filed. Mr. Valcarce told me there were no liens applicable to the claim.

7. It was discovered that plaintiffs recorded statements were not transcribed. I have forwarded the audiotapes to defense counsel for transcription. With the exception of correspondence and emails between myself and defense counsel, there is no correspondence, emails or other electronic and/or computerized information that has not been produced by GEICO.

8. To the best of my knowledge, all documents related to the Charles' claim has been produced.

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Charles v. GEICO*
Case No. 4BE-05-55 CI
Affidavit of Lon Grothen in Support of GEICO's Motion for Summary Judgment
 re Issues of Bad Faith
Page 4

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 11/09/2005 14:57
                                    NAME  : CALL HANSON KELL LAW
                                    FAX   : 9072588865
                                    TEL   : 9072588864
```

```
DATE,TIME           11/09  14:56
FAX NO./NAME        19075434419110l027
DURATION            00:00:39
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &
BERNADETTE CHARLES,

    Plaintiffs,

vs.

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.

GEICO CASUALTY COMPANY,

    Third Party Plaintiff,

vs.

VALERIE JOE,

    Third Party Defendant.      Case No. 4BE-05-55 Civil

**AFFIDAVIT OF LON GROTHEN
IN SUPPORT OF GEICO'S MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO MOTION TO COMPEL**

STATE OF CALIFORNIA
                           ss
COUNTY OF SAN DIEGO

*Charles v. GEICO*
Case No. 4BE-05-55 CI
Affidavit of Lon Grothen in Support of GEICO's Motion for Summary Judgment
  re Issues of Bad Faith
Page 1



**LON GROTHEN**, being first duly sworn upon his oath deposes and states as follows:

1. I am the claims adjuster in the litigated UM claim against Government Employees Insurance Company (GEICO) and I am familiar with the claims file and claims processing procedures employed at GEICO.

2. I make this affidavit in support of GEICO's motion for summary judgment on issues of bad faith.

3. To the extent plaintiffs imply that GEICO moved this claim from one adjuster to another, the court should know that separate claims under a policy of insurance are adjusted by different adjusters, depending on the type of claim. In the Charles' claim, the liability adjuster was originally Maggie Vincent. She was assigned to resolve any medical payments claims and to resolve liability issues. Within hours of the claim being reported, Maggie Vincent made contact with Ms. Joe, who disputed her responsibility for the accident.

4. There was no UM adjuster assigned initially, as Joe claimed she was insured with Progressive. The UM bodily injury claims adjuster ultimately assigned was Rebecca Caldwell, two days after first contact, when Progressive informed GEICO that there was no coverage for the accident. Rebecca Caldwell's evaluation was reviewed by Colrain

*Charles v. GEICO*
Case No. 4BE-05-55 CI
Affidavit of Lon Grothen in Support of GEICO's Motion for Summary Judgment
  re Issues of Bad Faith
Page 2

Ingersoll and Bernie Putnam. Colrain Ingersoll is the Alaska Claims manager and has had years of experience in Alaska claims, having lived in Alaska for a number of years while working for GEICO. Rod Rhoads is a supervisor in the San Diego office who did a standard three month review of this file. Tamara Gazarova has the same job description and authority as Ms. Caldwell. They share a work station and Ms. Caldwell may have asked Ms. Gazarova to obtain a recorded statement from the Charles claimants in October. Caldwell was unavailable when Mr. Valcarce's policy limits demands were made, so Ms. Gazarova sent letters responding to Mr. Valcarce. Once the claim became litigated, the claim was assigned to me.

5. The adjuster log notes contain abbreviations. Most of the abbreviations are evident from the context. The following may assist in reading the log notes:

    Ack = acknowledged
    BR = bills/records
    Clmt = claimant
    CTC = contact
    CFR = case for recovery
    ECF = electronic claims file
    AD adjuster = auto damage adjuster
    NI = named insured
    RI = recorded interview
    I/S = intersection
    POI = point of impact
    Insd = insured
    Adv = adverse party
    V/M = voice message

*Charles v. GEICO*
Case No. 4BE-05-55 CI
Affidavit of Lon Grothen in Support of GEICO's Motion for Summary Judgment
  re Issues of Bad Faith
Page 3

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

LVM – left voice message
R/C = received call and   RCVD = received
CTCD = contacted
SINQ = system inquiry (the name of a folder where the initial contact information is stored on the system)
ISO = name of a database that insurance companies share to index whether claimants have made another claim
CLINQ = claims inquiry (another electronic folder that has a listing of all prior claims made under a particular policy number)
PR = police report
LOR = letter of representation
RLA = regional liability examiner (Mr. Putnam was the RLA as to this claim)

6.   No medical payments were made as no med pay claim was ever filed. Mr. Valcarce told me there were no liens applicable to the claim.

7.   It was discovered that plaintiffs recorded statements were not transcribed. I have forwarded the audiotapes to defense counsel for transcription. With the exception of correspondence and emails between myself and defense counsel, there is no correspondence, emails or other electronic and/or computerized information that has not been produced by GEICO.

8.   To the best of my knowledge, all documents related to the Charles' claim has been produced.

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Charles v. GEICO*
Case No. 4BE-05-55 CI
Affidavit of Lon Grothen in Support of GEICO's Motion for Summary Judgment
 re Issues of Bad Faith
Page 4

FURTHER AFFIANT SAYETH NOT

_____
**LON GROTHEN**

SUBSCRIBED AND SWORN TO before me this ____ day of November, 2005.

_____
NOTARY PUBLIC in and for California
My Commission Expires:_____

G:\00 CHK Law\GEICO\1101 - GEICO\027 - Charles & Gregory UM\Pleadings\Affidavit of Lon Grothen.doc

I hereby certify that a true and correct copy of the foregoing was ☐ faxed ☐ hand delivered and/or ☒ mailed this __ day of November, 2005 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Michele L. Power, Esq.
Angstman Law Office
P.O. Box 585
Bethel, AK 99559

_____

G:\00 CHK Law\GEICO\1101 - GEICO\027 - Charles & Gregory UM\Pleadings\Affidavit of Lori Boyer.doc

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Charles v. GEICO*
Case No. 4BE-05-55 CI
Affidavit of Lon Grothen in Support of GEICO's Motion for Summary Judgment re Issues of Bad Faith
Page 5