IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES & BERNADETTE CHARLES, )
)
                Plaintiffs, )
)
v. )
)
GEICO GENERAL INSURANCE COMPANY, )
)
                Defendant. )
)
GEICO CASUALTY COMPANY, )
)
                Third Party Plaintiff )
)
v. )
)
VALERIE JOE, ) Case No. 4BE-05-55 CI
)
                Third Party Defendant )

**ORDER TO RESPOND TO PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION**

On November 8, 2005 plaintiffs submitted a motion for expedited consideration of their motion to compel discovery. Defendant shall respond to the motion for expedited consideration by November 10, 4:30 PM.

**IT IS SO ORDERED.**

Dated at Bethel, Alaska this 9th day of Nov, 2005.

                                          Honorable Leonard R. Devaney
                                          Superior Court Judge

I certify that on 11/5/05
copies of this form were sent to: ALO, CRV, Call, Hns-w Kell
Clerk: DW