CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, <br><br> Plaintiffs, <br><br> vs. <br><br> GEICO GENERAL INSURANCE COMPANY, <br><br> Defendant. | |
| GEICO CASUALTY COMPANY, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> VALERIE JOE, <br><br> Third Party Defendant. | Case No. 4BE-05-55 Civil |

### NOTICE OF FILING SIGNED TELEFAXED AFFIDAVIT OF LON GROTHEN

COMES NOW GEICO, by and through counsel of record, Call, Hanson & Kell, P.C., and hereby gives notice of the filing of a telefaxed copy of the affidavit Lon Grothen. The original affidavit is being forwarded to the undersigned counsel and will be filed following its receipt.

Page 1
NOTICE OF FILING SIGNED TELEFAXED AFFIDAVIT OF LON GROTHEN
Charles v. GEICO, Case No. 4BE-05-55 CI
1101.027

DATED at Anchorage, Alaska, this 10th day of November, 2005.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

By: /s/ Blake Call
Blake H. Call
ABA No. 8911051

**CERTIFICATE OF SERVICE**

I certify that on this the 10th day of November, 2005, a true and correct copy of the foregoing document, and attachments if any, were served upon the following counsel of record by mail:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Michele L. Power, Esq
Angstman Law Office
P.O. Box 585
Bethel, AK 99559

By: /s/

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

Page 2
NOTICE OF FILING SIGNED TELEFAXED AFFIDAVIT OF LON GROTHEN
Charles v. GEICO, Case No. 4BE-05-55 CI
1101.027

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>Defendant. | |
| GEICO CASUALTY COMPANY,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>VALERIE JOE,<br><br>Third Party Defendant. | Case No. 4BE-05-55 Civil |

**AFFIDAVIT OF LON GROTHEN
IN SUPPORT OF GEICO'S MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO MOTION TO COMPEL**

| | |
|---|---|
| STATE OF CALIFORNIA<br><br>COUNTY OF SAN DIEGO | ss |

*Charles v. GEICO*
Case No. 4BE-05-55 CI
Affidavit of Lon Grothen in Support of GEICO's Motion for Summary Judgment
re Issues of Bad Faith
Page 1

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

**LON GROTHEN**, being first duly sworn upon his oath deposes and states as follows:

1. I am the claims adjuster in the litigated UM claim against Government Employees Insurance Company (GEICO) and I am familiar with the claims file and claims processing procedures employed at GEICO.

2. I make this affidavit in support of GEICO's motion for summary judgment on issues of bad faith.

3. To the extent plaintiffs imply that GEICO moved this claim from one adjuster to another, the court should know that separate claims under a policy of insurance are adjusted by different adjusters, depending on the type of claim. In the Charles' claim, the liability adjuster was originally Maggie Vincent. She was assigned to resolve any medical payments claims and to resolve liability issues. Within hours of the claim being reported, Maggie Vincent made contact with Ms. Joe, who disputed her responsibility for the accident.

4. There was no UM adjuster assigned initially, as Joe claimed she was insured with Progressive. The UM bodily injury claims adjuster ultimately assigned was Rebecca Caldwell, two days after first contact, when Progressive informed GEICO that there was no coverage for the accident. Rebecca Caldwell's evaluation was reviewed by Colrain

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

Ingersoll and Bernie Putnam. Rod Rhoads is a supervisor in the San Diego office who did a standard three month review of this file. Tamara Gazarova has the same job description and authority as Ms. Caldwell. They share a work station and Ms. Caldwell may have asked Ms. Gazarova to obtain a recorded statement from the Charles claimants in October. Caldwell was unavailable when Mr. Valcarce's policy limits demands were made, so Ms. Gazarova sent letters responding to Mr. Valcarce. Once the claim became litigated, the claim was assigned to me.

5. The adjuster log notes contain abbreviations. Most of the abbreviations are evident from the context. The following may assist in reading the log notes:

    Ack = acknowledged
    BR = bills/records
    Clmt = claimant
    CTC = contact
    CFR = case for recovery
    ECF = electronic claims file
    AD adjuster = auto damage adjuster
    NI = named insured
    RI = recorded interview
    I/S = intersection
    POI = point of impact
    Insd = insured
    Adv = adverse party
    V/M = voice message
    LVM – left voice message
    R/C = received call and   RCVD = received
    CTCD = contacted

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Charles v. GEICO*
Case No. 4BE-05-55 CI
Affidavit of Lon Grothen in Support of GEICO's Motion for Summary Judgment re Issues of Bad Faith
Page 3

SINQ = system inquiry (the name of a folder where the initial contact information is stored on the system)
ISO = name of a database that insurance companies share to index whether claimants have made another claim
CLINQ = claims inquiry (another electronic folder that has a listing of all prior claims made under a particular policy number)
PR = police report
LOR = letter of representation
RLA = regional liability examiner (Mr. Putnam was the RLA as to this claim)

6. No medical payments coverage payments were made as no med pay claim was ever filed. Mr. Valcarce told me there were no liens applicable to the claim.

7. It was discovered that plaintiffs recorded statements were not transcribed. I have forwarded the audiotapes to defense counsel for transcription. With the exception of correspondence and emails between myself and defense counsel, there is no correspondence, emails or other electronic and/or computerized information that has not been produced by GEICO.

8. To the best of my knowledge, all documents related to the Charles' claim has been produced.

FURTHER AFFIANT SAYETH NOT

_____
LON GROTHEN

*Charles v. GEICO*
Case No. 4BE-05-55 CI
Affidavit of Lon Grothen in Support of GEICO's Motion for Summary Judgment re Issues of Bad Faith
Page 4

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

SUBSCRIBED AND SWORN TO before me this ____ day of August, 2005.

_See attached page 6_
NOTARY PUBLIC in and for California
My Commission Expires:_____

G:\00 CHK Law\GEICO\1101 - GEICO\027 - Charles & Gregory UM\Pleadings\Affidavit of Lon Grothen.doc

I hereby certify that a true and correct copy of the foregoing was ☐ faxed ☐ hand delivered and/or ☐ mailed this ____ day of August, 2005 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Valerie Joe
P.O. Box 1623
Bethel, AK 99559

_____

G:\00 CHK Law\GEICO\1101 - GEICO\027 - Charles & Gregory UM\Pleadings\Affidavit of Lori Boyer.doc

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Charles v. GEICO*
Case No. 4BE-05-55 CI
Affidavit of Lon Grothen in Support of GEICO's Motion for Summary Judgment re Issues of Bad Faith
Page 5

Page 6 of 6

# JURAT

State of California

County of San Diego

Subscribed and sworn to (or affirmed) before me on

this 10th day of November, 2005,

by Lon Grotha

personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(seal) [Notary stamp: HEIDI K. SOTO, Commission # 1508635, Notary Public - California, San Diego County, My Comm. Expires Sep 16, 2008]

Signature _____