IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, <br><br> Plaintiffs, <br><br> vs. <br><br> GEICO GENERAL INSURANCE COMPANY, <br><br> Defendant. | |
| GEICO CASUALTY COMPANY, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> VALERIE JOE, <br><br> Third Party Defendant. | Case No. 4BE-05-55 Civil |

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

### REQUEST FOR ORAL ARGUMENT
### RE: DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
### DEFENDANT'S MOTION FOR PROTECTION ORDER AND
### PLAINTIFFS' MOTION TO COMPEL

COMES NOW defendant GEICO, by and through counsel of record, Call, Hanson & Kell, P.C., and pursuant to A.R.C.P. 77(e)(3), requests oral argument in regard to defendant's Motion for Partial Summary Judgment

REQUEST FOR ORAL ARGUMENT, Page 1
Charles v. GEICO, Case No. 4BE-05-55 CI

11/14

and Defendant's Motion for Protection Order and Plaintiffs' Motion to Compel Discovery.

Defendant also requests that its counsel be permitted to participate telephonically in the oral argument.

DATED at Anchorage, Alaska, this ___ day of November, 2005.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

By: _____
Blake H. Call
ABA No. 8911051

I hereby certify that a true and correct copy of the foregoing was
☒ faxed and ☒ mailed this 14th day of November, 2005 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Michele L. Power, Esq.
Angstman Law Office
P.O. Box 585
Bethel, AK 99559

_____

REQUEST FOR ORAL ARGUMENT, Page 2
Charles v. GEICO, Case No. 4BE-05-55 CI

LAW OFFICES OF
# CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska  99501-2112
Telephone: (907) 258-8864

## FACSIMILE TRANSMITTAL

### WARNING:

The information contained in this telefax is intended for the named recipient only, and may be privileged or confidential.  If the reader of this telefax is not the named recipient, they are hereby notified that they are prohibited from distributing, disseminating, or photocopying this telefax without the express consent of the named recipient or the named sender.

Date: November 14, 2005
Our File No. 1101.027

| FROM: | TO: |
|---|---|
| Name: Blake H. Call | Name: Clerk of Court<br>Fax: 1-907-543-4419 |
| Company:  Call, Hanson & Kell, P.C. | |
| | Name:  Jim Valcare<br>Fax:  1-907-543-2746 |
| Phone: (907) 258-8864 | |
| Fax: (907) 258-8865 | Name:  Michele L. Power<br>Fax:  1-907-543-3394 |
| | In re: Charles v. GEICO<br>        Case No. 4BE-05-55 CI |

Total Number of Pages (including this cover sheet): 3

Special Instructions or Additional Message:

**The following documents are being faxed:**

1. Request for Oral Argument re: Defendant's Motion for Partial Summary Judgment, Defendant's Motion for Protective Order, and Plaintiff's Motion to Compel.

*Ingstman*

| TRANSMISSION VERIFICATION REPORT |
|---|

```
                              TIME  : 11/14/2005 10:51
                              NAME  : CALL HANSON KELL LAW
                              FAX   : 9072588865
                              TEL   : 9072588864
```

```
DATE,TIME              11/14  10:50
FAX NO./NAME           19075433394110127
DURATION               00:00:54
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
```

Valcarce

| TRANSMISSION VERIFICATION REPORT | |
|---|---|
| TIME | : 11/14/2005 10:49 |
| NAME | : CALL HANSON KELL LAW |
| FAX | : 9072588865 |
| TEL | : 9072588864 |

| | |
|---|---|
| DATE,TIME | 11/14 10:48 |
| FAX NO./NAME | 190754327461101027 |
| DURATION | 00:00:50 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

Court

```
                   TRANSMISSION VERIFICATION REPORT

                                          TIME  : 11/14/2005 10:47
                                          NAME  : CALL HANSON KELL LAW
                                          FAX   : 9072588865
                                          TEL   : 9072588864


DATE,TIME                   11/14  10:46
FAX NO./NAME                19075434419110l027
DURATION                    00:00:49
PAGE(S)                     03
RESULT                      OK
MODE                        STANDARD
                            ECM
```