IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES and BERNADETTE CHARLES,            )
                                                )
         Plaintiffs,                            )
                                                )
vs.                                             )
                                                )
GEICO GENERAL INSURANCE COMPANY &               )
VALERIE JOE,                                    )
                                                )
         Defendants                             )
_____         )
                                                )
GEICO CASUALTY COMPANY,                         )
         Third Party Plaintiff,                 )
                                                )
vs.                                             )
                                                )
VALERIE JOE,                                    )
         Third Party Defendant.                 )
_____         )

Case No. 4BE-04-271 CI

### REPLY CONCERNING RULE 56(F) EXTENSION & REPLY CONCERNING CROSS MOTION RE: PROTECTIVE ORDER

As noted below, GEICO did not oppose plaintiffs' request for a Rule 56(f) extension and GEICO largely conceded the cross motion concerning discovery. As such, plaintiffs' proposed order must be granted.

<u>Concerning the Rule 56(f) Request</u>

GEICO did not dispute the law cited by plaintiffs that a Rule 56(f) extension to oppose the motion for summary judgment should be freely given. GEICO also did not dispute that experts will assist the Court and the jury in this matter concerning the allegations alleged in the complaint; GEICO even

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744



attempted to supplement its motion with its own expert opinions from John George. [See Exhibit T, attached to GEICO's reply]. Finally, GEICO did not oppose the plaintiff's motion for a Rule 56(f) extension, or the proposed order, requesting an extension until after the expert report deadline. Thus, the Court must grant the request.

### Concerning the Protective Order

GEICO did not dispute that it did not attempt to confer with plaintiffs' counsel prior to filing the motion, and thus is barred by such request pursuant to Rule 26(c). GEICO also did not dispute that it possesses information, responsive to requests 6, 13, and 14, including training manuals and policies and procedures that GEICO agents would have referenced in adjusting the plaintiffs' claims, and setting reserves for such claim. There can be no argument that such request is not likely to lead to admissible evidence, as such documents set the applicable standards used by GEICO, and thus help determine whether the adjusters assigned to the plaintiffs' claims breached such protocol.

Finally, GEICO did not oppose plaintiffs request for a discovery conference with the Court concerning the other discovery requests. Once again, because such request is not in dispute, the request should be granted.

For all these additional reasons, the Court should deny the request for a broad protective order; grant plaintiffs' cross-motion to compel answers to requests for production number 6, 13 and 14; order a discovery conference sometime after November 20, 2005, and award plaintiffs' attorney fees and costs, pursuant to Civil Rule 37(a)(4).

COOKE, ROOSA & VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

Charles v. GEICO, Case No. 4BE-04-271. Reply Rule 56 (f) Extension.    Pg. 2

DATED this ___ day of November, 2005, at Bethel, Alaska.

COOKE, ROOSA & VALCARCE
Attorneys for Plaintiff

_____
Jim J. Valcarce
ABA 950501

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

Charles v. GEICO, Case No. 4BE-04-271. Reply Rule 56 (f) Extension.        Pg. 3

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, | ) |
| Plaintiff, | ) |
| vs. | ) |
| GEICO GENERAL INSURACE COMPANY, | ) |
| Defendant, | ) |
| | ) |
| GEICO CASUALTY COMPANY, | ) |
| Third Party Plaintiff, | ) |
| vs. | ) |
| VALERIE JOE, | ) |
| Third Party Defendant, | ) Case No. 4BE-05-055 CI |

### CERTIFICATE OF SERVICE

SHARON RODGERS, certifies that she is an authorized agent of Cooke, Roosa & Valcarce, LLC, for the service of papers pursuant to Civil Rule 5, and on the date stated herein she filed the following documents in the above-named court and mailed copies thereof to the person listed below:

Documents:   REPLY CONCERNING RULE 56 (f) EXTENSION & REPLY CONCERNING CROSS MOTION RE: PROTECTIVE ORDER

Person(s) Served:

Blake H. Call
CALL, HANSON & KELL P.C.
250 H Street
Anchorage, Alaska 99501-2112

Myron Angstman
ANGSTMAN LAW OFFICE
P.O. Box 585
Bethel, Alaska 99559

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

Dated this 14TH day of November 2005, at Bethel, Alaska

_____
SHARON RODGERS

COMPLAINT

Page 2

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744