IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES & )
BERNADETTE CHARLES, )
           Plaintiffs, )
v. )     Case No. 4BE-05-55 CI
GEICO GENERAL INSURANCE )
COMPANY, )
           Defendant. )

**ORDER GRANTING SUMMARY JUDGMENT
ON ALL CLAIMS OF BAD FAITH**

Numerous issues are pending before the court. The judge is currently out of town, preventing an extended discussion of the issues presented. Based on the motions submitted, the pleadings, the sworn affidavits and evidence in support of the motions, the court places the parties on notice that the defendant's motion for summary judgment is **GRANTED**. The grant of summary judgment moots defendant's motion for protective order and plaintiffs' motion to compel. A detailed order is forthcoming.

**IT IS SO ORDERED.**

Dated at Bethel, Alaska this 16th day of Nov 2005.

           _____
           Honorable Leonard R. Devaney
           Superior Court Judge

I certify that on _____
copies of this form were sent to:

Clerk: _____