IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK & BERNADETTE CHARLES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GEICO INSURANCE CO. & ) <br> VALERIE JOE, ) <br> ) <br> Defendants. ) <br> _____ ) | RECEIVED <br><br> 2 2 2005 <br><br> Call, Hanson & Kell, P.C. |

Case No. 4BE-05-055-Civil

## MOTION FOR RECONSIDERATION & DEMAND FOR REASSIGNMENT

The Court has made a terrible mistake. It prematurely ruled despite the fact that there were numerous discovery issues pending, and a non-opposed Rule 56(f) extension request.[1]

After spending several thousand dollars for travel to take the scheduled depositions of six GEICO agents and obtain additional discovery, on November 16, 2005, the undersigned was greeted in San Diego with a ruling by the Court granting summary judgment. The expenditure of significant time and money was a complete waste as GEICO refused to allow any further discovery.

- The Court should read <u>Hymes v. Deramus</u>, Supreme Court No. 11562 (8/26/05, which mandates that the Court must grant plaintiffs' Rule 56(f) extension, especially in this case, where discovery has not been completed, and the request was not contested.

---
[1] The Court has yet to issue its findings; and plaintiffs will file a supplemental memorandum when received.



The Court must reconsider; and the matter should be reassigned, due to the Court's advance ruling and proclivity to favor GEICO.

Dated this ____ day of November, 2005

COOKE, ROOSA & VALCARCE, LLC

_____
Jim Valcarce   ABA 9505011

I, Gayle Michaelson-Ranel, certify that I am employed by the law offices of Cooke Roosa & Valcarce, LLC, and that on the 21st day of November, 2005, I sent the following document via first class U.S. Mail to:

Blake H. Call
Call, Hanson & Kell, P.C.
250 H Street
Anchorage, Alaska 99501-2112

Myron Angstman
Angstman Law Office
PO Box 585
Bethel, Alaska 99559

_____
Gayle Michaelson-Ranel

LAW OFFICES
COOKE, ROOSA & VALCARCE, LLC
3700 JEWEL LAKE ROAD
ANCHORAGE, ALASKA 99502
(907) 276-2744

Motion for Reconsideration