IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, <br><br> Plaintiffs, <br><br> vs. <br><br> GEICO GENERAL INSURANCE COMPANY, <br><br> Defendant. | |
| GEICO CASUALTY COMPANY, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> VALERIE JOE, <br><br> Third Party Defendant. | Case No. 4BE-05-55 Civil |

**DEFENDANT GEICO'S MOTION FOR ATTORNEY FEES**

On November 26, 2005 this Court granted summary judgment on all claims of bad faith with the notation that "A detailed order is forthcoming." GEICO intends to file a motion for costs and fees pursuant to Civil Rule 82 and 79. Counsel checked with the Court and understands that the time for filing a motion for costs and fees will run from the date the detailed order is

MOTION FOR ATTORNEY FEES, Page 1
Charles v. GEICO, Case No. 4BE-05-55 CI

distributed. GEICO intends to file its Memorandum of Points and Authorities within ten days from the date the detailed order is distributed.

DATED at Anchorage, Alaska, this 28 day of November, 2005.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

By: *Susan D. Mack*
    *for* Blake H. Call
    ABA No. 8911051

I hereby certify that a true and
correct copy of the foregoing was
☒ faxed and ☒ mailed this 28th
day of November, 2005 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Michele L. Power, Esq.
Angstman Law Office
P.O. Box 585
Bethel, AK 99559

*[signature]*

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

MOTION FOR ATTORNEY FEES, Page 2
Charles v. GEICO, Case No. 4BE-05-55 CI

LAW OFFICES OF

# CALL, HANSON & KELL, P.C.

250 H Street
Anchorage, Alaska  99501-2112
Telephone: (907) 258-8864

## FACSIMILE TRANSMITTAL

### WARNING:

The information contained in this telefax is intended for the named recipient only, and may be privileged or confidential. If the reader of this telefax is not the named recipient, they are hereby notified that they are prohibited from distributing, disseminating, or photocopying this telefax without the express consent of the named recipient or the named sender.

Date: November 28, 2005
Our File No. 1101.027

| FROM: | TO: |
|---|---|
| Name: Blake H. Call | Name: Clerk of Court<br>Fax: 1-907-543-4419 |
| Company: Call, Hanson & Kell, P.C. | Name: Jim Valcare<br>Fax: 1-907-543-2746 |
| Phone: (907) 258-8864 | Name: Michele L. Power<br>Fax: 1-907-543-3394 |
| Fax: (907) 258-8865 | In re: Charles v. GEICO<br>Case No. 4BE-05-55 CI |

Total Number of Pages (including this cover sheet): 3

Special Instructions or Additional Message:

**The following documents are being faxed:**

1. Defendant GEICO's Motion for Attorney Fees.

Valcarce

```
                TRANSMISSION VERIFICATION REPORT
```

```
                                      TIME  : 11/28/2005 16:13
                                      NAME  : CALL HANSON KELL LAW
                                      FAX   : 9072588865
                                      TEL   : 9072588864
```

```
DATE,TIME                 11/28  16:12
FAX NO./NAME              19075432746ll01027
DURATION                  00:00:49
PAGE(S)                   03
RESULT                    OK
MODE                      STANDARD
                          ECM
```

Court

**TRANSMISSION VERIFICATION REPORT**

```
TIME : 11/28/2005 16:11
NAME : CALL HANSON KELL LAW
FAX  : 9072588865
TEL  : 9072588864
```

```
DATE,TIME         11/28 16:10
FAX NO./NAME      19075434419 1101027
DURATION          00:00:47
PAGE(S)           03
RESULT            OK
MODE              STANDARD
                  ECM
```

Angstman

```
            TRANSMISSION VERIFICATION REPORT

                                        TIME : 11/28/2005 16:14
                                        NAME : CALL HANSON KELL LAW
                                        FAX  : 9072588865
                                        TEL  : 9072588864


DATE,TIME                    11/28  16:13
FAX NO./NAME                 19075433394101027
DURATION                     00:00:53
PAGE(S)                      03
RESULT                       OK
MODE                         STANDARD
```