IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, ) ) ) Plaintiffs, ) ) vs. ) ) GEICO GENERAL INSURANCE ) COMPANY, ) ) Defendant. ) ) ) GEICO CASUALTY COMPANY, ) ) Third Party Plaintiff, ) ) vs. ) ) VALERIE JOE, ) ) Third Party Defendant. ) ) | RECEIVED<br>NOV 3 0 2005<br>Call, Hanson & Kell, P.C.<br><br>Case No. 4BE-05-55   CI |

## MOTION TO WITHDRAW

Angstman Law Office requests to withdraw from this matter. This motion is based upon the attached consent of client, Valerie Joe.

DATED this 28 day of November, 2005 at Bethel, Alaska.

ANGSTMAN LAW OFFICE
P.O. BOX 585
BETHEL, ALASKA  99559

By: _____
Myron Angstman, ABA #7410057
Angstman Law Office

Angstman Law Office
ATTORNEYS AT LAW
P.O. BOX 585
BETHEL, ALASKA
99559
(907) 543-2972

CERTIFICATE OF SERVICE

This is to certify that on the 28th day of November, 2005, a true copy of the foregoing document was mailed to:

Blake H. Call
Call, Hanson & Kell, P.C.
250 H. Street
Anchorage, Alaska 99501

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
PO Box 409
Bethel, Alaska 99559-0409

By: _____

**Angstman Law Office**
ATTORNEYS AT LAW
P.O. BOX 585
BETHEL, ALASKA
99559
(907) 543-2972

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, ) ) ) Plaintiffs, ) ) vs. ) ) GEICO GENERAL INSURANCE ) COMPANY, ) ) Defendant. ) _____) ) GEICO CASUALTY COMPANY, ) ) Third Party Plaintiff, ) ) vs. ) ) VALERIE JOE, ) ) Third Party Defendant. ) _____) | Case No. 4BE-05-55    CI |

### CONSENT

I consent to the Withdrawal of Angstman Law Office as my attorney in the above case, based on my inability to afford continued representation.

*/s/ Valerie Joe*
Valerie Joe

Angstman Law Office
ATTORNEYS AT LAW
P.O. BOX 585
BETHEL, ALASKA
99559
(907) 543-2972