IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &
BERNADETTE CHARLES,

        Plaintiffs,

vs.

GEICO GENERAL INSURANCE COMPANY,

        Defendant.

GEICO CASUALTY COMPANY,

        Third Party Plaintiff,

vs.

VALERIE JOE,

        Third Party Defendant.

Case No. 4BE-05-55 Civil

### OPPOSITION TO "DEMAND FOR REASSIGNMENT"

COMES NOW defendant GEICO Insurance Company, by and through counsel of record, Call, Hanson and Kell, P.C., and hereby opposes plaintiffs' "demand for reassignment."

Plaintiffs' demand for reassignment is legally and factually insufficient. Defendant GEICO Insurance Company filed a straightforward motion for rule of law based on uncontested affidavits and disclosure as well

Page 1
OPPOSITION TO "DEMAND FOR REASSIGNMENT"
Charles v. GEICO, Case No. 4BE-05-55 CI
1101.027

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

as discovery responses. Plaintiffs lost the motion for summary judgment on the merits. Plaintiffs' opposition raised no factual issues and summary judgment was appropriate in the case. Plaintiffs have failed to indicate any evidence of bias that would require this court to recuse itself or for the presiding judge to order reassignment and GEICO therefore opposes plaintiffs' request for reassignment.

DATED at Anchorage, Alaska, this 29th day of November, 2005.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

By: _____
Blake H. Call
ABA No. 8911051

I hereby certify that a true and correct copy of the foregoing was ☐ faxed ☐ hand delivered and/or ☒ mailed this 29th day of November, 2005 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Michele L. Power, Esq.
Angstman Law Office
P.O. Box 585
Bethel, AK 99559

_____

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

Page 2
OPPOSITION TO "DEMAND FOR REASSIGNMENT"
Charles v. GEICO, Case No. 4BE-05-55 CI
1101.027