IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &
BERNADETTE CHARLES,         )
                            )
            Plaintiffs,     )
                            )
v.                          )           Case No. 4BE-05-55 CI
                            )
GEICO GENERAL INSURANCE     )
COMPANY,                    )
                            )
            Defendant.      )
_____)

**ORDER TO RESPOND TO PLAINTIFFS' MOTION TO RECONSIDER**

The court granted Defendant's motion for summary judgment on all claims of bad faith on November 16, 2005. Plaintiffs filed a motion to reconsider on November 21, 2005. In particular, Plaintiffs ask the court to reconsider its denial of Plaintiffs' request for a Rule 56(f) extension. Defendant shall respond to the motion to reconsider no later than December 12, 2005.

**IT IS SO ORDERED.**

Dated at Bethel, Alaska this 1st day of December 2005.

_____
Honorable Leonard R. Devaney
Superior Court Judge

I certify that on 12/1/05
copies of this form were sent to: Blake H. Call
                                   - Jim J. Valcarce

Clerk: _____

ALASKA COURT SYTEM
PO BOX 130
BETHEL AK 99559-0130
907-543-1124
FAX 907-543-3343

# facsimile transmittal

To: BLAKE H. CALL          Fax: (907) 258-8865

From: MONA JENSEN          Date: 12/1/2005

Re: ORDER                  Pages: 2 INCL COVER SHEET

CC:

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

TO: BLAKE H. CALL
RE: 4BE-05-55 CI    CHARLES V GEICO

HERE IS AN ORDER ON THIS CASE. A HARD COPY WILL FOLLOW IN THE MAIL.

THANK YOU!

MONA JENSEN, mjensen@courts.state.ak.us
JUD ADMIN ASST FOR JUDGE LEONARD DEVANEY
907-543-1124 PHONE      907-543-3343 FAX



IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, <br><br> Plaintiffs, <br><br> v. <br><br> GEICO GENERAL INSURANCE COMPANY, <br><br> Defendant. | Noted SDM, BHC, MJS, NN <br> Date Served 12-1-05 <br> Response Due 12-12-05 <br><br> Case No. 4BE-05-55 CI <br><br> RECEIVED <br> DEC - 1 2005 <br> Call, Hanson & Kell, P.C. |

**ORDER TO RESPOND TO PLAINTIFFS' MOTION TO RECONSIDER**

The court granted Defendant's motion for summary judgment on all claims of bad faith on November 16, 2005. Plaintiffs filed a motion to reconsider on November 21, 2005. In particular, Plaintiffs ask the court to reconsider its denial of Plaintiffs' request for a Rule 56(f) extension. Defendant shall respond to the motion to reconsider no later than December 12, 2005.

**IT IS SO ORDERED.**

Dated at Bethel, Alaska this 1st day of December 2005.

_____
Honorable Leonard R. Devaney
Superior Court Judge

I certify that on 12/1/05
copies of this form were sent to: BLAKE H. CALL
                                   -JIM J. VALCARCE

Clerk: ___my___