CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, | |
| Plaintiffs, | |
| vs. | |
| GEICO GENERAL INSURANCE COMPANY, | |
| Defendant. | |
| GEICO CASUALTY COMPANY, | |
| Third Party Plaintiff, | |
| vs. | |
| VALERIE JOE, | |
| Third Party Defendant. | Case No. 4BE-05-55 Civil |

**DEFENDANT/THIRD PARTY PLAINTIFF'S
EXPERT WITNESS LIST**

COMES NOW the defendant/third party plaintiff by and through counsel of record CALL HANSON & CALL, P.C., and pursuant to the court's Pre-Trial Scheduling Order discloses the following expert witnesses:

DEFENDANT/THIRD PARTY PLAINTIFF'S EXPERT WITNESS LIST                    Page 1
Charles v. GEICO v. Joe, 4BE-05-55 CI
1101.027

1. John George
   3328 Fritz Cove Road
   Juneau, Alaska 99801
   (907) 789-0172

   Mr. George is an expert in the area of insurance bad faith.

2. Treating health care providers may be asked to offer expert opinion testimony based on their treatment of the plaintiffs.

3. The investigating police officer may be asked to offer expert opinion testimony based on his observations at the scene of the accident.

DATED at Anchorage, Alaska, this 10th day of January, 2006.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

By: _____
Blake H. Call
ABA No. 8911051

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was ☒ faxed ☐ hand delivered and/or ☒ mailed this __10__ day of January, 2006 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK  99559-0409

Michele L. Power, Esq
Angstman Law Office
P.O. Box 585
Bethel, AK  99559

*Karen S Burns* (signature)

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

DEFENDANT/THIRD PARTY PLAINTIFF'S EXPERT WITNESS LIST          Page 3
Charles v. GEICO v. Joe, 4BE-05-55 CI
1101.027

TRANSMISSION VERIFICATION REPORT

```
TIME : 01/10/2006 10:24
NAME : CALL HANSON KELL LAW
FAX  : 9072588865
TEL  : 9072588864
```

```
DATE,TIME          01/10  10:23
FAX NO./NAME       190754327461101027
DURATION           00:00:46
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

*Valearce* [signature]

## TRANSMISSION VERIFICATION REPORT

```
                                         TIME : 01/10/2006 10:22
                                         NAME : CALL HANSON KELL LAW
                                         FAX  : 9072588865
                                         TEL  : 9072588864
```

```
DATE,TIME          01/10 10:21
FAX NO./NAME       19075433394110102T
DURATION           00:00:49
PAGE(S)            03
RESULT             OK
MODE               STANDARD
```

*Power* (signature)