IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT BETHEL

RECEIVED
JAN 1 2 2006
Call, Hanson & Kell, P.C.

JACK CHARLES & BERNADETTE CHARLES, )
)
Plaintiffs, )
)
v. ) Case No. 4BE-05-55 CI
)
GEICO GENERAL INSURANCE )
COMPANY, )
)
Defendant. )
_____ )
)
GEICO CASUALTY COMPANY, )
)
Third party plaintiff, )
v. )
)
VALERIE JOE, )
)
Third party defendant. )

### ORDER GRANTING MOTION TO WITHDRAW

On November 28, 2005, Angstman Law Office submitted a motion to withdraw as counsel for client Valerie Joe. Valerie Joe consented to the withdrawal. Angstman Law Office's motion to withdraw is **GRANTED**.

**IT IS SO ORDERED.**

Dated at Bethel, Alaska this _10_ day of _January_ 2006.

Honorable Leonard R. Devaney
Superior Court Judge

I certify that on 1/10/06
copies of this form were sent to: Cocke, ALO, Blake H. Call
Clerk: [signature]