IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

RECEIVED
JAN 12 2006
Call, Hanson & Kell, P.C.

JACK CHARLES and BERNADETTE CHARLES,

Plaintiffs,

vs.

GEICO GENERAL INSURANCE COMPANY,

Defendant

Case No. 4BE-05-55 CI

**PLAINTIFFS' FINAL WITNESS LIST**

COMES NOW, plaintiffs, Jack Charles and Bernadette Charles, by and through Jim Valcarce attorney of the firm of Cooke, Roosa & Valcarce and hereby provide their final lay witness list as follows.[1]

**Alaska R. Civ. P. 26(a)(1)(B) The name and, if known, the address and telephone number of any person having relevant information to disputed facts:**

1. Rebecca Caldwell – Claims Examiner
   One Geico West
   P.O. Box 509090
   San Diego, California 92150-9090
   1-800-654-5896 x5892

2. Tamara Gazarova – Claims Examiner
   One Geico West
   P.O. Box 509090
   San Diego, California 92150-9090
   1-800-654-5896 x5892

3. Lon Grothen – Claims Examiner
   One Geico West
   P.O. Box 509090
   San Diego, California 92150-9090
   1-800-654-5896

4. Mark Hill – Claims Examiner
   One Geico West

1 Plaintiffs' reserve the right to supplement this list after numerous discovery issues are resolved, expert reports are finalized and other issues are decided as set forth in pending orders.

COOKE, ROOSA & VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

5. Maggie Vincent – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

6. John Quinto – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

7. Susie Hollister – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

8. Rod Rhoads – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

9. Denise Domingo – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

10. William Nielson – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

11. Teresa Conrad – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

12. David Bronder – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

13. Mike Stup – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

14. Kris Hardesty – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

15. Keith Smith – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

16. Mary Turner – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

17. Chris Marquardt – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

18. Bernie Putnam – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

19. Mary Stamets – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

20. Ann Marie Horan – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

21. Victor Yanez – Claims Examiner
One Geico West
P.O. Box 509090

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

San Diego, California 92150-9090
1-800-654-5896

22. Eva Drake – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

23. Colrain Ingersoll – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

24. David Horan – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

25. Robert Wray – Claims Examiner
One Geico West
P.O. Box 509090
San Diego, California 92150-9090
1-800-654-5896

26. Joan Carrellas – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

27. Mary Boegel – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

28. Lon Putnam – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

29. Denise Ramp – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

30. Pamela Conrad – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

31. Dorothy Carin – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

32. Pamela Knowles – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

33. Janet Brindley – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

34. Hazel Julius – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

35. Daniel Smith – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

36. Marin Granholm – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

37. Matthew Willard – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

38. Christine Stallkamp – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

Bethel, Alaska 99559
(907) 543-6300

39. Claire Lewis – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

40. Michael Goldman – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

41. Norihito Onishi – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

42. Martha Florespa – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

43. Jennifer Woelker – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

44. Eric Jagar – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

45. Christine Grem – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

46. David Vanderburgh – Radiology
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

47. Terry Riddle – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

48. Katryna McCoy – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

49. Daniel Hartman – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

50. Alyssa Perry – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

51. Jean Brinch – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

52. Ellen Hodges – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

53. Donald Maruardt – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

54. Patricia Johnson – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

55. Jonathan Stallkamp – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559

Bethel, Alaska 99559
(907) 543-6300

56. Jonathan Scheffer – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

57. Jana Mcanich – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

58. Ronald Bowerman – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

59. Aaron Wornham – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

60. Dayna Ferguson – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

61. Geoffry Jones – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

62. Julius Krevans – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

63. Sharon Kelly – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559

64. Elizabeth Roll – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

65. Celia Picazo – Practitioner
c/o Yukon Kuskokwim Delta Regional Hospital
P.O. Box 528
Bethel, Alaska 99559
(907) 543-6300

66. John F Kokesh MD
Alaska Native Medical Center
4315 Diplomacy Drive
Anchorage, Alaska 99508
(907)

67. Wilson R Frances MD
Alaska Native Medical Center
4315 Diplomacy Drive
Anchorage, Alaska 99508
(907)

68. Cezary's Auto Body & Paint
Cezary Maczynski
P.O. Box 1805
Bethel, Alaska 99559
(907) 543-4214

69. Jack Charles
c/o Cooke, Roosa & Valcarce
P.O. Box 409
Bethel, Alaska 99559
(907) 543-2744

70. Bernadette Charles
c/o Cooke, Roosa & Valcarce
P.O. Box 409
Bethel, Alaska 99559
(907) 543-2744

71. Okalena Charles
P.O. Box 722
Bethel, Alaska 99559
(907) 543-3526

72. Valarie Ann Joe
P.O. Box 1623
Bethel, Alaska 99559
Unknown

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559

73. Tom Sharkey
P.O. Box 185
Bethel, Alaska 99559
(907) 543-6034

74. Chief of Police Howard Morris
Bethel Police Department
P.O. Box 809
Bethel, Alaska 99559
(907) 543-3781

75. Officer William Perry
Bethel Police Department
P.O. Box 809
Bethel, Alaska 99559
(907) 543-3781

76. All named persons listed in any document provided to the plaintiffs or sent to the defendant or listed in initial disclosures or supplements.

77. Any expert and lay witness listed by any part to this action.

78. Any rebuttal witness.

79. All treating physicians or witnesses whose name appear in any medical records, other records or disclosures.

80. All records custodians necessary to admit into evidence document.

81. Any and all witnesses to authenticate any documents or exhibits in the event that an objection to the document or exhibit is raised, or that legitimate issues arise as to authentication.

82. All witnesses whose identity are revealed in the course of discovery and further investigation.

83. Plaintiffs reserves the right to supplement their witness list.

DATED this 11 day of January 2006, at Bethel, Alaska.

COOKE, ROOSA & VALCARCE
Attorneys for Plaintiff

Jim Valcarce
ABA No. 9505011

COOKE, ROOSA & VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &BERNADETTE CHARLES, )
)
Plaintiff, )
vs. )
)
GEICO GENERAL INSURACE COMPANY, )
)
Defendant, )

GEICO CASUALTY COMPANY, )
)
Third Party Plaintiff, )
)
vs. )
)
VALERIE JOE, )
)
Third Party Defendant, ) Case No. 4BE-05-055 CI

## CERTIFICATE OF SERVICE

JEFFREY EGOAK, certifies that he is an authorized agent of Cooke, Roosa & Valcarce, LLC, for the service of papers pursuant to Civil Rule 5, and on the date stated herein he filed the following documents in the above-named court and mailed copies thereof to the person listed below:

Documents: PLAINTIFFS' FINAL WITNESS LIST

Person Served: Blake H. Call
CALL, HANSON & KELL P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8865

Dated this 11th day of January 2006, at Bethel, Alaska

JEFFREY EGOAK

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744