IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT BETHEL

1101.027
RECEIVED
JAN 19 2006
Call, Hanson & Kell, P.C.

JACK CHARLES &
BERNADETTE CHARLES,   )
                      )
        Plaintiffs,   )
                      )
v.                    )   Case No. 4BE-05-55 CI
                      )
GEICO GENERAL INSURANCE )
COMPANY,              )
                      )
        Defendant.    )
_____)

## ORDER DENYING MOTION TO RECONSIDER

On January 9, 2006, Plaintiffs filed a motion to reconsider the court's ruling regarding an *in camera* review of the GEICO claims manual. Defendant GEICO claims portions of the manual are not relevant and / or are privileged. *In camera* review is a longstanding means of resolving contested discovery matters. All other issues raised in Plaintiffs memo are deemed denied.

**IT IS SO ORDERED.**

Dated at Bethel, Alaska this 12th day of Jan. 2006.

Honorable Leonard R. Devaney
Superior Court Judge

I certify that on 1/12/06
copies of this form were sent to: CRV, Call, Hanson, & Kell

Clerk: ___