CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, | |
| Plaintiffs, | |
| vs. | |
| GEICO GENERAL INSURANCE COMPANY, | |
| Defendant. | |
| GEICO CASUALTY COMPANY, | |
| Third Party Plaintiff, | |
| vs. | |
| VALERIE JOE, | |
| Third Party Defendant. | Case No. 4BE-05-55 Civil |

**DEFENDANT/THIRD PARTY PLAINTIFF'S
FINAL WITNESS LIST**

COMES NOW the defendant/third party plaintiff's, GEICO CASUALTY COMPANY, by and through attorneys of record, CALL, HANSON & KELL, P.C., and pursuant to the court's *Routine Pretrial Order* discloses the following witnesses who will be called to testify at trial.

DEFENDANT/THIRD PARTY PLAINTIFF GEICO CASUALTY COMPANY'S
FINAL WITNESS LIST          Page 1
Charles v. GEICO, Case No. 4BE-05-55 CI
1101.027

WITNESSES ON THE TORT ISSUES OF LIABILITY AND DAMAGES:

1. Jack Charles and Bernadette Gregory, plaintiffs
c/o Jim Valcarce
Cooke, Roosa &Valcarce, LLC
900 Third Avenue
P. O. Box 409
Bethel, Alaska 99559-0409
(907)543-2744

   Plaintiffs in this matter. They are expected to testify live at trial regarding the events and circumstances surrounding the accident along with their injuries and treatment.

2. Valerie Joe
P. O. Box 1623
Bethel, Alaska 99559
(907)

   Was the uninsured driver of the vehicle which collided with the plaintiffs' vehicle. She is expected to testify live at trial regarding the events and circumstances surrounding the accident.

3. Officer William Perry
Bethel Police Department
P.O.Box 809
Bethel, Alaska 99559
(907) 543-3781

   The investigating officer will testify that there were no injuries; neither party found at fault and both parties warned for failure to yield.

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

3. Tom Sharkey
P. O. Box 185
Aniak, Alaska 99557
(907) 675-4677

Was a witness to the accident which is the subject of this litigation. He is expected to testify live pr telephonically at trial regarding the events and circumstances surrounding the accident.

4. Dr. Daniel J. Hartman
Dr. Mary L. Boegel
Dr. Hanson (ER – Bernadette 5/3/04)
Katryna McCoy
Hazel Julius PAC (8/24/04) pre-existing
A. Janszen? MD (Jack chronic back pain since 1998)
Janet E. Brindley
Carrie Zickus, M.D.
Dorothy Carin, M.D. (snowmachine accident)
Physical therapists
Yukon Kuskowim Health Corporation
Health Information Services Department
P. O. Box 287, Suite 3016
Bethel, Alaska 99559
(907) 543-6388

Are treating healthcare provider of the plaintiffs, representatives are expected to testify regarding their records and treatment.

5. Eric Pavil or Christine Christiansen
Yukon-Kuskokwim Health Corporation
P.O. Box 528
Bethel, Alaska 99509
543-6000

Plaintiff Jack Charles' employment supervisors will testify about physical requirements of job and plaintiff's performance.

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

DEFENDANT/THIRD PARTY PLAINTIFF GEICO CASUALTY COMPANY'S
FINAL WITNESS LIST    Page 3
Charles v. GEICO, Case No. 4BE-05-55 CI
1101.027

6. Viola S. Smith
Debbie Nevak
Mary E. Williard, DDS
Yukon-Kuskokwim Health Corporation
P.O. Box 528
Bethel, Alaska 99509
543-6000

Plaintiff Bernadette Charles' supervisors will testify about job requirements and plaintiff's performance.

7. All persons listed by plaintiffs.

8. Erik P. Kohler, .M.D.
Frances R. Wilson, M.D.
Alaska Native Medical Center
4351 Diplomacy Drive
Anchorage, Alaska

Are treating healthcare provider of the plaintiffs, representatives are expected to testify regarding their records and treatment.

9. Any proper rebuttal witness.

10. The records custodian of any exhibit that the opposing party will not stipulate is authentic and is a business record.

WITNESSES ON THE STATUTORY AND CONTRACT CLAIMS AGAINST GEICO:

11. Rebecca Caldwell
Lon Grothen
GEICO General Insurance Company
c/o Call, Kell & Hanson, LLC
250 H Street
Anchorage, Alaska 99501
(907) 258-8864

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

Attorney-client privilege applies. GEICO is the plaintiffs' insurance company. Representatives are expected to testify live at trial regarding coverage offered related to plaintiff's policy, attempts to obtain proof of loss from plaintiffs, and valuation of plaintiffs' damages.

12. John George EXPERT WITNESS
    3328 Fritz Cove Road
    Juneau, Alaska 99801

    Mr. George is an expert in the area of insurance bad faith. He is expected to testify consistent with his report.

13. Jim J. Valcarce
    Cooke, Roosa & Valcarce, LLC
    P.O. Box 409
    Bethel, AK 99559-0409

    Mr. Valcarce is expected to testify about the timing and substance of plaintiffs' submission of their proof of loss.

DATED at Anchorage, Alaska, this 17th day of January, 2006.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant/Third Party Plaintiff

By: *Blake Call* (signature)
Blake H. Call
ABA No. 8911051

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was ☐ faxed ☐ hand delivered and/or ☒ mailed this 17th day of January, 2006 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Valerie Joe
P.O. Box 1623
Bethel, AK 99559

*/s/ Karen S. Burns*

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

DEFENDANT/THIRD PARTY PLAINTIFF GEICO CASUALTY COMPANY'S
FINAL WITNESS LIST                    Page 6
Charles v. GEICO, Case No. 4BE-05-55 CI
1101.027

TRANSMISSION VERIFICATION REPORT

```
                                     TIME : 01/17/2006 16:38
                                     NAME : CALL HANSON KELL LAW
                                     FAX  : 9072588865
                                     TEL  : 9072588864
```

```
DATE,TIME          01/17 16:36
FAX NO./NAME       190754344191101027
DURATION           00:01:32
PAGE(S)            06
RESULT             OK
MODE               STANDARD
                   ECM
```

Court

TRANSMISSION VERIFICATION REPORT

```
TIME  : 01/17/2006 16:28
NAME  : CALL HANSON KELL LAW
FAX   : 9072588865
TEL   : 9072588864
```

```
DATE,TIME          01/17 16:26
FAX NO./NAME       190754327461101027
DURATION           00:01:32
PAGE(S)            06
RESULT             OK
MODE               STANDARD
                   ECM
```

*Valarie* (signature)

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 01/17/2006 16:30
                                    NAME  : CALL HANSON KELL LAW
                                    FAX   : 9072588865
                                    TEL   : 9072588864
```

```
DATE,TIME            01/17  16:28
FAX NO./NAME         19075433394110l027
DURATION             00:01:42
PAGE(S)              06
RESULT               OK
MODE                 STANDARD
```

*Power*