IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURACE COMPANY,<br><br>Defendant. | |
| GEICO CASUALTY COMPANY,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>VALERIE JOE,<br><br>Third Party Defendant, | Case No. 4BE-05-055 CI |

RECEIVED
JAN 20 2006
Call, Hanson & Kell, P.C.

## PLAINTIFFS' EXPERT WITNESS LIST

COMES NOW, plaintiffs, by and through Jim Valcarce, attorney of the firm of COOKE, ROOSA & VALCARCE, pursuant to the Pretrial Order and hereby states that the following are plaintiffs' experts, who may be called at trial:

**1. Mr. Jim Sterling**
250 H Street
Anchorage, Alaska 99501-2112
Contacted should be made CRV
(907) 543-2744

**2. Mr. Stanley C. Garlington**
7225 Fockridge Circle, No. 2
Anchorage, Alaska 99518
Contact should be made through CRV
(907) 543-2744

COOKE, ROOSA & VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

**3. Police officers and medical providers**, who may provide expert opinions, consistent with their reports as provided in disclosures.

**4. Plaintiff reserves the right to supplement this disclosure** with other bad faith experts, once the Court releases the claims manual, rules on the pending motions and depositions are taken of GEICO agents.

DATED this 19 day of January, 2006, at Bethel, Alaska.

COOKE, ROOSA & VALCARCE
Attorneys for Plaintiffs

_____
Jim J. Valcarce
ABA 9505011

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744

Plaintiffs' Expert Witness List

Page 2

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, <br><br> Plaintiff, <br><br> vs. <br><br> GEICO GENERAL INSURACE COMPANY, <br><br> Defendant, <br><br>――――――――――――――――――― <br><br> GEICO CASUALTY COMPANY, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> VALERIE JOE, <br><br> Third Party Defendant, | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. 4BE-05-055 CI |

### CERTIFICATE OF SERVICE

SHARON RODGERS, certifies that she is an authorized agent of Cooke, Roosa & Valcarce, LLC, for the service of papers pursuant to Civil Rule 5, and on the date stated herein she filed the following documents in the above-named court and mailed copies thereof to the person listed below:

Documents:  PLAINTIFFS' EXPERT WITNESS LIST

Person Served:  Blake H. Call
CALL, HANSON & KELL P.C.
250 H Street
Anchorage, Alaska 99501-2112
(907) 258-8865

Dated this 17th day of January 2006, at Bethel, Alaska

*/s/ Sharon Rodgers*
SHARON RODGERS

COOKE, ROOSA
& VALCARCE, LLC
ATTORNEYS AT LAW
900 THIRD AVENUE
P. O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744