IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES &
BERNADETTE CHARLES,

    Plaintiffs,

vs.

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.

GEICO CASUALTY COMPANY,

    Third Party Plaintiff,

vs.

VALERIE JOE,

    Third Party Defendant.   Case No. 4BE-05-55 Civil

### NOTICE OF FILING GEICO CLAIMS MANUAL
### *IN CAMERA*

COMES NOW GEICO, by and through counsel of record, Call, Hanson & Kell, P.C., and hereby gives notice that it has filed *in camera* a confidential copy of its Claims Manual. This filing is pursuant to the court's order of December 26, 2005. The court ordered the parties to meet and confer about the relevancy of the 14 chapters of the claims manual. The parties were unable to reach an agreement to limit production of the claims manual due

Page 1
NOTICE OF FILING GEICO CLAIMS MANUAL *IN CAMERA*
Charles v. GEICO, Case No. 4BE-05-55 CI
1101.027

to plaintiffs' insistence that the entire claims manual may be relevant to their claims. Defendant GEICO reiterates that no part of the Claims Manual is relevant to liability, damages or bad faith. Even if GEICO failed to comply with its own procedures or manuals there can be no finding of bad faith if GEICO had a reasonable basis for denying plaintiffs' demands for policy limits. *Hillman v. Nationwide Mutual Fire Insurance Co.*, 855 P.2d 1321 (Alaska 1993).

DATED at Anchorage, Alaska, this 20 day of January, 2006.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

By: _____
Blake H. Call
ABA No. 8911051

**CERTIFICATE OF SERVICE**

I certify that on this the 20th day of January, 2006, a true and correct copy of the foregoing document was served upon the following counsel of record by mail:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

By: _____

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES & BERNADETTE CHARLES,

    Plaintiffs,

vs.

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

GEICO CASUALTY COMPANY,

    Third Party Plaintiff,

vs.

VALERIE JOE,

    Third Party Defendant.

Case No. 4BE-05-55 Civil

## GEICO CLAIMS MANUAL FILED IN CAMERA

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

CONFIDENTIAL
CONFIDENTIAL
CONFIDENTIAL