# FAX TRANSMISSION

Angstman Law Office
P.O. Box 585
Bethel, Alaska 99559
(907)543-2972
Fax: (907)543-3394

RECEIVED

JAN 27 2006

Call, Hanson & Kell, P.C.

**TO:** Blake Call  **DATE:** January 27, 2006

**FAX #:** 258-8865  **PAGES:** 3 (W/cover page)

**FROM:** Fia Chaney  **RE:** Valerie Joe

Original/Hard Copy will ___ will not _X_ follow by mail.

*The information contained within the following facsimile transmission is confidential and privileged. This facsimile is intended to be reviewed only by the above named recipient. If you are not the above named recipient, his/her agent, you are notified that you are not authorized to read, discuss or copy this fax in any manner whatsoever. If you have received this fax in error, please contact Angstman law office at 907-543-2972, collect, or 800-478-5315 immediately.*

Comments:

See attached.

IN THE TRIAL COURTS FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

***** NOTICE OF NEXT COURT APPEARANCE *****

JACK/BERNADETTE CHARLES   v GEICO                CASE NO: 4BE-05-00055CI

THIS CASE ASSIGNED TO: Leonard R Devaney III, Judge

SCHEDULED EVENTS FOR THIS CASE:

| Date | Type | Event | Time | Judge |
|---|---|---|---|---|
| 01/30/2006 | CIV | Civil Hearing<br>HEARING TO ADDRESS PRETRIAL DEADLINES | 10:00 AM | LRD |
| 03/09/2006 | PTCF | Pretrial Conference<br>PRETRIAL CONFERENCE | 09:00 AM | LRD |
| 03/28/2006 | JUTR | Jury Trial<br>BEGIN 6 DAY JURY TRIAL | 11:00 AM | LRD |
| 03/29/2006 | JUTR | Jury Trial | 11:30 AM | LRD |
| 03/30/2006 | JUTR | Jury Trial | 11:30 AM | LRD |
| 03/31/2006 | JUTR | Jury Trial | 11:30 AM | LRD |
| 04/03/2006 | JUTR | Jury Trial | 11:30 AM | LRD |
| 04/04/2006 | JUTR | Jury Trial | 11:30 AM | LRD |

Continued on next page.

IN THE TRIAL COURTS FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

***** NOTICE OF NEXT COURT APPEARANCE *****

=================================================================

JACK/BERNADETTE CHAR				CASE NO: 4BE-05-00055CI


THIS CASE ASSIGNED TO: Leonard R Devaney III, Judge

SCHEDULED EVENTS FOR THIS CASE:
=================================

DATED at BETHEL, Alaska this 26 Day of JANUARY, 2006

I certify that on 01/26/2006 at BETHEL copies of this Notice were sent to:

DISTRIBUTION: VALCARCE, HANSON, ANDSPATAN
(VIA FAX ONLY!)

PLT			: _____
PLT ATTY		: _____				_____
DEF			: _____				CALENDARING CLERK
DEF ATTY		: _____

Clerk: _____MJ_____


DEFENDANT					PLAINTIFF