FILE COPY

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

JACK CHARLES & BERNADETTE CHARLES,

    Plaintiffs,

v.

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

GEICO CASUALTY COMPANY,

    Third-Party Plaintiff,

v.

VALERIE JOE,

    Third-Party Defendant.

Case No. 4BE-05-55 Ci.

**DEFENDANT'S / THIRD-PARTY PLAINTIFF'S**
**CIVIL RULE 42 PEREMPTORY CHALLENGE**

COME NOW Defendant and Third-Party Plaintiff GEICO Casualty Company, by and through its counsel of record Call, Hanson & Kell, P.C., and pursuant to Civil Rule 42, give notice of their peremptory challenge of

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Charles v. GEICO, et al.*
Case No. 4BE-05-55 Ci.
DEFENDANT'S / THIRD-PARTY PLAINTIFF'S
  CIVIL RULE 42 PEREMPTORY CHALLENGE
Page 1

the trial judge currently assigned to this lawsuit, the Honorable Judge Leonard R. Devaney III.

DATED at Anchorage, Alaska, this 27th day of January, 2006.

CALL, HANSON & KELL, P.C.,
Attorneys for defendant / third-party plaintiff
GEICO Casualty Insurance Company

By: /s/ Blake Call
Blake H. Call
Alaska Bar No. 8911051

**CERTIFICATE OF SERVICE**

I certify that on this the 27th day of January, 2006, a true and correct copy of the foregoing document, and attachments if any, were served upon the following counsel of record by mail:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Michele L. Power, Esq
Angstman Law Office
P.O. Box 585
Bethel, AK 99559

By: /s/ Michelle N. S.

G:\00 CHK Law\GEICO\1101 - GEICO\027 - Charles & Gregory UM\Pleadings\Peremptory Challenge.doc

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES,<br><br>    Plaintiffs,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>    Defendant. | |
| GEICO CASUALTY COMPANY,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>VALERIE JOE,<br><br>    Third-Party Defendant. | Case No. 4BE-05-55 Ci. |

### ORDER RE: PEREMPTORY CHALLENGE

This Court having considered the peremptory challenge of judge assignment filed by defendant and third-party plaintiff and being otherwise fully advised in the premises, it is hereby

ORDERED:

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Charles v. GEICO, et al.*
Case No. 4BE-05-55 Ci.
DEFENDANT'S / THIRD-PARTY PLAINTIFF'S
   CIVIL RULE 42 PEREMPTORY CHALLENGE
Page 1

1. The peremptory challenge for change of judicial assignment in this action is **GRANTED**;

2. Superior Court Judge _____ will now preside over this action.

DATED at Bethel, Alaska this the ___ day of _____, 2006.

_____
PRESIDING JUDGE

**CERTIFICATE OF SERVICE**

I certify that on this the 27th day of January, 2006, a true and correct copy of the foregoing document, and attachments if any, were served upon the following counsel of record by mail:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK 99559-0409

Michele L. Power, Esq
Angstman Law Office
P.O. Box 585
Bethel, AK 99559

By: _/s/ Michele Nili_

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

*Charles v. GEICO, et al.*
Case No. 4BE-05-55 Ci.
DEFENDANT'S / THIRD-PARTY PLAINTIFF'S
  CIVIL RULE 42 PEREMPTORY CHALLENGE
Page 2

LAW OFFICES OF
# CALL, HANSON & KELL, P.C.
250 H Street
Anchorage, Alaska 99501-2112
Telephone: (907) 258-8864

FILE COPY

## TRANSMITTAL COVERSHEET

Date: January 27, 2006                              Our File No. 1101.027

| FROM: | TO: |
|---|---|
| Name: Nickie Nelson | Name: Clerk of Court |
| Company: Call, Hanson & Kell, P.C. | Company: Superior Court at Bethel<br>P.O. Box 130<br>Bethel, Alaska 99559-0130 |
| Phone: (907) 258-8864 | |
| Fax: (907) 258-8865 | In re: Charles v. GEICO<br>Case No. 4BE-05-55 Ci. |

Special Instructions or Additional Message:

Enclosed for filing, please find:

1. GEICO's Civil Rule 42 Peremptory Challenge and proposed Order.