ALASKA COURT SYTEM
PO BOX 130
BETHEL AK 99559-0130
907-543-1124
FAX 907-543-3343

# Facsimile transmittal

| To: | MONA | Fax: | (907) 258-8865 |
|---|---|---|---|
| From: | MONA JENSEN | Date: | 2/14/2006 |
| Re: | LOG NOTES – 1/30/06 | Pages: | 3 INCLUDING COVER SHEET |
| CC: | | | |

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

## TO: MONA, CALL, HANSON & KELL
## RE: 4BE-05-55 CI CHARLES V GEICO

HERE ARE THE LOG NOTES FROM 01/30/06 SHOWING WHERE THE COURT ORDERED THE BIFURCATION. WILL THIS BE ACCEPTABLE FOR YOUR PURPOSES? OR, DO YOU WANT A COPY OF THE THAT HEARING ON A CD? (THIS MAY TAKE A WEEK, OR LONGER, TO GET TO YOU, THOUGH.)

PLEASE LET ME KNOW!

THANK YOU!

MONA JENSEN, mjensen@courts.state.ak.us
JUD ADMIN ASST FOR JUDGE LEONARD DEVANEY
907-543-1124 PHONE    907-543-3343 FAX

IN THE SUPERIOR COURT AT BETHEL, ALASKA

Tape: 4BE5-06-13           Jack/Bernadette Charles      Date: January 30, 2006
Page: 1                              vs                 Judge: Devaney
Case: 4BE-05-55 CI           Geico Insurance            Clerk: Sitbon

PROCEEDINGS: Hearing to Address Pretrial Deadlines

COUNSEL PRESENT
Plaintiff: Jim Valcarce - CRV (543-2744) for Jack Charles Et Al
Defendant: Blake Call - (258-8864) for Geico
           Valerie Joe (543-6300, 2460)

10:10:06   On record
           Ct - ids parties/proceedings

10:10:33   Valcarce - apologize, not had notice of this hearing. Adddressing extension of court deadlines given to produce expert reports and depositions. No way can get back to San Diego before close of discovery. My entire January has been hell. Will likely put off trial. Sam GArlington submitted affadavit for status hearing, is one witness I have. Just rec'd letter from Call, agree to bifurcating.

10:14:23   Call - Have not agreed to bifurcation at this point, have filed renewed motion for summary judgment on bad faith, also if can reach agreement to bifurcation, willing go to trial for damages. After can have/decide trial as to bad faith.

10:17:21   Valcarce as to liability, trial be 3 days

10:17:33   Call - 2 days total

10:17:40   Ct - **bifurcate trial. Keep this on for liability trial starting 3/28.**

10:18:34   Valcarce - can sched bad faith after the March trial -

10:19:16   Call - suggest if court denies new motion summary judgment - proposed date in late Feb, not see rush, keep discovery on bad faith

10:20:09   Ct - **hold bad faith in abeyance - Valcarce to respond to motion in timely manner -**

10:20:36   Call - qstn as to judge assignment - orraly w/draw response from letter rec'd from court

10:21:45   Ct - case has always been assigned to me -

( )CO    (X)CC    ( )TO    ( )DOC    ( )PTS    ( )BW    ( )BWQ
*CALL, HANSON & KELL 2/14/06 mj*

Tape: 4BE5-06-13                        Date: January 30, 2006
Page: 2                                 Case: 4BE-05-55 CI

| Time | Entry |
|---|---|
| 10:22:04 | Valcarce - have nothing in file, asks someone respond |
| 10:22:24 | Call - was on notice of this hrg - have formal document apptg you as new judge - there had been some confusion - |
| 10:23:20 | Valcarce - request copy of that be put in my box |
| 10:24:32 | Ct - will double check that - |
| 10:24:38 | Valcarce - asks court clarify order - requests additional time to produce reports and do depos, that's after get claims manual |
| 10:25:27 | Call - not in agreement - renewed motion summary judgment - |
| 10:26:28 | Valcarce - all we are asking for is discovery, deadlines proposed to get that done, I couldn't do it. Asks take up those deadlines after damages |
| 10:27:05 | Ct - like addressed in writing, can discuss w/Mr. Call |
| 10:28:05 | Off record |

cc: CALL, HANSON & KSJL 2/14/06 mg