Blake H. Call
Call, Hanson and Kell, P.C.
250H Street
Anchorage, AK 99501

bhc@chklaw.net
Phone:        258-8864
Fax:          258-8865

Attorneys for GEICO General Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK CHARLES &
BERNADETTE CHARLES,

                        Plaintiffs,

vs.

GEICO GENERAL INSURANCE
COMPANY,

                        Defendant.                    Case No. A06_____ Civil

## SUPPLEMENT TO NOTICE OF FILING STATE COURT DOCUMENTS

Defendant GEICO General Insurance Company, by and through

counsel of record, Call, Hanson and Kell, P.C., supplements their Notice of

Filing State Court Documents with the following order received after the

SUPPLEMENT TO NOTICE O FILING STATE COURT DOCUMENTS
Charles v. GEICO, Case No. _____
Page 1

original Notice of Filing State Court Documents was filed with the United

States District Court on February 15, 2006:

**DESCRIPTION**                                          **DATE**

79.    Order on Renewed Motion for Summary          February 15, 2005
       Judgment

DATED at Anchorage, Alaska, this 16th day of February, 2006.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

By:    _____
       Blake H. Call
       ABA No. 8911051

I hereby certify that a true and
correct copy of the foregoing was
mailed this 16th day of February
2006 to:

Jim J. Valcarce
Cooke, Roosa & Valcarce, LLC
P.O. Box 409
Bethel, AK  99559-0409

_____

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

SUPPLEMENT TO NOTICE O FILING STATE COURT DOCUMENTS
Charles v. GEICO, Case No. _____
Page 2

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, )<br><br>Plaintiffs, )<br><br>v. )<br><br>GEICO GENERAL INSURANCE COMPANY, )<br><br>Defendant. )<br>_____ )<br>GEICO CASUALTY COMPANY, )<br><br>Third Party Plaintiff, )<br>v. )<br><br>VALERIE JOE, )<br>Third Party Defendant. )<br>_____ ) | Case No. 4BE-05-55 CI |

**ORDER ON RENEWED MOTION FOR SUMMARY JUDGMENT**

At the January 30, 2006 hearing to address pretrial deadlines, the court granted

bifurcation of the upcoming trial. The trial on damages is to proceed as scheduled on March 28,

2006. The bad faith related claims are to be scheduled following the damages trial. At the

hearing, the court ordered the bad faith claims held in abeyance until the conclusion of the

damages trial, but ordered Plaintiffs to respond to the renewed motion for summary judgment

filed by GEICO on January 25, 2006. Plaintiffs opposed the motion on February 6, 2006 and

filed a motion for extension of time to supplement. GEICO replied to the opposition on

February 9, 2006.

Plaintiffs argue they need access to GEICO's claims policy manual in order to fully depose GEICO employees and thus oppose the motion for summary judgment. Plaintiffs await the court's ruling on whether portions of the claims manual are relevant and unprivileged. Given the trial's bifurcation, the court is holding all motions related to claims of bad faith in abeyance until the resolution of the damages trial. Because this includes the court's determination of whether the manual is relevant and/or privileged, it follows that plaintiffs will not have the information they seek prior to deposing the GEICO employees until after the damages trial. For this reason, the court declines to rule on the matter at this time.

Following the damages trial, the court will address the renewed motion for summary judgment and related issues.

**IT IS SO ORDERED.**

Dated at Bethel, Alaska this 15th day of Feb. 2006.

Honorable Leonard R. Devaney
Superior Court Judge

I certify that on 2/15/06
copies of this form were sent to:

Valcerce+ — FAX
Call Home — FAX
Valerie Joe — MAIL

Clerk: DW