IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT BETHEL

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES,<br><br>                    Plaintiffs,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>                    Defendant.<br><br>GEICO CASUALTY COMPANY,<br><br>                  Third Party Plaintiff,<br><br>v.<br><br>VALERIE JOE,<br>                  Third Party Defendant. | Case No. 4BE-05-55 CI |

**ORDER ON RENEWED MOTION FOR SUMMARY JUDGMENT**

At the January 30, 2006 hearing to address pretrial deadlines, the court granted bifurcation of the upcoming trial. The trial on damages is to proceed as scheduled on March 28, 2006. The bad faith related claims are to be scheduled following the damages trial. At the hearing, the court ordered the bad faith claims held in abeyance until the conclusion of the damages trial, but ordered Plaintiffs to respond to the renewed motion for summary judgment filed by GEICO on January 25, 2006. Plaintiffs opposed the motion on February 6, 2006 and filed a motion for extension of time to supplement. GEICO replied to the opposition on February 9, 2006.

Plaintiffs argue they need access to GEICO's claims policy manual in order to fully depose GEICO employees and thus oppose the motion for summary judgment. Plaintiffs await the court's ruling on whether portions of the claims manual are relevant and unprivileged. Given the trial's bifurcation, the court is holding all motions related to claims of bad faith in abeyance until the resolution of the damages trial. Because this includes the court's determination of whether the manual is relevant and/or privileged, it follows that plaintiffs will not have the information they seek prior to deposing the GEICO employees until after the damages trial. For this reason, the court declines to rule on the matter at this time.

Following the damages trial, the court will address the renewed motion for summary judgment and related issues.

**IT IS SO ORDERED.**

Dated at Bethel, Alaska this 15th day of Feb. 2006.

Honorable Leonard R. Devaney
Superior Court Judge

I certify that on 2/15/06
copies of this form were sent to:

Valerie — FAX
Call Hman — FAX
Valerie Joe — MAIL

Clerk: DW