Blake H. Call
Call, Hanson and Kell, P.C.
250 H Street
Anchorage, AK 99501

bhc@chklaw.net
Phone:    258-8864
Fax:      258-8865

Attorneys for GEICO General Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES,  Plaintiffs,  vs.  GEICO GENERAL INSURANCE COMPANY,  Defendant. | Case No. 4:06-CV-00004 RRB |

**ERRATA TO NOTICE OF REMOVAL OF**
**BIFURCATED CLAIMS AGAINST DEFENDANT GEICO**

GEICO gives notice that paragraph 1 of the Notice of Removal erroneous alleges that plaintiffs' filed their complaint in state court on February 14, 2005. Based on information from the Bethel court system, plaintiffs' complaint was never stamped as "filed"; the case characterization

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

form was never dated; the complaint was manually logged into the system as being filed on February 22, 2005; the summons was issued February 23, 2005; and, the filing fee was not paid until March 16, 2005. See Affidavit of Karen Burns, attached.

                                             CALL, HANSON & KELL, P.C.
                                             Attorneys for Defendant GEICO

Dated: February 28, 2006        s/Blake H. Call
                                               250 H Street
                                             Anchorage, AK  99501
                                             Phone:  (907) 258-8864
                                             Fax: (907) 258-8865
                                             E-mail: bhc@chklaw.net
                                             ABA No. 8911051

<u>Certificate of Service</u>

I hereby certify that on February 28, 2006, a copy of the foregoing ERRATA TO NOTICE OF REMOVAL OF BIFURCATED CLAIMS AGAINST DEFENDANT GEICO was served electronically on Jim Valcarce

s/Blake Call

ERRATA: NOTICE OF REMOVAL OF BIFURCATED CLAIMS
AGAINST DEFENDANT GEICO
Charles v. GEICO, Case No. 4:06-CV-00004 RRB
Page 2