Blake H. Call
Call, Hanson and Kell, P.C.
250 H Street
Anchorage, AK 99501

Phone:   258-8864
Fax:     258-8865
E-Mail:  bhc@chklaw.net

Attorneys for GEICO General Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, <br><br> Plaintiffs, <br><br> vs. <br><br> GEICO GENERAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 4:06-CV-00004 RRB |

### AFFIDAVIT OF KAREN S. BURNS

| | |
|---|---|
| STATE OF ALASKA <br><br> THIRD JUDICIAL DISTRICT | ss |

**KAREN S. BURNS**, being first duly sworn upon her oath deposes and states as follows:

AFFIDAVIT OF KAREN S. BURNS
Charles v. GEICO, Case No. 4:06-CV-00004 RRB
Page 1

1.  I am employed by the law firm of Call Hanson and Kell and assigned to the above-referenced matter;

2.  I make this affidavit in support of GEICO's Motion for Removal to U.S. District Court.

3.  I spoke with Judge Devaney's law clerk in Bethel regarding filing dates of the Complaint for Damages in this matter. He informed of the following:

   a.  There is no date stamp on the Complaint as to when it was filed with court.

   b.  The case description has no date or date stamp on it.

   c.  The Summons and Notice to Both Parties of Judicial Assignment issued to GEICO is dated February 23, 2005.

   d.  The receipt for the filing fee is dated March 16, 2005.

4.  I then contacted the civil clerk for Bethel to ask for her assistance in determining the actual date of filing the complaint. She informed me of the following:

   a.  The clerk keeps a handwritten log of when the cases are filed. The log book reflects that this matter was entered as filed on February 22, 2005.

   b.  Case No. 4BE-05-054 was filed on February 17th and Case No. 4BE-05-056 was filed on February 23rd.

   c.  She could not explain why the court system website reflects a filing date of February 14, 2005.

AFFIDAVIT OF KAREN S. BURNS
Charles v. GEICO, Case No. 4:06-CV-00004 RRB
Page 2

The only assumption is the person entering the matter in to the system misread the date the complaint was signed and not the actual filing date.

Further your affiant sayeth naught.

_____
**KAREN S. BURNS**

SUBSCRIBED AND SWORN TO before me this 28th day of February, 2006.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 11/11/2008

### Certificate of Service

I hereby certify that on February 28, 2006, a copy of the foregoing Affidavit of Karen S. Burns was served electronically on Jim Valcarce

_____
s/Blake Call

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

AFFIDAVIT OF KAREN S. BURNS
Charles v. GEICO, Case No. 4:06-CV-00004 RRB
Page 3