Blake H. Call
Call, Hanson and Kell, P.C.
250 H Street
Anchorage, AK 99501

Phone: 258-8864
Fax: 258-8865
E-Mail: bhc@chklaw.net

Attorneys for GEICO General Insurance Company

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES,<br><br>      Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>      Defendant. | Case No. 4:06-CV-00004 RRB |

**NOTICE TO THE COURT OF SETTLEMENT**

    Defendant GEICO General Insurance Company, by and through counsel of record, Call, Hanson and Kell, P.C., notifies this court of settlement of the above litigation. Once the settlement funds are forwarded

NOTICE TO THE COURT OF SETTLEMENT
Charles v. GEICO, Case No. 4:06-CV-00004 RRB
Page 1

to counsel for the plaintiffs, a stipulation for dismissal will be filed with the court.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

Dated: April 24, 2006

s/Blake H. Call
250 H Street
Anchorage, AK  99501
Phone:  (907) 258-8864
Fax: (907) 258-8865
E-mail: bhc@chklaw.net
ABA No. 8911051

Certificate of Service

I hereby certify that on April 24, 2006, a copy of the foregoing NOTICE TO THE COURT OF SETTLMEENT was served electronically on Jim Valcarce

s/Blake Call

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

NOTICE TO THE COURT OF SETTLEMENT
Charles v. GEICO, Case No. 4:06-CV-00004 RRB
Page 2