UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>JACK CHARLES, et al</u>   v.   <u>GEICO INSURANCE, INC</u>

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                              CASE NO. <u>4:06-cv-0004-RRB</u>

<u>CAROLYN BOLLMAN</u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: April 27, 2006</u>

     Plaintiffs have filed a notice of settlement at docket 13. If a settlement has been reached, counsel will please submit appropriate closing papers within thirty (30) days from the date of this order or, in the alternative, counsel for plaintiff shall, within said thirty-day period, report the status of the case to the court.

     If the court receives neither appropriate closing papers nor a report within thirty (30) days from the date of this order, the court will assume that the parties have settled the case and it will be dismissed with prejudice.

     All pending deadlines are vacated.

[]{IL2.WPD*Rev.12/96}