Blake H. Call
Call, Hanson and Kell, P.C.
250 H Street
Anchorage, AK 99501

Phone:      258-8864
Fax:        258-8865
E-Mail:   bhc@chklaw.net

Attorneys for GEICO General Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, <br><br>                Plaintiffs, <br><br> vs. <br><br> GEICO GENERAL INSURANCE COMPANY, <br><br>                Defendant. | <br><br><br><br><br><br><br><br><br><br> Case No. 4:06-CV-00004 RRB |

**NOTICE OF FILING STIPULATION FOR DISMISSAL**

      Defendant GEICO General Insurance Company files the Stipulation

for Dismissal signed the counsel for the parties hereto and a proposed

Order for Dismissal for the judge's signature.

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

Dated: April 28, 2006

s/Blake H. Call
250 H Street
Anchorage, AK  99501
Phone:  (907) 258-8864
Fax: (907) 258-8865
E-mail: bhc@chklaw.net
ABA No. 8911051

Certificate of Service

I hereby certify that on April 28, 2006, a copy of the foregoing Notice of Filing Stipulation for Dismissal  was served electronically on Jim Valcarce

s/Blake Call

NOTICE OF FILING STIPULATION FOR DISMISSAL
Charles v. GEICO, Case No. 4:06-CV-00004 RRB
Page 2