Blake H. Call
Call, Hanson and Kell, P.C.
250 H Street
Anchorage, AK 99501

Phone:   258-8864
Fax:     258-8865
E-Mail:  bhc@chklaw.net

Attorneys for GEICO General Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES, <br><br> Plaintiffs, <br><br> vs. <br><br> GEICO GENERAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 4:06-CV-00004 RRB |

### STIPULATION FOR DISMISSAL

IT IS NOW HEREBY STIPULATED and agreed by and between the parties hereto, through their respective counsel of record, that all claims in the above-entitled action be dismissed with prejudice and without costs or

STIPULATION FOR DISMISSAL
Charles v. GEICO, Case No. 4:06-CV-00004 RRB
Page 1

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

attorney fees to any of the parties, for the reason that the issues presented have been fully resolved.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

Dated: 4/26/06          By: _____
                             Blake H. Call
                             ABA No. 8911051

COOK, ROOSA & VALCARCE
Attorneys for Plaintiff

Dated: _____          By: _____
                             Jim Valcarce
                             ABA No. 9505011

Certificate of Service

I hereby certify that on April 19, 2006, a copy of the foregoing Stipulation for Dismissal was served electronically on Jim Valcarce

s/Blake Call

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

STIPULATION FOR DISMISSAL
Charles v. GEICO, Case No. 4:06-CV-00004 RRB
Page 2