Blake H. Call
Call, Hanson and Kell, P.C.
250 H Street
Anchorage, AK 99501

Phone:   258-8864
Fax:     258-8865
E-Mail:  bhc@chklaw.net

Attorneys for GEICO General Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK CHARLES & BERNADETTE CHARLES,<br><br>    Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 4:06-CV-00004 RRB |

### ORDER FOR DISMISSAL

The court, having reviewed the Stipulation for Dismissal

signed by counsel for the parties hereto;

documenttitle
Charles v. GEICO, Case No. 4:06-CV-00004 RRB
Page 1

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs or attorney fees to any of the parties, for the reason that the issues presented have been fully resolved.

IT IS SO ORDERED this 28 day of April, 2006.

*[signature]*
Ralph R. Beistline
Judge of the U.S. District Court

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

documenttitle
Charles v. GEICO, Case No. 4:06-CV-00004 RRB
Page 2